Sheryl Garko (*Pro Hac Vice to be filed*)
garko@fr.com
David Hosp (*Pro Hac Vice to be filed*)
hosp@fr.com
FISH & RICHARDSON P.C.
1 Marina Park Dr.
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Garrett K. Sakimae (SBN 288453)
sakimae@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

*Attorneys for Defendant*
NEW BALANCE ATHLETICS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA DASHNAW, WILLIAM MEIER, and SHERRYL JONES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW BALANCE ATHLETICS, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. **'17CV159 L    JLB**<br><br>**DEFENDANT NEW BALANCE ATHLETICS, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant New Balance Athletics, Inc. ("New Balance") hereby removes to this Court the state court action described below.

1. On December 27, 2016, plaintiffs Sheila Dashnaw, William Meier, and Sherryl Jones (collectively "Plaintiffs") filed a complaint ("Complaint") against New Balance in the Superior Court of the State of California in and for the City and County of San Diego entitled <u>Dashnaw v. New Balance Athletics, Inc.</u>, Case No. 37-2016-00045461-CU-AT-CTL (the "State Court Action"). The complaint seeks relief under California's False Advertising Law, Bus. & Prof. Code §§ 17500, *et seq.*, California's Consumer Legal Remedies Act ("CLRA"), Civil Code §§ 1750, *et seq.*, California Bus. & Prof. Code § 17533.7, California's Unfair Competition Law ("UCL"), California Bus. & Prof. Code §§ 17200, *et seq.*, and for breach of express warranty, negligent misrepresentation, and unjust enrichment. (Complaint ¶ 5.)

2. Plaintiffs served the complaint upon New Balance via process server on December 29, 2016. New Balance received the complaint on December 29, 2016.

3. This Notice of Removal is being filed within 30 days of New Balance's receipt of the complaint and is, therefore, timely filed under 28 U.S.C. § 1446(b).

4. Plaintiff Dashnaw is a citizen of the United States and the State of California and a resident of San Diego, California. (Complaint ¶ 8.) For diversity purposes, therefore, Dashnaw is a citizen of California. *See* 28 U.S.C. § 1332.

5. Plaintiff Meier is a citizen of the United States and the State of California and a resident of San Diego, California. (Complaint ¶ 9.) For diversity purposes, therefore, Meier is a citizen of California. *See* 28 U.S.C. § 1332.

6. Plaintiff Jones is a citizen of the United States and the State of California and a resident of San Diego, California. (Complaint ¶ 10.) For diversity purposes, therefore, Jones is a citizen of California. *See* 28 U.S.C. § 1332.

7. Defendant New Balance is a Delaware Corporation with its principle place of business in Boston, Massachusetts. For diversity purposes, therefore, New Balance is a citizen of Delaware and Massachusetts. *See* 28 U.S.C. § 1332.

8. It is apparent from the complaint that Plaintiffs assert a claim that exceeds the jurisdiction minimum of $75,000, irrespective of costs and interest. The value of the judgment Plaintiffs are seeking clearly exceeds $75,000. Specifically, Plaintiffs allege that New Balance sells "approximately four million pairs" of shoes and a "significant percentage" of these are sold in California. (Complaint ¶ 12.) As compensation for New Balance's alleged violations of California law, Plaintiffs have requested relief "including, without limitation, restitutionary disgorgement of all profits." (Complaint 21.) The value of New Balance's profits from four million pairs of shoes is well in excess of $75,000. Thus, based on the allegations set forth in the complaint, it is clear that Plaintiffs' claims far exceed the jurisdictional minimum.

9. There are no other defendants in this action whose joinder is required in order to properly effectuate the removal of this action to the Court.

10. New Balance has provided notice of the removal of this action to Plaintiffs and to the Superior Court of the State of California in and for the City and County of San Diego, and by serving copies of the same on counsel for Plaintiffs under 28 U.S.C. § 1446(d).

11. Pursuant to 28 U.S.C. § 1446(b)(2), true and correct copies of the following documents filed in the State Court Action are attached hereto in the sequence noted below:

| EXHIBIT NUMBER | DOCUMENT |
| --- | --- |
| A | All process, pleadings, and orders, including the Summons and Complaint, served on New Balance |

| B | Notice of Filing of Notice of Removal in San Diego Superior Court |
|---|---|

WHEREFORE, New Balance requests that all parties take notice that the above civil action previously pending in the Superior Court of the State of California in and for the City and County of San Diego has been removed to the United States District Court for the Southern District of California.

Dated: January 26, 2017

Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: s/ Garrett K. Sakime
Garrett K Sakimae (SBN 288453)
sakimae@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Sheryl Garko (*Pro Hac Vice to be filed*)
garko@fr.com
David Hosp (*Pro Hac Vice to be filed*)
hosp@fr.com
FISH & RICHARDSON P.C.
1 Marina Park Dr.
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Counsel for Defendant,

NEW BALANCE ATHLETICS, INC.

# EXHIBIT TABLE OF CONTENTS

EXHIBIT A………………………………………………………………………….1

EXHIBIT B…………………………………………………………………………49

# PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action. I am readily familiar with the business practice at my place of business for sending email messages, for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On January 26, 2017, I caused a copy of the **DEFENDANT NEW BALANCE ATHLETICS, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY JURISDICTION)** to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| THE WAND LAW FIRM<br>Aubty Wand<br>400 Corporate Pointe, Suite 300<br>Culver City, California 90230<br>Telephone: (310) 590-4503<br>Facsimile: (310) 590-4596<br>awand@wandlawfirm.com | Attorney for Plaintiffs<br>SHEILA DASHNAW, WILLIAM MEIER,<br>and SHERRYL JONES |
| SCHNEIDER WALLACE COTTRELL<br>KONECKY & WOTKYNS LLP<br>Todd M. Schneider<br>Jason H. Kim<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 | Attorneys for Plaintiffs<br>SHEILA DASHNAW, WILLIAM MEIER,<br>and SHERRYL JONES |

☐ **MAIL SERVICE**  Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

☒ **FEDERAL EXPRESS:**  Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on January 26, 2017, at San Diego, California.

s/ Garrett K. Sakimae
Garrett K. Sakimae