# EXHIBIT A

1 | THE WAND LAW FIRM
Aubry Wand (SBN 281207)
2 | 400 Corporate Pointe, Suite 300
Culver City, California 90230
3 | Telephone: (310) 590-4503
Facsimile: (310) 590-4596
4 | E-mail: awand@wandlawfirm.com

5 | SCHNEIDER WALLACE COTTRELL
KONECKY & WOTKYNS LLP
6 | Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
7 | 2000 Powell Street, Suite 1400
Emeryville, California 94608
8 | Telephone: (415) 421-7100
Facsimile: (415) 421-7105
9 | E-mail: tschneider@schneiderwallace.com
jkim@schneiderwallace.com
10

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**12/27/2016** at 01:44:01 PM

Clerk of the Superior Court
By Tamara Parra,Deputy Clerk

11

12 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

13 | COUNTY OF SAN DIEGO

14

15 | SHEILA DASHNAW, WILLIAM MEIER, and SHERRYL JONES, individually, and on behalf of all others similarly situated,

CASE NO.:   37-2016-00045461-CU-AT-CTL

**CLASS ACTION COMPLAINT**

Plaintiffs,

v.

NEW BALANCE ATHLETICS, INC., a corporation; and DOES 1 through 50, inclusive,

Defendants.

1. **Violation of California False Advertising Law**
2. **Violation of California Consumer Legal Remedies Act**
3. **Violation of Cal. Bus. & Prof. Code Section 17533.7**
4. **Violation of California Unfair Competition Law**
5. **Breach of Express Warranty**
6. **Negligent Misrepresentation**
7. **Unjust Enrichment and Common Law Restitution**

**DEMAND FOR JURY TRIAL**

-1-

1    Plaintiffs Sheila Dashnaw, William Meier, and Sherryl Jones ("Plaintiffs"), on behalf of

2    themselves and all others similarly situated, bring this class action against Defendant New Balance

3    Athletics, Inc. and Does 1 through 50 ("New Balance" or "Defendant") to recover monetary

4    damages, injunctive relief, and other remedies for violations of California laws.  Plaintiffs make

5    the following allegations based on the investigation of their counsel and on information and belief,

6    except as to allegations pertaining to Plaintiffs individually, which is based on their personal

7    knowledge.

8                                    **INTRODUCTION**

9         1.    During the statute of limitations period, New Balance has sold hundreds of

10   thousands of pairs of shoes to consumers throughout the State of California based on the

11   misrepresentation that these shoes are "Made in the USA."[1]  These shoes are actually comprised of

12   a substantial percentage of foreign-made components.

13        2.    New Balance publicly acknowledges it advertises that its shoes are Made in the

14   USA when domestic value is at least 70 percent.  Put differently, New Balance admits that it has a

15   common policy of advertising that its shoes are Made in the USA even when up to 30 percent of

16   the value of the shoes is attributable to foreign-made components and/or labor.

17        3.    The falsely advertised shoes at issue in this action are marketed, distributed and

18   sold by New Balance to California consumers at retail stores located throughout the State of

19   California and online via New Balance's e-commerce website: www.newbalance.com.

20        4.    Plaintiffs and other California consumers purchased New Balance's Made in the

21   USA labeled shoes because they reasonably believed that these products were American-made,

22   when in actuality, a significant part of the materials and labor in these shoes are derived from other

23   countries such as China.  As a result, Plaintiffs and other consumers have been deceived and have

24   suffered economic injury.

25        5.    Plaintiffs seek relief in this action individually, and on behalf of all other

26   individuals located in the State of California who purchased New Balance's Made in the USA

27   ───────────────

28   [1] Hereinafter, these shoes are collectively referred to as "Made in the USA labeled shoes."

-2-

1  labeled shoes during the statute of limitations period, for violations of California's False

2  Advertising Law ("FAL"), Bus. & Prof. Code §§ 17500, *et seq.*, California's Consumer Legal

3  Remedies Act ("CLRA"), Civil Code §§ 1750, *et seq.*, California Bus. & Prof. Code § 17533.7,

4  California's Unfair Competition Law ("UCL"), California Bus. & Prof. Code §§ 17200, *et seq.*,

5  and for breach of express warranty, negligent misrepresentation, and unjust enrichment.

6      6.    As a result of the unlawful scheme alleged herein, New Balance has been able to

7  overcharge Plaintiffs and other California consumers for merchandise, induce purchases that

8  would otherwise not have occurred, and/or obtain wrongful profits. New Balance's misconduct

9  has caused Plaintiffs and other California consumers to suffer significant monetary damages.

10  Plaintiffs, on behalf themselves and other similarly situated consumers, seek a refund and/or

11  rescission of the transaction, and all further equitable and injunctive relief as provided by

12  applicable law.

13                **VENUE**

14      7.    Venue is proper in this judicial district and the County of San Diego pursuant to

15  Cal. Code of Civ. Proc. § 395(b) because Plaintiffs Dashnaw and Meier, and other persons

16  similarly situated, are residents of the County of San Diego and purchased the goods described

17  herein for personal, family, or household use in the County of San Diego.

18               **PLAINTIFFS**

19      8.    Plaintiff Dashnaw is a citizen of the United States and the State of California and

20  she currently resides in the County of San Diego. During the statute of limitations period, Plaintiff

21  Dashnaw purchased at least one pair of New Balance Made in the USA labeled shoes at a retail

22  store located in the County of San Diego.

23      9.    Plaintiff Meier is a citizen of the United States and the State of California and he

24  currently resides in the County of San Diego. During the statute of limitations period, Plaintiff

25  Meier purchased at least one pair of New Balance Made in the USA labeled shoes at a retail store

26  located in the County of San Diego.

27      10.    Plaintiff Jones is a citizen of the United States and the State of California and she

28  currently resides in the County of Los Angeles. During the statute of limitations period, Plaintiff

-3-

1  Jones purchased at least one pair of New Balance Made in the USA labeled shoes at a retail store

2  located in the County of Los Angeles.

3        11.    Plaintiffs bring this action on behalf of themselves and the following similarly

4  situated individuals ("Class members"): all persons located within the State of California who

5  purchased a pair of New Balance shoes that were labeled and/or advertised as Made in the USA at

6  any time beginning four (4) years prior to the filing of this action, and ending at the time this

7  action settles or proceeds to final judgment.  Plaintiffs reserve the right to name additional Class

8  representatives.

