| | |
|---|---|
| THE WAND LAW FIRM<br>Aubry Wand (SBN 281207)<br>400 Corporate Pointe, Suite 300<br>Culver City, California 90230<br>Telephone: (310) 590-4503<br>Facsimile: (310) 590-4596<br>E-mail: awand@wandlawfirm.com | SCHNEIDER WALLACE COTTRELL<br>KONECKY & WOTKYNS LLP<br>Todd M. Schneider (SBN 158253)<br>Jason H. Kim (SBN 220279)<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br>E-mail: tschneider@schneiderwallace.com<br>jkim@schneiderwallace.com |

*Attorneys for Plaintiffs*

| | |
|---|---|
| FISH & RICHARDSON P.C.<br>R. David Hosp (Pro Hac Vice)<br>Sheryl Garko (Pro Hac Vice)<br>Mark S. Puzella (Pro Hac Vice)<br>Laura B. Najemy (Pro Hac Vice)<br>1 Marina Park Dr.<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906<br>E-mail: hosp@fr.com; garko@fr.com<br>      puzella@fr.com; najemy@fr.com | FISH & RICHARDSON P.C.<br>Garrett K. Sakimae (SBN 288453)<br>12390 El Camino Real<br>San Diego, California 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br>E-mail: sakimae@fr.com |

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA DASHNAW, WILLIAM MEIER, and SHERRYL JONES, individually, and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>NEW BALANCE ATHLETICS, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>　　Defendants. | Case No. 3:17-cv-00159-L-JLB<br><br>**JOINT STIPULATION REGARDING SETTLEMENT AGREEMENT**<br><br>Magistrate Judge: Hon. Jill L. Burkhardt<br><br>Judge: Hon. M. James Lorenz |

Pursuant to Section XI.K. of the Settlement Agreement (ECF No. 99-4), Plaintiffs Sheila Dashnaw, William Meier, and Sherryl Jones ("Plaintiffs"), and Defendant New Balance Athletics, Inc. ("New Balance"), by and through their counsel of record, here by stipulate and agree to the following minor modifications to the Settlement Agreement, subject to the approval of the Court:

1. In paragraph III.C.4., the time frame in which the Claims Administrator must issue any remaining funds in the Escrowed Fund or any Residual Funds to the Cy Pres Recipient, is extended from one hundred and twenty (120) days to one hundred and eighty (180) days from the Final Settlement Date. This change has been made at the recommendation of the Settlement Administrator.

2. In paragraph IV.B.1.b. the time frame in which the Claims Administrator must substantially complete the sending of Class Notice by Electronic Mail ("E-Mail") to each reasonably identifiable Class Member's last known E-Mail address, is extended from beginning five (5) business days after the entry of the Preliminary Approval Order and to be substantially completed not later than ten (10) business days after entry of the Preliminary Approval Order to beginning ten (10) business days after the entry of the Preliminary Approval Order and to be substantially completed not later than fifteen (15) business days after the entry of the Preliminary Approval Order. This change has been made at the recommendation of the Settlement Administrator.

3. In paragraph IV.B.1.c. the time frame for the Notice Administrator to send the Summary Settlement Notice by First Class U.S. Mail, proper postage prepaid, to each Class Member whose E-mail address returned a message as undeliverable is extended from no later than twenty (20) days after the entry of the Preliminary Approval Order to not later than twenty-five (25) days

after the entry of the Preliminary Approval Order. This change has been made at the recommendation of the Settlement Administrator.

4. In paragraph IV.B.1.d. the time frame for the Notice Administrator to: (i) re-mail any Summary Settlement Notices returned by the United States Postal Service with a forwarding address that are received by the Notice Administrator; (ii) by itself or using one or more address research firms, as soon as practicable following receipt of any returned Summary Settlement Notices that do not include a forwarding address, research any such returned mail for better addresses and promptly mail copies of the Summary Settlement Notice to the better addresses so found, is extended from no later than thirty-five (35) days after the entry of the Preliminary Approval Order to no later than forty-five (45) days after the entry the Preliminary Approval Order. This change has been made at the recommendation of the Settlement Administrator.

5. In paragraph IV.B.3. the time frame for the Notice Administrator to publish the Summary Settlement Notice is extended from not later than five (5) business days after the entry of the Preliminary Approval Order to not later than ten (10) business days after the entry of the Preliminary Approval Order. This change has been made at the recommendation of the Settlement Administrator.

In addition to these five minor changes to the Settlement Agreement, counsel for the parties have also agree upon minor changes to Exhibits 1, 2, 5 and 8 to the Settlement Agreement. Revised versions of those Exhibits are being filed along with this Stipulation.

1  Dated: May 21, 2018                    Respectfully submitted,

                                          By: *s/ Jason H. Kim*
                                              Jason H. Kim
                                              Todd M. Schneider
                                              **SCHNEIDER WALLACE**
                                              **COTTREEL KONECKY &**
                                              **WOTKYNS LLP**
                                              2000 Powell Street, Suite 1400
                                              Emeryville, CA 94608
                                              Tel: (415) 421-7100
                                              Fax: (415) 421-7105
                                              tschneider@schneiderwallace.com;
                                              jim@schneiderwallace.com

                                              *and*

                                              Aubry Wand
                                              **THE WAND LAW FIRM**
                                              400 Corporate Point, Suite 300
                                              Culver City, CA 90230
                                              Tel: (310) 590-4503
                                              Fax: (310) 590-4596
                                              awand@wandlawfirm.com

| | | |
|---|---|---|
| 1 | Dated: May 21, 2018 | FISH & RICHARDSON P.C. |
| 2 | | By: *s/ R. David Hosp* |

                                            R. David Hosp (*Pro Hac Vice*)
                                               Massachusetts BBO 634091
                                            Sheryl Koval Garko (*Pro Hac Vice*)
                                               Massachusetts BBO 657735
                                            Mark S. Puzella (*Pro Hac Vice*)
                                               Massachusetts BBO 644850
                                            Laura B. Najemy (*Pro Hac Vice*)
                                             Massachusetts BBO 678756
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Tel: (617) 542-5070
Fax: (617) 542-8906
hosp@fr.com; garko@fr.com;
puzella@fr.com; najemy@fr.com

Garrett K. Sakimae
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099
sakimae@fr.com

Elizabeth Brenckman (*Pro Hac Vice*)
    Minnesota State Bar No. 0388871
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Tel: (212) 765-5070
Fax: (212) 258-2291
brenckman@fr.com

-4-
JOINT STIPULATION RE. SETTLEMENT AGREEMENT
CASE NO. 17-CV-00159-L-JLB

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to R. David Hosp, counsel for New Balance Athletics, Inc, and that I have obtained Mr. Hosp's authorization to affix his electronic signature to this document.

By: *s/ Jason H. Kim*
Jason H. Kim