9                    **DEFENDANT**

10        12.    New Balance is a multi-billion dollar shoe and apparel company that is based in

11  Massachusetts.  New Balance sells approximately four million pairs of Made in the USA labeled

12  shoes annually – a significant percentage of which are sold in California.

13        13.    New Balance conducts substantial business in the State of California by owning

14  and operating its own retail stores and an e-commerce website through which it advertises,

15  markets, and sells its shoes.  New Balance also sells its Made in the USA labeled shoes through

16  third party retailers.

17              **FACTUAL ALLEGATIONS**

18  **New Balance Broadly Disseminates the Made in the USA Claim to Create the**

19  **Impression that Its Products are American-Made**

20        14.    The Made in the USA claim is a central aspect of New Balance's marketing

21  campaign and brand recognition.  New Balance broadly disseminates the Made in the USA claim

22  across many different channels, including on its e-commerce website, on social media, and most

23  importantly, on the shoe products themselves.

24        15.    New Balance disseminates the Made in the USA claim throughout its e-commerce

25  website.  For instance, on the Company Overview section of its e-commerce website, New

26  Balance advertises the following:

27  //

28  //

-4-

"*MADE IN AMERICA MATTERS*

New Balance always has, and always will be, committed to making shoes in the U.S. Join us and thousands of other American Makers who understand that making things here matters."

*See* Figure 1.

16.     At the top of the Made in the USA shoes page of New Balance's e-commerce website, New Balance advertises the following:

"MADE IN USA SNEAKERS

We're proud to be the only major company to make or assemble more than 4 million pairs of athletic footwear per year in the USA, which represents a limited portion of our sales. Where the domestic value is at least 70%, we label our shoes Made in the USA."

*See* Figure 2.

17.     On its Facebook page, in the About section, New Balance states in relevant part,

"To ensure the best fitting, best performing shoes and apparel, we focus on improving our technology and production methods. A big part of that is maintaining five manufacturing facilities here in the United States where we continue to produce shoes and apparel that meet the standards we've employed for more than 100 years. We have also remained committed to a core set of values that include integrity, teamwork and total customer satisfaction. In 2013, 1 out of every 4 pairs of shoes we sold in the USA was made or assembled here. Where domestic value is at least 70%, we label our shoes 'Made in the USA.'"[2]

*See* Figure 3.

18.     On YouTube, there are several videos produced by New Balance in which New Balance touts the fact that its shoes are American-made and creates the general impression that all of its shoes products are made in the USA.

19.     One of these videos, entitled "New Balance Custom US574: From the Factory to You," depicts American workers producing New Balance shoes at a factory in Maine.[3]  Toward the end of the video, it shows a pair of shoes with the "MADE IN THE USA" label prominently

[2] https://www.facebook.com/Newbalance/.

[3] https://www.youtube.com/watch?v=YiUqHJMDBio.

advertised on the tongue of the shoe. At the end of the video, it says, "One out of every 4 pairs of shoes we sell in the USA is made or assembled here. Where the domestic value is at least 70%, we label our shoes 'Made in the USA.'" *See* Figures 4 and 5, respectively.

20.     Another YouTube video, entitled "New Balance Made in USA with Giovanni DeCunto," includes an interview with Mr. DeCunto, an artist, during which New Balance promotes the image that it is an American company that produces only American products.[4] The video description states, "Watch American Expressionist painter Giovanni DeCunto talk about how New Balance's commitment to domestic manufacturing supports his passion for America." During the video, there are numerous Made in the USA representations. *See, e.g.,* Figures 6 through 8, respectively.

21.     In the video, Mr. DeCunto makes the following statements:

- "God, freedom, prosperity. I'm an American painter. They have me listed in the books as an American expressionist. I got an Italian name, but guess what? I'm American made."

- "American made is something to be proud of. To have a company here in America that's making a quality product, I couldn't be more proud. It makes culture. You can't outsource everything and expect a culture to survive. We're Americans. We're all one people. We band together and unite to make something great."

- "Made in America, baby. That's where it's at."

22.     In sum, New Balance employs a widespread marketing and advertising campaign to give consumers the general impression that its products are American made. New Balance exploits the Made in the USA claim in order to create a brand image that it is an American company that employs American factory workers who produce American-made products.

//

//

//

//

_____

[4] https://www.youtube.com/watch?v=Q5-loJNvRfw

-6-

**The Made in the USA Labeled Shoes Themselves Contain Specific Made in the USA Representations**

23.     Apart from the general advertising alleged herein, the products themselves – which constitute the most prominent and powerful advertising mechanism – contain misrepresentations that they are made in the USA.  New Balance disseminates the Made in the USA claim on the shoe box and on various parts of the shoes themselves.

24.     On the box of Made in the USA labeled shoes, it prominently states on both the top and side of the box: "MADE IN THE USA."  There are no qualifications or disclosures regarding the Made in the USA claim on the shoe box.  *See, e.g.,* Figure 9.

25.     The Made in the USA claim is also advertised on the Made in USA labeled shoes themselves.  For instance, on the Men's 990v4 shoe model, there is a logo with an American flag with the words "MADE IN THE USA" on the tongue of the shoe.  *See* Figure 10.  This is a typical New Balance logo that is on the tongue of many other Made in the USA labeled shoe models.  It also states "MADE IN THE U.S.A." on the back of the shoe.  *See* Figure 11.  This is also a typical New Balance logo that is commonly made on other Made in the USA labeled shoe models.  There are no qualifications or disclosures regarding the Made in the USA claim anywhere on the Men's 990v4 shoe model.

26.     All other Made in the USA labeled shoe models have similar Made in the USA representations on the outside of the shoes – either on the tongue or the back of the shoes.  *See, e.g.,* Figures 12 through 15, respectively.

27.     It also states "Made in USA" on a label located on the inside of the tongues of the Made in the USA labeled shoe models.  There are no qualifications or disclosures regarding the Made in the USA claim anywhere on the Made in the USA labeled shoes themselves.

**Many New Balance Shoe Models are Advertised as Made in the USA**

28.     According to its e-commerce website, New Balance advertises and sells approximately 60 different models that are Made in the USA.  Some of these shoe models are listed in the following table:

//

-7-

| | | | |
|---|---|---|---|
| Men's 990v4 | Men's NB1 990V3 | Men's NB1998 | Men's BV1 574 |
| Men's 990 Distinct Mid Century | Men's 997 New Balance | Men's New Balance 1540v2 | Men's New Balance 3040 |
| Men's 990v2 Made in the USA | Men's 996 Distinct Mid-Century | Men's 997 Distinct Retro Ski | Men's 996 Connoisseur Retro Ski |
| Men's 1400 Connoisseur | Men's 996 Rockability | Men's 998 Rockability | Men's 996 Age of Exploration |
| Men's 997 Age of Exploration | Men's 998 Age of Exploration | Men's 1300 Age of Exploration | Men's 1400 Age of Exploration |
| Men's 1700 Age of Exploration | Men's 996 Explore by Air | Men's 997 Explore by Air | Men's 998 Explore by Air |
| Men's 1300 Explore by Air | Men's 1400 Explore by Air | Men's 1700 Explore by Air | Men's 996 Explore by Sea |
| Men's 997 Explore by Sea | Men's 1300 Explore by Sea | Men's 1400 Explore by Sea | Men's 1700 Explore by Sea |
| Men's 990 Heritage | Men's 996 Heritage | Men's 1300 Heritage | Men's 1400 Heritage |
| Men's 1700 Heritage | Men's 996 Distinct USA | Men's 997 Distinct USA | Men's 1400 Distinct USA |
| Men's 585 Danner x NB | Men's NB1 574 | New Balance 3040 | Women's NB1 998 |
| Women's 998 New Balance | Women's NB1 574 | Women's Pink Ribbon 990v3 | Women's New Balance 1540 v2 |
| Women's New Balance 3040 | Women's NB1 990v3 | Women's New Balance 990v3 | Women's New Balance 990v4 |

29.    Approximately one out of every four pairs of shoes are labeled and advertised by New Balance as Made in the USA.

**New Balance Charges a Price Premium For Made in the USA Labeled Shoes**

30.    Many consumers prefer to purchase American-made products for different reasons. For one, reasonable consumers believe that American-made products are of higher quality than foreign-made products. Reasonable consumers also like to support American companies, and the American workforce, by purchasing domestically-made products. Conversely, consumers do not

-8-

like the idea of purchasing goods that they believe might be made in "sweatshops" in other countries that may be committing human rights violations to produce the consumer goods.

31.    Consumers are more inclined to purchase American-made products and they will pay more for them. New Balance is well aware of this, and it intentionally disseminates deceptive Made in the USA claims in order to capitalize on strong consumer sentiment favoring American products.

32.    A review of pricing data shows that New Balance charges a premium for its Made in the USA labeled shoes. Made in the USA labeled shoe models range in price from $164.99 to $369.99, while New Balance sells many shoe models that are not advertised as Made in the USA for less than $100.

**New Balance Made in the USA Labeled Shoes are Substantially Comprised of Foreign Components**

33.    New Balance's Made in the USA representation is false and misleading because a substantial percentage of its Made in the USA labeled shoes are comprised of foreign components. For example, on information and belief, the outer soles of many Made in the USA labeled shoes are imported from China.

34.    New Balance publicly admits that when "70% of the value of its U.S. made shoes reflect domestic content and labor" it labels its shoes as Made in the USA.

35.    On information and belief, New Balance's Made in the USA labeled shoes consist of at most 70 percent domestic value. Conversely, approximately 30 percent of the value of Made in the USA labeled shoes is derived from foreign components and/or labor. California's consumer protection statutes prohibit these types of false representations and render New Balance's Made in the USA labeled shoes misbranded and unfit for sale in the State of California.

**Plaintiffs' Purchases**

36.    During the statute of limitations period, Plaintiffs each separately purchased pairs of New Balance Made in the USA labeled shoes at retail stores located in the State of California.

37.    Plaintiffs each read the Made in the USA claim on the boxes of the shoes and on the shoes themselves before they made the decision to purchase the products.

-9-

38.     Plaintiffs' reasonable beliefs that the pair of shoes that they purchased were made in the USA were factors in their decision to purchase the shoes.  Plaintiffs would not have purchased the shoes, or would have paid significantly less for the shoes, had they known that the Made in the USA representation was inaccurate.

**Class Members' Purchases**

39.     As with Plaintiffs, Class members were likely to be deceived by New Balance's misrepresentations on the Made in the USA labeled shoes, in that they would not have purchased the product, or would have paid substantially less for the product, but for the misrepresentations.

40.     As a result of New Balance's misrepresentations, Plaintiffs and the Class have been injured to the financial benefit of New Balance.

## CLASS ACTION ALLEGATIONS

41.     Plaintiffs bring this class action pursuant to California Code Civil Procedure § 382, California Civil Code § 1781, and all other applicable laws and rules, individually, and on behalf of all members of the following Class:

> All persons located within the State of California who purchased any New Balance shoe model labeled or advertised as made in the United States at any time beginning four (4) years prior to the filing of this action, and ending at the time this action settles or proceeds to final judgment.

42.     Excluded from the Class are the following individuals and/or entities: New Balance and its parents, subsidiaries, affiliates, officers and directors, current or former employees, and any entity in which New Balance has a controlling interest; all individuals who make a timely election to be excluded from this proceeding using the correct protocol for opting out; and all judges assigned to hear any aspect of this litigation, as well as their immediate family members.

43.     Plaintiffs reserve the right to modify or amend the definition of the proposed Class and/or add subclasses before the Court determines whether certification is appropriate.

44.     The Class is so numerous that joinder of all members would be impractical.  The number of individuals who purchased a pair of New Balance Made in the USA labeled shoes within the relevant time period is at least in the thousands.  These Class members are identifiable and ascertainable through New Balance's records and other proofs of purchase.

-10-

45.     There is a community of interest among the class members because there are questions of law and fact common to the Class that relate to and affect the rights of each member of the Class that will drive the resolution of this action. These questions include, but are not limited to, the following:

a.  Whether New Balance misrepresented material facts and/or failed to disclose material facts in connection with the marketing and sale of its New Balance Made in the USA labeled shoes;

b.  Whether New Balance's use of false or deceptive labeling and advertising constituted false advertising under California Law;

c.  Whether New Balance Made in the USA labeled shoes consist of more than 5 percent foreign value;

d.  Whether New Balance engaged in unfair, unlawful and/or fraudulent business practices under California law;

e.  Whether New Balance's unlawful conduct, as alleged herein, was intentional and knowing;

f.  Whether Plaintiffs and the Class are entitled to damages and/or restitution, and in what amount;

g.  Whether New Balance is likely to continue using false, misleading or unlawful conduct such that an injunction is necessary; and

h.  Whether Plaintiffs and the Class are entitled to an award of reasonable attorneys' fees, interest, and costs of suit.

46.     New Balance engaged in a common course of conduct giving rise to violations of the legal rights sought to be enforced uniformly by Plaintiffs and Class members. Similar or identical statutory and common law violations, business practices, and injuries are involved. Therefore, individual questions, if any, pale in comparison to the numerous common questions presented in this action.

47.     The injuries sustained by members of the Class flow, in each instance, from a common nucleus of operative fact. Each instance of harm suffered by Plaintiffs and the Class has

1  directly resulted from a single course of illegal conduct – namely, New Balance's false Made in

2  the USA representations.

3       48.    Given the similar nature of the Class members' claims and the absence of material

4  differences in the statutes and common laws upon which the Class members' claims are based, the

5  proposed Class will be easily managed by the Court and the parties.

6       49.    Because of the relatively small size of the individual Class members' claims, no

7  Class member could afford to seek legal redress on an individual basis. A class action is superior

8  to any alternative means of prosecution.

9       50.    The representative Plaintiffs' claims are typical of those of the Class, as all

10  members of the Class are similarly affected by New Balance's uniform unlawful conduct as

11  alleged herein.

12       51.    New Balance acted, and failed to act, on grounds generally applicable to Plaintiffs

13  and the Class, supporting the imposition of uniform relief to ensure compatible standards of

14  conduct toward the members of the Class.

15       52.    Plaintiffs will fairly and adequately protect the interests of the Class, and they have

16  retained counsel competent and experienced in class action litigation. The Class representatives

17  have no interests which conflict with or are adverse to those of the other Class members.

18  **COUNT I**

19  **Violation of the California False Advertising Law**

20  **(On behalf of Plaintiffs and the Class against New Balance)**

21       53.    Plaintiffs incorporate herein by specific reference, as though fully set forth, the

22  allegations in paragraphs 1 through 53.

23       54.    California's False Advertising Law ("FAL"), California Business and Professions

24  Code § 17500, *et seq.*, prohibits unfair, deceptive, untrue, or misleading advertising.

25       55.    New Balance's practice of representing that its Made in the USA labeled shoes are

26  American-made violates the FAL. Specifically, the FAL makes it unlawful for "[a]ny person . . .

27  to make or disseminate or cause to be made or disseminated from this state before the public in

28  any state . . . in any advertising device . . . or in any other manner or means whatever, including

-12-

1   over the Internet, any statement, concerning . . . personal property or services, professional or

2   otherwise, or performance or disposition thereof, which is untrue or misleading and which is

3   known, or which by the exercise of reasonable care should be known, to be untrue or misleading."

4   Cal. Bus. & Prof. Code § 17500.

5       56.    New Balance has engaged in a scheme of offering mislabeled shoes for sale to

6   Plaintiffs and Class members by way of product packaging, labeling, internet advertising, and

7   other promotional materials.  These labels and materials misrepresented and/or omitted the true

8   content and nature of the mislabeled products.  New Balance's advertisements and inducements –

9   the Made in the USA representations – were made in California, and come within the definition of

10  advertising as contained in Bus. & Prof. Code § 17500, *et seq.*, in that the product packaging,

11  labeling, and promotional materials were intended as inducements to purchase New Balance's

12  Made in the USA labeled shoes, and they are statements disseminated by New Balance to

13  Plaintiffs and Class members.  New Balance knew or should have known that these statements

14  were inaccurate and misleading.

15      57.    New Balance's false advertisements, as alleged herein, were calculated to induce

16  Plaintiffs and Class members to purchase merchandise they otherwise would not have and/or to

17  spend more money than they otherwise would have spent, in order to increase New Balance's

18  profits.

19      58.    Through its unfair acts and practices, New Balance has improperly obtained money

20  from Plaintiffs and the Class.  As such, Plaintiffs requests that this Court cause New Balance to

21  restore this money to Plaintiffs and all Class members, and to enjoin New Balance from

22  continuing to violate the FAL in the future.

23      59.    In prosecuting this action for the enforcement of important rights affecting the

24  public interest, Plaintiffs also request that the Court award reasonable attorneys' fees and costs

25  pursuant to Cal. Code of Civ. Proc. § 1021.5.

26  //

27  //

28  //

-13-

CLASS ACTION COMPLAINT

## COUNT II

### Violation of the California Consumer Legal Remedies Act

**(On behalf of Plaintiffs and the Class against New Balance)**

60.    Plaintiffs incorporate herein by specific reference, as though fully set forth, the allegations in paragraphs 1 through 59.

61.    This cause of action is brought pursuant to the California Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1750, *et seq.*

62.    Plaintiffs and Class members are "consumers" within the meaning of Cal. Civ. Code § 1761(d).

63.    The sale of New Balance Made in the USA labeled shoes to Plaintiffs and Class members were "transactions" within the meaning of Cal. Civ. Code § 1761(e). The shoes purchased by Plaintiffs and Class members are "goods" within the meaning of Cal. Civ. Code § 1761(a).

64.    As alleged herein, New Balance violated the CLRA by falsely labeling and advertising that the products at issue are made in the USA, when in fact, they substantially consist of foreign-made components and/or are derived from foreign labor.

65.    New Balance has violated several provisions of the CLRA. Cal. Civ. Code § 1770(a)(4) prohibits using "deceptive representations or designations of geographic origin in connection with goods or services." Cal. Civ. Code § 1770(a)(5) prohibits "[r]epresenting that goods or services have . . . characteristics, ingredients, uses, benefits, or quantities which they do not have . . . " Cal. Civ. Code § 1770(a)(7) prohibits representing "that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another. Finally, Cal. Civ. Code § 1770(a)(9)) prohibits "[a]dvertising goods or services with intent not to sell them as advertised."

66.    By engaging in the conduct alleged herein, New Balance violated, and continues to violate, sections 1770(a)(4), (5), (7) and (9) of the CLRA.

67.    Plaintiffs relied on the misrepresentation that the New Balance Made in the USA labeled shoes that they bought were made in the USA. Plaintiffs would not have purchased the

-14-

1  products, or would have paid significantly less for the products, but for New Balance's unlawful

2  conduct.  Consumers were likely to also have relied upon New Balance's deceptive labeling and

3  advertising when purchasing New Balance Made in the USA labeled shoes.  Plaintiffs and Class

4  members acted reasonably when they purchased New Balance Made in the USA labeled shoes

5  based on the clear-cut and deceptive representations alleged herein.

6      68.    Under Cal. Civ. Code § 1780(a), Plaintiffs and Class members seek injunctive and

7  equitable relief for New Balance's violations of the CLRA.  On December 21, 2016, Plaintiffs sent

8  a notice letter by certified mail to New Balance of their intent to pursue claims under the CLRA,

9  and an opportunity to cure, consistent with Cal. Civ. Code § 1782.  Concurrent with the filing of

10  the Complaint, Plaintiffs are filing declarations of venue, consistent with Cal. Civ. Code §

11  1780(d), attached hereto as Exhibit A.

12      69.    Plaintiffs seek injunctive relief only pursuant to the CLRA.  If New Balance fails to

13  take corrective action within 30 days of receipt of the notice letter, Plaintiffs intend to amend the

14  Complaint to include a request for damages as permitted under Cal. Civ. Code § 1782(d).

15  ### COUNT III

16  ### Violation of the Cal. Bus. & Prof. Code § 17533.7

17  ### (On behalf of Plaintiffs and the Class against New Balance)

18      70.    Plaintiffs incorporate herein by specific reference, as though fully set forth, the

19  allegations in paragraphs 1 through 69.

20      71.    Cal. Bus. & Prof. Code § 17533.7(a) provides:

21      "It is unlawful for any person, firm, corporation or association to sell or offer for
       sale in this state any merchandise on which merchandise or on its container there

22      appears the words 'Made in U.S.A.,' 'Made in America,' 'U.S.A.,' or similar words
       if the merchandise or any article, unit, or part thereof, has been entirely or

23      substantially made, manufactured, or produced outside of the United States."

24

25      72.    New Balance violated, and continues to violate, Cal. Bus. & Prof. Code § 17533.7

26  by selling and offering to sell merchandise in the State of California with the Made in the USA

27  label and advertisements as alleged herein.  The shoes at issue in this case actually contain

28  component parts that are manufactured outside of the United States in violation of California law.

-15-

73.     Cal. Bus. & Prof. Code § 17533.7(c)(1) permits companies to have a made in the U.S.A. label that are not 100 percent American-made only in limited circumstances – none of which apply here.  First, Cal. Bus. & Prof. Code § 17533.7 shall not apply to "merchandise made, manufactured, or produced in the United States that has one or more articles, units, or parts from outside of the United States, if all of the articles, units, or parts of the merchandise obtained from outside the United States constitute not more than 5 percent of the final wholesale value of the manufactured product." Cal. Bus. & Prof. Code § 17533.7(b).

74.     Second, Cal. Bus. & Prof. Code § 17533.7 shall not apply only if the "manufacturer of the merchandise shows that it can neither produce the article, unit, or part within the United States nor obtain the article, unit, or part of the merchandise from a domestic source" *and* "all of the articles, units, or parts of the merchandise obtained from outside the United States constitute not more than 10 percent of the final wholesale value of the manufactured product." Cal. Bus. & Prof. Code § 17533.7(c).

75.     As alleged herein, New Balance Made in the USA labeled shoes are labeled as Made in the USA when their domestic value is only 70 percent, which undermines the potential exceptions to the application of Cal. Bus. & Prof. Code § 17533.7.

76.     On information and belief, the alleged violations of Cal. Bus. & Prof. Code § 17533.7 were done with awareness that the conduct was wrongful.  On further information and belief, New Balance committed these acts with full knowledge that the harm alleged herein would accrue to Plaintiffs and the Class.

77.     As a direct and proximate result of New Balance's violations of Cal. Bus. & Prof. Code § 17533.7, Plaintiffs and Class members are entitled to restitution of excess monies paid to New Balance by Plaintiffs and Class members relating to the false Made in the USA claims on the New Balance shoe models referenced herein.

78.     Plaintiffs and Class members suffered an injury in fact because their money was taken by New Balance as a result of its false Made in the USA claims.

//

//

EXHIBIT A TO NOTICE OF REMOVAL
Page 16

1     79.    In prosecuting this action for the enforcement of important rights affecting the

2  public interest, Plaintiffs also request that the Court award reasonable attorneys' fees and costs

3  pursuant to Cal. Code of Civ. Proc. § 1021.5.

4                                      **COUNT IV**

5             **Violation of the California Unfair Competition Law**

6       **(On behalf of Plaintiffs and the Class against New Balance)**

7     80.    Plaintiffs incorporate herein by specific reference, as though fully set forth, the

8  allegations in paragraphs 1 through 79.

9     81.    Plaintiffs and Class members are "persons" within the meaning of Cal. Bus. &

10  Prof. Code § 17204.

11     82.    The California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200,

12  *et seq.*, defines unfair business competition to include any "unlawful, unfair or fraudulent" act or

13  practice, as well as any "unfair, deceptive, untrue or misleading" advertising.

14     83.    A business act or practice is "unfair" under the UCL if the reasons, justifications

15  and motives of the alleged wrongdoer are outweighed by the gravity of the harm to the alleged

16  victims.  A business act or practice is "fraudulent" under the UCL if it is likely to deceive

17  members of the consuming public.  A business act or practice is "unlawful" under the UCL if it

18  violates any other law or regulation.

19     84.    New Balance has violated the "unfair" prong of the UCL by mislabeling its Made

20  in the USA labeled shoes in order to induce consumers to believe the shoes are American-made

21  when they are not.

22     85.    The business acts and practices alleged herein are unfair because they caused

23  Plaintiffs and Class members to falsely believe that New Balance is offering a product that is

24  superior or more desirable to what they actually received.  This deception was likely to have

25  induced reasonable consumers, including Plaintiffs, to buy New Balance Made in the USA labeled

26  shoes, which they otherwise would not have purchased, or would have paid substantially less for

27  such products.

28  //

-17-

86.     The gravity of the harm to Plaintiffs and Class members resulting from these unfair acts and practices outweighs any conceivable reasons, justifications and/or motives of New Balance for engaging in such deceptive acts and practices.  By committing the acts and practices alleged herein, New Balance has engaged in, and continues to engage in, unfair business practices within the meaning of California Business & Professions Code § 17200, *et seq.*

87.     New Balance has also violated the "unlawful" prong of the UCL by violating several California laws, as alleged herein, including the FAL, Cal Bus. & Prof. Code § 17533.7 and the CLRA.

88.     New Balance also violated the "fraudulent" prong of the UCL by misleading Plaintiffs and Class members to believe that its New Balance Made in the USA labeled shoes are American-made, when in actuality, they are substantially comprised of foreign-made parts.

89.     Through its unlawful acts and practices, New Balance has improperly obtained money from Plaintiffs and the Class.  As such, Plaintiffs request that this Court cause New Balance to restore this money to Plaintiffs and the Class, and to enjoin New Balance from continuing to violate the UCL as alleged herein.

90.     In prosecuting this action for the enforcement of important rights affecting the public interest, Plaintiffs also request that the Court award reasonable attorneys' fees and costs pursuant to Cal. Code of Civ. Proc. § 1021.5.

## COUNT V

### Breach of Express Warranty

### (On behalf of Plaintiffs and the Class against New Balance)

91.     Plaintiffs incorporate herein by specific reference, as though fully set forth, the allegations in paragraphs 1 through 90.

92.     In connection with the sale of its Made in the USA labeled shoes, New Balance issued an express warranty that these products were in fact made in the USA.

93.     New Balance's affirmation of fact and promise on the shoes themselves and in advertisements became part of the basis of the bargain between New Balance and Plaintiffs and

-18-

1  Class members, thereby creating express warranties that these products would conform to New

2  Balance's affirmation of fact, representations, promise, and description.

3      94.    New Balance breached its express warranty because its Made in the USA labeled

4  shoes are not made in the USA, but are instead, substantially comprised of foreign-made

5  components. Simply put, the products at issue here do not live up to New Balance's express

6  warranty.

7      95.    Plaintiffs were injured as a result of New Balance's breach because they would not

8  have purchased the shoes if they had known that the products did not have the characteristics or

9  qualities as expressly warranted by New Balance, or they would have paid substantially less for

10  the shoes had they been aware of their true quality and characteristics. Similarly, Class members

11  are likely to have reasonably relied upon New Balance's express warranties in purchasing New

12  Balance Made in the USA labeled shoes.

## COUNT VI

### Negligent Misrepresentation

### (On behalf of Plaintiffs and the Class against New Balance)

16      96.    Plaintiffs incorporate herein by specific reference, as though fully set forth, the

17  allegations in paragraphs 1 through 95.

18      97.    As alleged herein, New Balance misrepresented that its Made in the USA labeled

19  shoes were made in the USA, when they are substantially comprised of foreign-made components.

20      98.    At the time New Balance made these representations, New Balance knew or should

21  have known that these representations were false, or made them without knowledge of their truth

22  or veracity.

23      99.    At minimum, New Balance negligently misrepresented and/or negligently omitted

24  material facts about its Made in the USA labeled shoes.

25      100.   The negligent misrepresentations and omissions made by New Balance, upon

26  which Plaintiffs and Class members reasonably and justifiably relied, were intended to induce, and

27  actually induced, Plaintiffs and Class members to purchase the shoes at issue.

28

101.   Plaintiffs would not have purchased the product, or would not have purchased the product on the same terms, if the true qualities and characteristics of the shoes had been known to her.  Similarly, Class members are likely to have reasonably relied upon New Balance's deceptive labeling and advertising in purchasing New Balance Made in the USA labeled shoes.

102.   The negligent actions of New Balance caused harm to Plaintiffs and Class members, who are entitled to damages and other legal and equitable relief as a result.

## COUNT VII

### Unjust Enrichment and Common Law Restitution

### (On behalf of Plaintiffs and the Class against New Balance)

103.   Plaintiffs incorporate herein by specific reference, as though fully set forth, the allegations in paragraphs 1 through 102.

104.   As a result of New Balance's wrongful and deceptive conduct, Plaintiffs and Class members have suffered a detriment while New Balance has received a benefit.

105.   New Balance's misleading, inaccurate and deceptive marketing and labeling intentionally cultivates the perception that consumers are being offered a product that they are not. Plaintiffs and Class members were intended to rely upon New Balance's misrepresentations when they purchased New Balance Made in the USA labeled shoes.  Plaintiffs and Class members likely would not have purchased New Balance Made in the USA labeled shoes, or would have paid significantly less for the products, if New Balance had not misrepresented the nature of these products.

106.   New Balance has received a premium price benefit and/or additional sales from Plaintiffs and Class members as a result of this unlawful conduct.

107.   New Balance should not be allowed to retain the premium price profits and/or additional sales generated from the sale of products that were unlawfully marketed, advertised and promoted.  Allowing New Balance to retain these unjust profits would offend traditional notions of justice and fair play and induce companies to misrepresent key characteristics of their products in order to increase sales.

//

-20-

1    108.    Thus, New Balance is in possession of funds that were wrongfully retained from

2    Plaintiffs and Class members that should be disgorged as illegally gotten gains.

3                                    **PRAYER FOR RELIEF**

4        **WHEREFORE**, Plaintiffs, individually and on behalf of the Class, respectfully pray for

5    following relief:

6        1.    Certification of this case as a class action on behalf of the Class defined above,

7    appointment of Plaintiffs as Class representatives, and appointment of their counsel as Class

8    counsel;

9        2.    A declaration that New Balance's actions, as described herein, violate the claims

10    described herein;

11        3.    An award of injunctive and other equitable relief as is necessary to protect the

12    interests of Plaintiffs and the Class, including, *inter alia*, an order prohibiting New Balance from

13    engaging in the unlawful act described above;

14        4.    An award to Plaintiffs and the Class of restitution and/or other equitable relief,

15    including, without limitation, restitutionary disgorgement of all profits and unjust enrichment that

16    New Balance obtained from Plaintiffs and the Class as a result of its unlawful, unfair and

17    fraudulent business practices described herein;

18        5.    An award to Plaintiffs and their counsel of their reasonable expenses and attorneys'

19    fees;

20        6.    An award to Plaintiffs and the Class of pre and post-judgment interest, to the extent

21    allowable; and

22        7.    For such further relief that the Court may deem just and proper.

23    //

24    //

25    //

26    //

27    //

28    //

-21-

1

## **DEMAND FOR JURY TRIAL**

2        Plaintiffs, on behalf of themselves and the Class, hereby demand a jury trial with respect to

3   all issues triable of right by jury.

4

5   DATED:  December 22, 2016                  SCHNEIDER WALLACE COTTRELL
                                               KONECKY & WOTKYNS LLP
6

7                                       By: _____
                                               JASON H. KIM
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-22-

**Figure 1**



CLASS ACTION COMPLAINT

**Figure 2**



**MADE IN US AND UK** (82)

**SORT BY**

☐ FEATURED     ☐ NEW ARRIVALS

☐ MOST POPULAR     ☐ PRICE (LOW HIGH)

☐ PRICE (HIGH-LOW)

**FILTER BY**

**Gender**     —

Men     Women

**Categories**     —

Men's Made in USA    Women's Made in USA    Men's Made in UK Sneakers

Women's Made in UK

**Size/Width**

Please make a single selection for each of the above filters to see available sizes and widths.

## MADE IN USA SNEAKERS

We're proud to be the only major company to make or assemble more than 4 million pairs of athletic footwear per year in the USA, which represents a limited portion of our sales. Where the domestic value is at least 70%, we label our shoes Made in the USA.

New Balance 990v4
$164.99

New Balance 990v4
$164.99

997 New Balance
$209.99

1300 New Balance
$199.99

-23-

CLASS ACTION COMPLAINT

**Figure 3**



Like    Message    Share    More ▾

**New Balance** ✔
@Newbalance

Home

**About**

Posts

Videos

Photos

Locations

Events

Likes

Instagram feed

New Balance Email Sign-Up

About

Always in Beta

http://www.twitter.com/newbalance
http://www.instagram.com/newbalance

Company Overview

New Balance began as a Boston-based arch support company in the early 1900's, developed into a specialized shoe manufacturer in the 1970's, and has grown to become a leading global athletic products company. Today New Balance is a family of brands including New Balance, Dunham, PF Flyers, Aravon, Warrior and Brine.

Since the days of selling arch supports to police officers and waiters, New Balance has been a brand concerned with meeting the needs of the everyday athlete. Part of producing superior footwear and athletic apparel is manufacturing it to fit all widths and sizes, because a better fit produces better performance.

To ensure the best fitting, best performing shoes and apparel, we focus on improving our technology and production methods. A big part of that is maintaining five manufacturing facilities here in the United States where we continue to produce shoes and apparel that meet the standards we've employed for more than 100 years. We have also remained commited to a core set of values that include integrity, teamwork and total customer satisfaction.

In 2013, 1 out of every 4 pairs of shoes we sold in the USA was made or assembled here. Where domestic value is at least 70%, we label our shoes "Made in the USA."

-24-

**Figure 4**



CLASS ACTION COMPLAINT

**Figure 5**



One out of every 4 pairs of shoes we sell in the USA is made or assembled here.

Where the domestic value is at least 70%, we label our shoes "Made in the USA."

**Figure 6**



CLASS ACTION COMPLAINT

**Figure 7**



CLASS ACTION COMPLAINT

**Figure 8**



CLASS ACTION COMPLAINT

EXHIBIT A TO NOTICE OF REMOVAL
Page 30

**Figure 9**



CLASS ACTION COMPLAINT

EXHIBIT A TO NOTICE OF REMOVAL
Page 31

**Figure 10**





New Balance 990v4

CLASS ACTION COMPLAINT

**Figure 11**



New Balance 990v4 

CLASS ACTION COMPLAINT

**Figure 12**



● ○ ○ ○

585 Danner x NB

**$359.99**



**Color:** *Brown*

CLASS ACTION COMPLAINT

**Figure 13**



○ ○ ● ○ ○

997 Age of Exploration

$209.99



**Color:** *Grey with Orange*

-34-
CLASS ACTION COMPLAINT

**Figure 14**





Pink Ribbon 990v4

CLASS ACTION COMPLAINT

**Figure 15**



006 Connoisseur Retro Ski

CLASS ACTION COMPLAINT

# EXHIBIT A

## DECLARATION OF SHEILA DASHNAW

I, Sheila Dashnaw, hereby declare:

1.     I am the Named Plaintiff in the above-entitled action.  I am a competent adult over eighteen years of age and I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2.     I am a citizen of the United States and California.  I am a resident of the County of San Diego in the State of California.

3.     The transaction that forms the basis of my claims asserted in this case – namely, my purchase of a pair of New Balance shoes – took place at a store located in the County of San Diego.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 9, 2016 at El Cajon, California.

Sheila Dashnaw

## DECLARATION OF WILLIAM MEIER

I, William Meier, hereby declare:

1.      I am the Named Plaintiff in the above-entitled action.  I am a competent adult over eighteen years of age and I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2.      I am a citizen of the United States and California.  I am a resident of the County of San Diego in the State of California.

3.      The transaction that forms the basis of my claims asserted in this case – namely, my purchase of a pair of New Balance shoes – took place at a store located in the County of San Diego.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December ⟋, 2016 at El Cajon, California.

William C. Meier

William Meier

**DECLARATION OF SHERRYL JONES**

I, Sherryl Jones, hereby declare:

1.      I am the Named Plaintiff in the above-entitled action. I am a competent adult over eighteen years of age and I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2.      I am a citizen of the United States and California. I am a resident of the County of Los Angeles in the State of California.

3.      The transaction that forms the basis of my claims asserted in this case – namely, my purchase of a pair of New Balance shoes – took place at a store located in the County of Los Angeles.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 5, 2016 at Los Angeles, California.

Sherryl Jones

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jason H. Kim (SBN 220279)<br>Schneider Wallace Cottrell Konecky & Wotkyns LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>TELEPHONE NO.: 415-421-7000    FAX NO.: 415-421-7105<br>ATTORNEY FOR *(Name):* Sheila Dashnaw, William Meier, Sherryl Jones | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**12/27/2016** at 01:44:01 PM<br>Clerk of the Superior Court<br>By Tamara Parra,Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Hall of Justice

CASE NAME:
Dashnaw, et al. v. New Balance Athletics, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER:<br>37-2016-00045461-CU-AT-CTL |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE: Judge Richard E. L. Strauss<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☑ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☑ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☑ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* 7–FAL,CLRA,B&P 17533.7,B&P 17200,Warranty,Neg. Misrep.,Restitution
5. This case ☑ is ☐ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 22, 2016
Jason H. Kim
_____   ► _____
(TYPE OR PRINT NAME)                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only. Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:** *(AVISO AL DEMANDADO):* <br> New Balance Athletics, Inc., a corporation; and DOES 1 through 50, inclusive <br><br> **YOU ARE BEING SUED BY PLAINTIFF:** *(LO ESTÁ DEMANDANDO EL DEMANDANTE):* <br> Sheila Dashnaw, William Meier, and Sherryl Jones, individually, and on behalf of all others similarly situated | FOR COURT USE ONLY <br> *(SOLO PARA USO DE LA CORTE)* <br><br> **ELECTRONICALLY FILED** <br> Superior Court of California, <br> County of San Diego <br><br> **12/27/2016** at 01:44:01 PM <br> Clerk of the Superior Court <br> By Tamara Parra, Deputy Clerk |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> Superior Court, County of San Diego <br> 330 West Broadway, San Diego, CA 92101 | CASE NUMBER: <br> *(Número del Caso):* 37-2016-00046461-CU-AT-CTL |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jason H. Kim (SBN 220279); 2000 Powell Street, Suite 1400, Emeryville CA 94608; (415) 421-7100

| | | | |
|---|---|---|---|
| DATE: 12/28/2016 <br> *(Fecha)* | Clerk, by <br> *(Secretario)* | *sam Parra* <br> T. Parra | , Deputy <br> *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):*

   under: ☑ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use <br> Judicial Council of California <br> SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 <br> *www.courtinfo.ca.gov* |



**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION**

CASE NUMBER: 37-2016-00045461-CU-AT-CTL          CASE TITLE: Dashnaw vs New Balance Athletics Inc [E-FILE]

**NOTICE**: All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
    (1) this **Alternative Dispute Resolution (ADR) Information** form (SDSC form #CIV-730),
    (2) the **Stipulation to Use Alternative Dispute Resolution (ADR)** form (SDSC form #CIV-359), *and*
    (3) the **Notice of Case Assignment** form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

**Potential Advantages and Disadvantages of ADR**
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| **Potential Advantages** | **Potential Disadvantages** |
|---|---|
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Gives parties more control over the dispute resolution process and outcome | |
| • Preserves or improves relationships | |

**Most Common Types of ADR**
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:** A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:**  There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.  Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

<u>Local ADR Programs for Civil Cases</u>

**Mediation:**  The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

<u>On-line mediator search and selection:</u>  Go to the court's ADR webpage at <u>www.sdcourt.ca.gov/adr</u> and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005).  The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:**  The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule <u>2.2.1</u> for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:**  The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience.  Refer to SDSC Local Rules <u>Division II, Chapter III</u> and Code Civ. Proc. <u>§ 1141.10 et seq</u> or contact the Arbitration Program Office at (619) 450-7300 for more information.

<u>More information about court-connected ADR:</u> Visit the court's ADR webpage at <u>www.sdcourt.ca.gov/adr</u> or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:**  The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at <u>www.ncrconline.com</u> or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at <u>www.nclifeline.org</u> or (760) 726-4900.

**Private ADR:**  To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

<u>Legal Representation and Advice</u>

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost.*

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS:        330 West Broadway | |
| MAILING ADDRESS:     330 West Broadway | |
| CITY, STATE, & ZIP CODE: San Diego, CA  92101-3827 | |
| BRANCH NAME:          Central | |

| PLAINTIFF(S):   Sheila Dashnaw et.al. |
|---|
| DEFENDANT(S): New Balance Athletics Inc |
| SHORT TITLE:    DASHNAW VS NEW BALANCE ATHLETICS INC [E-FILE] |

| **STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR)** | CASE NUMBER:<br>37-2016-00045461-CU-AT-CTL |
|---|---|

Judge: Richard E. L. Strauss                                       Department: C-75

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process.  Selection of any of these options will not delay any case management timelines.

☐   Mediation (court-connected)                    ☐   Non-binding private arbitration

☐   Mediation (private)                                    ☐   Binding private arbitration

☐   Voluntary settlement conference (private)   ☐   Non-binding judicial arbitration (discovery until 15 days before trial)

☐   Neutral evaluation (private)                        ☐   Non-binding judicial arbitration (discovery until 30 days before trial)

☐   Other (specify e.g., private mini-trial, private judge, etc.): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name)   _____

_____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____                                    Date: _____


_____                   _____
Name of Plaintiff                                              Name of Defendant


_____                   _____
Signature                                                        Signature


_____                   _____
Name of Plaintiff's Attorney                               Name of Defendant's Attorney


_____                   _____
Signature                                                        Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385.  Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated:  12/28/2016                                          _____
                                                                       JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 12-10)                                                                      Page: 1

**STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS:     330 W Broadway
MAILING ADDRESS:    330 W Broadway
CITY AND ZIP CODE:  San Diego, CA 92101-3827
BRANCH NAME:        Central
TELEPHONE NUMBER:   (619) 450-7075

PLAINTIFF(S) / PETITIONER(S):   Sheila Dashnaw et.al.

DEFENDANT(S) / RESPONDENT(S):   New Balance Athletics Inc

DASHNAW VS NEW BALANCE ATHLETICS INC [E-FILE]

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE on MANDATORY eFILE CASE | CASE NUMBER:<br>37-2016-00045461-CU-AT-CTL |
| --- | --- |

**CASE ASSIGNMENT**

Judge:  Richard E. L. Strauss                          Department: C-75

**COMPLAINT/PETITION FILED:** 12/27/2016

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
| --- | --- | --- | --- | --- |
| Civil Case Management Conference | 08/04/2017 | 10:00 am | C-75 | Richard E. L. Strauss |

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

TIME STANDARDS: The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

COMPLAINTS: Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

DEFENDANT'S APPEARANCE: Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

JURY FEES: In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

MANDATORY eFILE: Case assigned to mandatory eFile program per CRC 3.400-3.403 and SDSC Rule 2.4.11. All documents must be eFiled at www.onelegal.com. Refer to General Order 051414 at www.sdcourt.ca.gov for guidelines and procedures.

COURT REPORTERS: Court reporters are not provided by the Court in Civil cases. See Local Rule 5.1.8

*ALTERNATIVE DISPUTE RESOLUTION (ADR): THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Todd Schneider, 158253<br>Schneider Wallace Cottrell Konecky Wotkyns LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>TELEPHONE NO.: (415) 421-7100<br>ATTORNEY FOR *(Name)*: Plaintiff | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**01/11/2017** at 12:35:00 PM<br>Clerk of the Superior Court<br>By E- Filing, Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| Superior Court of California, San Diego County |
| 330 W. Broadway |
| San Diego, CA 92101-3409 |

| PLAINTIFF/PETITIONER: Sherryl Jones | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: New Balance Athletics, Inc. | 37-2016-00045461-CU-AT-CTL |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>101315 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**

2. I served copies of: Civil Case Cover Sheet, Class Action Complaint, Summons, Notice of Case Assignment ,
   Notice re Alternative Dispute Resolution Information, Stipulation to Use Alternative Dispute
   Resolution, Notice of Confirmation of Electronic Filing

3. a. Party served: New Balance Athletics, Inc., a corporation

   b. Person Served: CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served: 818 West Seventh Street, 930
   Los Angeles, CA 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) on (date): 12/29/2016    (2) at (time): 3:00PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

New Balance Athletics, Inc., a corporation
under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:       Jimmy Lizama
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 0.00
   e I am:
      (3) registered California process server.
         (i)  Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 01/03/2017

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 10760717
EXHIBIT A TO NOTICE OF REMOVAL
Page 48