1   THE WAND LAW FIRM, P.C.
2   Aubry Wand (SBN 281207)
3   400 Corporate Pointe, Suite 300
    Culver City, California 90230
4   Telephone:  (310) 590-4503
    Facsimile:  (310) 590-4596
5   E-mail: awand@wandlawfirm.com

SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
E-mail:  tschneider@schneiderwallace.com
          jkim@schneiderwallace.com

9   *Attorneys for Plaintiffs and*
10  *The Putative Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHEILA DASHNAW, WILLIAM
MEIER, and SHERRYL JONES,
individually, and on behalf of all others
similarly situated,

                Plaintiffs,

        v.

NEW BALANCE ATHLETICS, INC.,
a corporation; and DOES 1 through 50,
inclusive,

                Defendants.

CASE NO.: 3:17-cv-00159-L-JLB

**DECLARATION OF JASON H.
KIM IN SUPPORT OF
PLAINTIFFS' RENEWED
UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT**

### <u>DECLARATION OF JASON H. KIM</u>

I, Jason H. Kim, declare as follows:

1.     I am a partner with the law firm of Schneider Wallace Cottrell Konecky Wotkyns ("SWCKW") and one of the counsel for Plaintiffs in this matter. I make this Declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

2.     On December 27, 2016, Plaintiffs filed a Complaint in the California Superior Court, County of San Diego. On January 26, 2017, Defendant New Balance Athletics, Inc. ("New Balance") removed that action to this Court.

3.     On February 21, 2018, the parties participated in a day-long mediation in Boston, Massachusetts with Professor Eric Green, an experienced and highly-respected mediator.

4.     At the conclusion of the mediation, the parties reached an agreement regarding the material terms of a settlement ("Settlement").

5.     Plaintiffs filed a true and correct copy of the final agreement (the "Settlement Agreement") that arose from the mediation and subsequent discussions between the parties in support of their initial Motion for Preliminary Approval. *See* ECF No. 99-4.

6.     The parties have executed two amendments to the Settlement Agreement. First, Plaintiffs filed a Joint Stipulation Re. Amendment to Settlement Agreement in support of their Notice of Amendment to Settlement Agreement. *See* ECF No. 100-2. Then, after this Court denied Plaintiffs' initial Motion for Preliminary Approval, the parties executed a Joint Stipulation Re. Further Amendment to Settlement Agreement, a true and correct copy of which is attached hereto as **Exhibit A**.

7.     In congruence with the changes to the settlement as set forth in the Joint Stipulation Re. Further Amendment to Settlement Agreement, the parties have modified the Claim Form (attached hereto as **Exhibit B**), the proposed Order

Granting Preliminary Approval (attached hereto as **Exhibit C**), the Class Notice (attached hereto as **Exhibit D**), and the Summary Settlement Notice (attached hereto as **Exhibit E**). For the Court's convenience, redlined versions are attached after the clean versions, which track the changes made to these documents.

8.      Pursuant to the Joint Stipulation Re. Further Amendment to Settlement Agreement, the parties have designated the Public Justice Foundation ("Public Justice" as the *cy pres* recipient with respect to funds unclaimed by class members.

9.      Public Justice is a 501(c)(3) non-profit charity dedicated to advancing the public interest and is affiliated with Public Justice, P.C., a national public interest law firm. Public Justice operates nationwide and has officers in Washington, D.C. and California. Public Justice has done substantial work to protect consumers from unfair and deceptive practices, including representing the plaintiff class in *Tamayo v. Brainstorm USA*, 154 Fed. Appx. 564 (9th Cir. 2005).

10.     Public Justice has been approved as an appropriate *cy pres* recipient in numerous class actions, many of which involved allegations of deceptive consumer practices. In California alone, Public Justice has been approved as a *cy pres* recipient in *Andrews v. First Interstate Bank of California* (San Francisco County Super. Ct. No. 953575); *Greenberg v. E-Trade Fin. Corp.* (Los Angeles Super. Ct. No. BC360152); *Hitz v. First Interstate Bank* (San Francisco County Super. Ct. No. 870897); *In re: Cellphone Termination Fee Cases*, 186 Cal. App. 4th 1380 (2010); *In re: Gibb, LLC Cases* (Los Angeles Super. Ct. JCCP No. 4657); *In re: iPod Nano Cases* (Los Angeles Super. Ct. JCCP No. 4469); *Lind v. Fireside Bank*, 187 Cal. App. 4th 1120 (2010); *Moultrie v. Nissan Motor Acceptance Corp.* (San Francisco Super. Ct. No. 302601); *Patterson v. ITT Consumer Financial Corp.* (San Francisco Super Ct. No. 936818); *Rand v. American Nat. Ins. Co.*, (N.D. Cal. No. CV-09-0639-SI); *Rockers v. EBay, Inc.* (Santa Clara County Super. Ct. No. 1-05-CV-035930); *Van Ettta v. Capitol One Auto Finance, Inc.* (Alameda County Super. Ct.

No. RG04182823); and *Wilson v. Airborne, Inc.* (C.D. Cal. No. EDCV 07-770-VAP).

11.     Public Justice is not co-counsel with either of Class Counsel in any pending matters. SWCKW was co-counsel with Public Justice just once in a long-concluded matter, a gender discrimination case against Lawrence Livermore that ended in 2004. No Class Counsel (or partner of Class Counsel) serves or has ever served as a director or officer of Public Justice. Certain attorneys at SWKCW have been members of Public Justice from time to time, which involves only an annual donation. The firm as a whole is currently a benefactor of Public Justice, which involves a pledge of monthly donations to Public Justice, and has also from time to time donated additional funds to Public Justice as part of specific fundraising campaigns.

12.     Public Justice was recently approved as a *cy pres* recipient by the Honorable William H. Orrick in *Knapp v. Art.com, Inc.*, No. 3:16-cv-00768-WHO, pending in the United States District Court for the Northern District of California. That case, like this one, arises under California consumer protection laws. I disclosed the same information about SWCKW's relationship to Public Justice as set forth above to Judge Orrick and he found no conflict.

13.     I am not aware of any objection from the United States or California Attorneys' General to the Settlement, even though New Balance provided them with the pertinent documents pursuant to 28 U.S.C. § 1715.

14.     SWCKW has incurred approximately $270,000 in attorneys' fees based on our standard hourly rates and $120,000 in costs in this action.

15.     SWCKW will incur a substantial amount of additional time in seeking preliminary and final approval of the Settlement and throughout the notice and administration process.

16.     The parties have selected Heffler Claims Group ("Heffler") as the administrator for the Settlement. Prior to selecting Heffler, the parties considered

-4-

proposals from three other reputable claims administrators, but ultimately selected Heffler based on several factors, including consideration of Heffler's experience, costs, and notice plan.

17.     Prior to reaching the Settlement at the mediation, Plaintiffs and their counsel were committed and prepared to vigorously litigate the case if a settlement had not been reached.

18.     Specifically, the parties had engaged in extensive briefing – including a motion for class certification, two *Daubert* motions, and a motion for judgment on the pleadings – before the mediation occurred.

19.     Moreover, Plaintiffs and their counsel conducted a thorough investigation and completed substantial discovery before the mediation, which includes but is not limited to, the following:

- Each of the three Plaintiffs sat for deposition;
- Plaintiffs took two depositions of New Balance on relevant topics pursuant to Rule 30(b)(6) in Boston;
- Plaintiffs deposed New Balance's expert witnesses, Hal Poret and Sarah Butler and defended their own expert witnesses, Colin Weir and Doug Kysar, at deposition;
- Plaintiffs reviewed the approximately 15,000 pages of documents produced by New Balance, including sales data, advertising and marketing documents;
- Plaintiffs filed a motion for class certification, which was fully-briefed prior to the mediation; and
- Plaintiffs opposed New Balance's two *Daubert* motions and a motion for judgment on the pleadings.

20.      As a result of the briefing, investigation, and discovery outlined above, Plaintiffs and their counsel were well-apprised of the salient legal and factual issues before participating in the mediation.

-5-

21.     Based on the briefing, investigation, and discovery outlined above, as well as discussions with the mediator and my experience with class actions as outlined below, I believe that the Settlement is fair, adequate, and reasonable given the risks of continued litigation and that the Settlement has no deficiencies.

22.     The Settlement provides a service payment to Plaintiffs in an amount up to $5,000 each. Plaintiffs were actively involved in this litigation, including by participating in many discussions with their counsel, providing declarations, preparing and sitting for depositions, assisting with other discovery, and being engaged in the settlement process.

23.     Based on information and data provided by New Balance during discovery, approximately one million purchases of the New Balance shoes that are the subject of this Settlement were made in California during the Class Period, with an average sale price of approximately $100.

24.     Based on this same information, it is clear that there are at least several hundred thousand members of the Class proposed for the Settlement.

25.     I have been admitted to practice in the State of California since 2002. I have 20 years of experience in litigation.

26.     I and SWCKW have substantial experience in representing plaintiffs in class actions, including consumer class actions. A summary of the firm's relevant experience as well as further information about my qualifications and the qualifications of Todd M. Schneider, who is also counsel for Plaintiffs, is attached hereto as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 1, 2018, at Los Angeles, California.


By: /s/ Jason H. Kim

# EXHIBIT A

1   THE WAND LAW FIRM, P.C.
2   Aubry Wand (SBN 281207)
3   400 Corporate Pointe, Suite 300
    Culver City, California 90230
4   Telephone: (310) 590-4503
    Facsimile: (310) 590-4596
5   E-mail: awand@wandlawfirm.com
6
7
8   *Attorneys for Plaintiffs*

SCHNEIDER WALLACE COTTRELL
KONECKY & WOTKYNS LLP
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
E-mail: tschneider@schneiderwallace.com
        jkim@schneiderwallace.com

9   FISH & RICHARDSON P.C.
10  R. David Hosp (Pro Hac Vice)
    Laura B. Najemy (Pro Hac Vice)
11  1 Marina Park Dr.
    Boston, MA 02210
12  Telephone: (617) 542-5070
13  Facsimile: (617) 542-8906
14  E-mail: hosp@fr.com;
            najemy@fr.com
15
16  *Attorneys for Defendant*

FISH & RICHARDSON P.C.
Garrett K. Sakimae (SBN 288453)
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
E-mail: sakimae@fr.com

17          **UNITED STATES DISTRICT COURT**
18         **SOUTHERN DISTRICT OF CALIFORNIA**

19  SHEILA DASHNAW, WILLIAM
20  MEIER, and SHERRYL JONES,
    individually, and on behalf of all others
21  similarly situated,
22
23          Plaintiffs,
24      v.
25  NEW BALANCE ATHLETICS, INC.,
26  a corporation; and DOES 1 through 50,
    inclusive,
27
28      Defendants.

Case No. 3:17-cv-00159-L-JLB

**JOINT STIPULATION RE.
FURTHER AMENDMENT TO
SETTLEMENT AGREEMENT**

Magistrate Judge: Hon. Jill L. Burkhardt

Judge: Hon. M. James Lorenz

JOINT STIPULATION RE. FURTHER AMENDMENT TO SETTLEMENT AGREEMENT
CASE NO. 17-CV-00159-L-JLB

## RECITALS

In April 2018, the Parties executed a Settlement Agreement ("Settlement Agreement"), which Plaintiffs filed in support of their Motion for Preliminary Approval. *See* ECF No. 99-4.

On May 21, 2018, the Parties executed a Joint Stipulation Re. Settlement Agreement, which made several modifications to the Settlement Agreement and exhibits thereto ("Joint Stipulation Re. Settlement Agreement"). *See* ECF No. 100-2 to 100-6.

Thus, the operative settlement terms are set forth in the Settlement Agreement and Joint Stipulation Re. Settlement Agreement.

On October 10, 2018, the Court filed an Order Denying Without Prejudice Plaintiffs' Motion for Preliminary Approval of Settlement ("Order"). *See* ECF No. 101.

The changes to the Settlement Agreement and Joint Stipulation Re. Amendment to Settlement Agreement, made below, respond to the issues raised in the Court's Order.

## STIPULATION

Pursuant to Section XI.K. of the Settlement Agreement, Plaintiffs Sheila Dashnaw, William Meier, and Sherryl Jones ("Plaintiffs"), and Defendant New Balance Athletics, Inc. ("New Balance"), by and through their counsel of record, hereby stipulate and agree to the following modifications to the Settlement Agreement and the Joint Stipulation Re. Settlement Agreement, subject to the approval of the Court:

1. Paragraph II.A.8 shall be modified to:

    "Claim Period" means the time period in which Class Members must submit a Claim Form for review to the Class Action Settlement Administrator in order to be timely. The Claim Period shall also be the time period within which persons must submit requests for exclusion. The Claim Period shall run for ninety (90) days from the date of the first dissemination of the

Summary Settlement Notice. Although there is no firm deadline, the notice form will encourage Class Members to file objections by no later than the last day of the Claim Period.

2. Paragraph III.B.8. shall be modified to:

Subject to Section III.C.1., below, the relief to be provided to eligible Class Members for each pair of "Made in USA" Shoes purchased by an eligible Class Member, shall be an amount of up to $10.00 cash ("Claim Amount"). In the event a Class Member has purchased more than one pair of the "Made in USA" Shoes, that Class Member may submit one Claim for each pair of "Made in USA" Shoes purchased, up to five pairs of "Made in the USA" Shoes. Thus, the maximum Claim Amount each Class Member can recover is $50.00 cash. In addition, the maximum Claim Amount per "Household" (defined as all persons residing at the same physical address) shall be limited to 10 pairs or $100.

3. Paragraph III.C.2. shall be modified to:

If there are any funds remaining in the Escrowed Fund after all Claims have been paid or any un-cashed checks made payable to eligible Class Members ("Residual Funds"), the Class Action Settlement Administrator shall equally distribute the remaining Escrowed Funds and/or the Residual Funds to the following non-profit organization: Public Justice Foundation ("Cy Pres Recipient") and/or other nonprofit organization(s) or foundation(s) that are agreed upon by the Parties and approved by the Court. No remaining funds in the Escrowed Fund or Residual Funds will be returned to Defendant. Defendant represents and warrants that any payment of Residual Funds to any charities, non-profit organizations, or governmental entit(ies) shall not reduce any of its donations or contributions to any entity, charity, charitable foundation or trust, and / or non-profit organization

4. Paragraph IV.B.2.c shall be modified to:

Objection to Settlement: The Class Notice shall inform Class Members of their right to object to the proposed Settlement and appear at the Fairness Hearing. The Class Notice shall provide the procedures for exercising these rights.

5. Paragraph VI.A shall be modified to:

Any Class Member who has not submitted a written request for exclusion and who wishes to object to the fairness, reasonableness, or adequacy of this

-2-

Agreement or the proposed Settlement, or to the award of Attorneys' Fees and Expenses, or the individual awards to Plaintiffs, or any other aspect of the Settlement, may file with the Court and mail to the Notice Administrator at the address provided in the Class Notice, a written statement of the objections, as well as the specific reason(s), if any, for each objection, including any legal support the Class Member wishes to bring to the Court's attention, any evidence or other information the Class Member wishes to introduce in support of the objections, a statement of whether the Class Member intends to appear and argue at the Fairness Hearing, and list the Class Member's purchase(s) of the "Made in USA" Shoes. Class Members may do so either on their own or through an attorney retained at their own expense. Class Members may also make an objection orally at the Fairness Hearing.  Any objection must include proof of purchase for the "Made in USA" Shoes, either submitted with the written statement or provided to the Court and the Notice Administrator for inspection at the time of the oral objection at the Fairness Hearing. Acceptable proof of purchase includes a cash register receipt, a credit card receipt or a credit card statement that sufficiently indicates the purchase of the "Made in USA" Shoes. Class Members are encouraged, but not required, to submit written objections by no later than the last date of the Claim Period.  The Parties shall request that the Court allow any interested party to file a reply to any objection. The notice will inform Class Members that to facilitate consideration by the Court, they are encouraged to submit objections or an intent to appear at the Fairness Hearing by no later than the last date of the Claim Period.

6. Paragraph VI.B shall be modified to:

Any Class Member may appear at the Fairness Hearing, either in person or through personal counsel hired at the Class Member's expense, to object to the fairness, reasonableness, or adequacy of this Agreement or the proposed Settlement, or to the award of Attorneys' Fees and Expenses or awards to the individual Plaintiffs. Class Members or their attorneys who intend to make an appearance at the Fairness Hearing must deliver a notice of intention to appear to the Notice Administrator, and file said notice with the Court. Class Members are encouraged, but not required, to file any objection and/or notice of intention to appear at the Final Fairness Hearing, by no later than the last day of the Claim Period.

7. Paragraph IX.A.7 shall be modified to:

Require Class Members who wish to object to the Agreement to submit an appropriate written statement as directed in the Agreement and Class Notice;

In addition to the foregoing changes to the Settlement Agreement and the Joint Stipulation Re. Settlement Agreement, the parties have also agreed upon changes to the Claim Form, the Class Notice, the Order Granting Preliminary Approval, and the Summary Class Notice, in accordance with the changes made herein, and which are attached hereto.

APPROVED AND AGREED TO BY PLAINTIFFS' COUNSEL

By: _____       Date: 11/5/18

Jason H. Kim

Schneider Wallace Cottrell Konecky & Wotkyns LLP

By: _____       Date: 11/5/2018

Aubry Wand

The Wand Law Firm, P.C.

APPROVED AND AGREED TO BY COUNSEL FOR NEW BALANCE ATHLETICS, INC.

By: _____       Date: 11.5.2018

R. David Hosp

Fish & Richardson P.C.

# EXHIBIT B

*New Balance Shoe Class Action Settlement*
*Claim Form*

Use this claim form only if you bought eligible New Balance "Made in USA" shoes in California from ***December 27, 2012 to [Month Day, Year]***. The eligible New Balance shoes are listed below.  Please refer to this list before filling out this form.

**All claim forms must be submitted electronically at <u>www.shoesettlement.com</u> or by mail to *Dashnaw, et al. v. New Balance Athletics, Inc.*, P.O. Box 42220, Philadelphia, PA 19101-2220 no later than [Month Day, Year] to:**

| CLAIM INFORMATION | | |
|---|---|---|
| **CLASS MEMBER INFORMATION** | | |
| | | |
| Name: | | |
| Mailing Address: | | |
| | Number and Street | |
| City: | State: | Zip Code: |
| Best Telephone Number: | E-Mail Address: | |

Payment amounts to eligible Class Members may vary depending upon the number and amounts claimed by all Class Members and other adjustments and deductions as specified in the Settlement Agreement. The maximum award amount per pair of "Made in USA" shoes purchased—up to five (5) purchases per person—is $10. However, depending on the volume of claims submitted this per pair purchased amount may be reduced. If your claim is approved, the Claim Amount will be paid by check.

If you only purchased one pair of "Made in USA" shoes from December 27, 2012 to [Month Day, Year], select Option A. If you select Option A, you are <u>not</u> initially required to submit proof of purchase.

If you purchased more than one pair of "Made in USA" shoes from December 27, 2012 to [Month Day, Year], you may submit a claim for **<u>up to five (5) pairs</u>**. If you want to submit a claim for more than one pair, select Option B.  If you select Option B, you are required to submit proofs of purchase.

*You must select either Option A or Option B for your claim to be valid:*

[  ]  Option A: Submit your claim without proof of purchase and receive up to $10.

| Option A:<br><br>PURCHASE INFORMATION – NEW BALANCE SHOES | | |
|---|---|---|
| *Eligible New Balance Shoe Model* | *Location Purchased*<br><br>*(store/website), City, State* | *Date of Purchase*<br><br>*mm/dd/yyyy* |
|  |  | _ _ / _ _ / _ _ _ _ |

[  ]  Option B: Submit your claim by completing the purchase information on the next page and include a valid proof of purchase for each eligible New Balance Shoe model, up to a total of 5 pairs. Please include one of the following for each:
    ☐  a receipt,
    ☐  photograph of the eligible New Balance Shoes,
    ☐  a photocopy of the purchase order on your credit statement.

    Option B: If you do not include proof of purchase your claim may be deemed invalid at the discretion of the Settlement Administrator.

| Option B:<br><br>PURCHASE INFORMATION – NEW BALANCE SHOES | | | |
|---|---|---|---|
| *Eligible New Balance Shoe Models* | *Quantity Purchased* | *Location Purchased*<br><br>*(store/website), City, State* | *Date of Purchase*<br><br>*mm/dd/yyyy* |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |

**Please note: The Class Action Settlement Administrator may, at its discretion, request proof of purchase to validate your claim even if you choose Option A. The Class Action Settlement Administrator may also request additional proof of purchase if you choose Option B. If requested, you must provide proof of purchase within 35 days of such a request or your claim will be reduced or denied and you may not appeal the reduction or denial.**

| AFFIRMATION |
|---|

I declare or affirm, under penalty of perjury, that the information in this claim form is true and correct to the best of my knowledge and that I purchased the applicable product(s) claimed above between December 27, 2012 and **[Month Day, Year].** I understand that the decision of the Class Action Settlement Administrator is final and binding. I understand that my claim form may be subject to audit, verification, and Court review.

Signature**:**  _____     Date:  _____

**Claim Forms must be submitted electronically or by mail no later than [Month Day, Year].**

**Questions? Visit www.shoesettlement.com or call (844) 271-4789.**

| ELIGIBLE NEW BALANCE SHOE MODELS | |
|---|---|
| 601 | ML996 |
| M1140 | ML997 |
| M1290 | MR1105 |
| M1300 | MR993 |
| M1400 | MW812 |
| M1540 | PM15 |
| M1700 | PM16 |
| M2040 | US574 |
| M3040 | US576 |
| M498 | US990 |
| M574 | US993 |
| M585 | US998 |
| M587 | W1140 |
| M770 | W1290 |
| M990 | W1400 |
| M991 | W1540 |
| M995 | W3040 |
| M996 | W498 |
| M997 | W587 |
| M9975 | W990 |
| M998 | W998 |
| MK706 | WK706 |
| ML1300 | WR993 |
| ML1978 | WW812 |

*New Balance Shoe Class Action Settlement*
*Claim Form*

Use this claim form only if you bought eligible New Balance "Made in USA" shoes in California from ***December 27, 2012 to [Month Day, Year]***. The eligible New Balance shoes are listed below.  Please refer to this list before filling out this form.

**All claim forms must be submitted electronically at www.shoesettlement.com or by mail to *Dashnaw, et al. v. New Balance Athletics, Inc.*, P.O. Box 42220, Philadelphia, PA 19101-2220 no later than [Month Day, Year] to:**

| CLAIM INFORMATION |
|---|
| **CLASS MEMBER INFORMATION** |

| | |
|---|---|
| Name: | |
| Mailing Address: | |
| | Number and Street |
| City:          State: | Zip Code: |
| Best Telephone Number: | E-Mail Address: |

Payment amounts to eligible Class Members may vary depending upon the number and amounts claimed by all Class Members and other adjustments and deductions as specified in the Settlement Agreement. The maximum award amount per pair of "Made in USA" shoes purchased—up to five (5) purchases per person—is $10. If your claim is approved, the Claim Amount will be paid by check.

> **Deleted:** amount could be up to

> **Deleted:** for each pair of "Made in USA" shoes purchased

If you only purchased one pair of "Made in USA" shoes from December 27, 2012 to [Month Day, Year], select Option A. If you select Option A, you are <u>not</u> initially required to submit proof of purchase.

If you purchased more than one pair of "Made in USA" shoes from December 27, 2012 to [Month Day, Year], you may submit a claim for **up to five (5) pairs**. If you want to submit a claim for more than one pair, select Option B.  If you select Option B, you are required to submit proofs of purchase.

*You must select either Option A or Option B for your claim to be valid:*

[  ] Option A: Submit your claim without proof of purchase and receive up to $10.

| Option A: | | |
|---|---|---|
| **PURCHASE INFORMATION – NEW BALANCE SHOES** | | |
| *Eligible New Balance Shoe Model* | *Location Purchased (store/website), City, State* | *Date of Purchase mm/dd/yyyy* |
|  |  | _ _ / _ _ / _ _ _ _ |

[  ] Option B: Submit your claim by completing the purchase information on the next page and include a valid proof of purchase for each eligible New Balance Shoe model, up to a total of 5 pairs. Please include one of the following for each:

    ☐  a receipt,
    ☐  photograph of the eligible New Balance Shoes,
    ☐  a photocopy of the purchase order on your credit statement.

    Option B: If you do not include proof of purchase your claim may be deemed invalid at the discretion of the Settlement Administrator.

| Option B: | | | |
|---|---|---|---|
| **PURCHASE INFORMATION – NEW BALANCE SHOES** | | | |
| *Eligible New Balance Shoe Models* | *Quantity Purchased* | *Location Purchased (store/website), City, State* | *Date of Purchase mm/dd/yyyy* |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |

**Please note: The Class Action Settlement Administrator may, at its discretion, request proof of purchase to validate your claim even if you choose Option A. The Class Action Settlement Administrator may also request additional proof of purchase if you choose Option B. If requested, you must provide proof of purchase within 35 days of such a request or your claim will be reduced or denied and you may not appeal the reduction or denial.**

| AFFIRMATION |
|---|

I declare or affirm, under penalty of perjury, that the information in this claim form is true and correct to the best of my knowledge and that I purchased the applicable product(s) claimed above between December 27, 2012 and **[Month Day, Year].** I understand that the decision of the Class Action Settlement Administrator is final and binding. I understand that my claim form may be subject to audit, verification, and Court review.

Signature**:** _____   Date: _____

---

**Claim Forms must be submitted electronically or by mail no later than [Month Day, Year].**

**Questions? Visit www.shoesettlement.com or call (844) 271-4789.**

---

| ELIGIBLE NEW BALANCE SHOE MODELS ||
|---|---|
| 601 | ML996 |
| M1140 | ML997 |
| M1290 | MR1105 |
| M1300 | MR993 |
| M1400 | MW812 |
| M1540 | PM15 |
| M1700 | PM16 |
| M2040 | US574 |
| M3040 | US576 |
| M498 | US990 |
| M574 | US993 |
| M585 | US998 |
| M587 | W1140 |
| M770 | W1290 |
| M990 | W1400 |
| M991 | W1540 |
| M995 | W3040 |
| M996 | W498 |
| M997 | W587 |
| M9975 | W990 |
| M998 | W998 |
| MK706 | WK706 |
| ML1300 | WR993 |
| ML1978 | WW812 |

# EXHIBIT C

1
2
3
4
5
6
7
8
9                  UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA

11  SHEILA DASHNAW, WILLIAM
    MEIER, and SHERRYL JONES,                 Case No. 3:17-cv-00159-L-JLB
12  individually, and on behalf of all others
13  similarly situated,                       **ORDER PRELIMINARILY
                                              CERTIFYING A CLASS FOR
14        Plaintiffs,                         SETTLEMENT PURPOSES,
                                              PRELIMINARILY APPROVING
15                                            THE CLASS SETTLEMENT,
        v.                                    APPOINTING CLASS COUNSEL,
16                                            DIRECTING THE ISSUANCE OF
17  NEW BALANCE ATHLETICS, INC., a            NOTICE TO THE CLASS,
    corporation; and DOES 1 through 50,       SCHEDULING A FAIRNESS
18  inclusive,                                HEARING, AND ISSUING
19                                            RELATED ORDERS**
20        Defendants.
21
22
23
24
25
26
27
28

This motion having been brought before the Court jointly by Plaintiffs and New Balance Athletics, Inc. ("New Balance"); and

*Sheila Dashnaw et al. v. New Balance Athletics, Inc.*, Case Number 3:17-cv-00159-L-JLB, having been filed on December 27, 2016 in California state court and removed to the United States District Court for the Southern District of California on January 26, 2017 (the "Action"); and

The Action alleges, on behalf of a purported class of California consumers, that New Balance violated California's False Advertising Law ("FAL") (Cal. Bus. & Prof. Code § 17500, et seq.), California's Consumer Legal Remedies Act ("CLRA") (Cal. Civ. Code § 1750, et seq.), Cal. Bus. & Prof. Code § 17533.7, California's Unfair Competition law ("UCL") (Cal. Bus. & Prof. Code § 17204), and for breach of express warranty, negligent misrepresentation, and unjust enrichment regarding New Balance's marketing campaign relating to its "Made in USA" Shoes and seeking individual restitution, restitutionary disgorgement,  economic, monetary, actual, consequential, and compensatory damages, declaratory and injunctive relief, reasonable attorneys' fees and costs, statutory pre- and post-judgment interest, and any other relief that the Court deems just and proper; and

Class Counsel has conducted a thorough examination, investigation, and evaluation of the relevant law, facts, and allegations to assess the merits of the claims and potential claims to determine the strength of both defenses and liability sought in the Action; and

Class Counsel, on behalf of Plaintiffs and the other members of the Class having engaged in extensive class discovery including, but not limited to, receiving and reviewing over 15,000 pages of documents; and

The Parties having entered into a Settlement Agreement in which the Parties have agreed to settle the Action, pursuant to the terms of the Settlement Agreement, subject to the approval and determination of the Court as to the fairness,

ORDER PRELIMINARILY CERTIFYING A CLASS FOR
SETTLEMENT PURPOSES AND ISSUING RELATED ORDERS

CASE NO. 17-CV-00159-L-JLB

reasonableness, and adequacy of the settlement which, if approved, will result in a final judgment and final order, pursuant to the terms and conditions of the Settlement Agreement, being issued in the Action, and dismissal of the Action with prejudice; and

This Order Preliminarily Certifying A Class For Settlement Purposes, Preliminarily Approving The Class Settlement, Appointing Class Counsel, Directing The Issuance Of Notice To The Class, Scheduling A Fairness Hearing, And Issuing Related Orders shall hereafter be referred to as the "Preliminary Approval Order"; and

The Court having read and considered the Motion for Preliminary Approval and Memorandum in support thereof, the Settlement Agreement, including the exhibits attached thereto (together, the "Settlement Agreement") and all prior proceedings herein, and good cause appearing based on the record, hereby orders as follows:

IT IS on this ____ day of _____, 2018, ORDERED, ADJUDGED, AND  DECREED as follows (all capitalized terms being defined as they are defined in the Settlement Agreement unless otherwise specified or defined herein):

1.  **Stay of the Actions.** All non-settlement-related proceedings in the Action are hereby stayed and suspended until further order of this Court.

2.  **Preliminary Class Certification for Settlement Purposes Only.** The Action is preliminarily certified as a class action for settlement purposes only, pursuant to Fed. R. Civ. P. 23(a) and (b)(3). The Court preliminarily finds for settlement purposes that: (a) the Class certified herein numbers at least in the thousands of persons, and that joinder of all such persons would be impracticable, (b) there are issues of law and fact that are typical and common to the Class, and that those issues predominate over individual questions; (c) a class action on behalf of the certified Class is superior to other available means of adjudicating this dispute; and

(d) as set forth in paragraph 4, below, Plaintiffs Sheila Dashnaw, William Meier, and Sherryl Jones, and Class Counsel are adequate representatives of the Class. New Balance retains all rights to assert that this action may not be certified as a class action, except for settlement purposes only.

3.    **Class Definition.** The Class shall consist of all persons who purchased any and all "Made in USA" Shoes from New Balance and/or its Authorized Retailers in California from December 27, 2012 up to and including the date the Court grants preliminary approval of the class settlement ("Class Period"). Excluded from the Class are: (a) New Balance's board members and employees, including its attorneys; (b) any persons who purchased the "Made in USA" Shoes for the purposes of resale (c) distributors or re-sellers of "Made in USA" Shoes; (d) the judge and magistrate judge and their immediate families presiding over the Action; (e) governmental entities; and (f) persons or entities who or which timely and properly exclude themselves from the Class as provided in this Agreement. "'Made in USA' Shoes" means the New Balance's "Made in USA" labeled shoes purchased as new by Class Members during the Class Period, in California listed below:

| ELIGIBLE NEW BALANCE SHOE MODELS | |
| --- | --- |
| 601 | ML996 |
| M1140 | ML997 |
| M1290 | MR1105 |
| M1300 | MR993 |
| M1400 | MW812 |
| M1540 | PM15 |
| M1700 | PM16 |
| M2040 | US574 |
| M3040 | US576 |
| M498 | US990 |
| M574 | US993 |
| M585 | US998 |
| M587 | W1140 |
| M770 | W1290 |

| ELIGIBLE NEW BALANCE SHOE MODELS | |
| --- | --- |
| M990 | W1400 |
| M991 | W1540 |
| M995 | W3040 |
| M996 | W498 |
| M997 | W587 |
| M9975 | W990 |
| M998 | W998 |
| MK706 | WK706 |
| ML1300 | WR993 |
| ML1978 | WW812 |

4.      **Class Representatives and Class Counsel.** Plaintiffs Sheila Dashnaw, William Meier, and Sherryl Jones are designated as representatives of the conditionally certified Class. The Court preliminarily finds that these individuals are similarly situated to absent Class Members and therefore typical of the Class, and will be adequate Class representatives. Jason H. Kim of Schneider Wallace Cottrell Konecky Wotkyns LLP and Aubry Wand of The Wand Law Firm, P.C. are experienced and adequate Class Counsel, whom the Court preliminarily finds are experienced and adequate counsel, are hereby designated as Class Counsel.

5.      **Preliminary Settlement Approval.** Upon preliminary review, the Court finds that the Settlement Agreement and the settlement it incorporates, appear fair, reasonable and adequate. Manual for Complex Litigation (Fourth) § 21.632 (2004). Accordingly, the Settlement Agreement is preliminarily approved and is sufficient to warrant sending notice to the Class.

6.      **Jurisdiction.** The Court has subject-matter jurisdiction over the Action pursuant to 28 U.S.C. §§ 1332 and 1367, and personal jurisdiction over the Parties before it. Additionally, venue is proper in this District pursuant to 28 U.S.C. § 1391.

7.      **Fairness Hearing.** A Fairness Hearing shall be held on _____ at _____ at the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California, 92101, to

ORDER PRELIMINARILY CERTIFYING A CLASS FOR                                          CASE NO. 17-CV-00159-L-JLB
SETTLEMENT PURPOSES AND ISSUING RELATED ORDERS

determine, among other things: (a) whether the Action should be finally certified as a class action for settlement purposes pursuant to Fed. R. Civ. P. 23(a), and (b)(3); (b) whether the settlement of the Action should be approved as fair, reasonable and adequate, and finally approved pursuant to Fed. R. Civ. P. 23(e); (c) whether a final order and final judgment should be entered in the Action pursuant to the terms of the Settlement Agreement, including a dismissal of the Action with prejudice; (d) whether Class Members should be bound by the release set forth in the Settlement Agreement; (e) whether Class Members and related persons should be subject to a permanent injunction; (f) whether the application of Class Counsel for an award of Attorneys' Fees and Expenses should be approved pursuant to Fed. R. Civ. P. 23(h); and (g) whether the application of the named Plaintiffs for service awards should be approved. The submissions of the Parties in support of the settlement, including Plaintiffs' applications for Attorneys' Fees and Expenses and incentive awards, shall be filed with the Court no later than fourteen (14) days prior to the deadline for the submission of objections and may be supplemented up to seven (7) days prior to the Fairness Hearing.

8.      **Administration**. In consultation with and approval of Class Counsel, New Balance or its designee is hereby authorized to establish the means necessary to administer the proposed settlement and implement the Claim Process, in accordance with the terms of the Agreement.

9.      **Class Notice.** The proposed Class Notice, Summary Settlement Notice and the notice methodology described in the Settlement Agreement and the Declaration of the Notice Administrator are hereby approved. The Court hereby authorizes the Class Action Settlement Administrator and Notice Administrator to provide notice to the Class as set forth in the Settlement Agreement.

(a)   Pursuant to the Settlement Agreement, the Court appoints Heffler Claims Group to be the Class Action Settlement Administrator and to be the Notice Administrator to help implement the terms of the Settlement Agreement.

(b)   Beginning not later than ten (10) business days after entry of the Preliminary Approval Order and to be substantially completed not later than fifteen (15) days after entry of the Preliminary Approval Order and subject to the requirements of the Preliminary Approval Order, the Settlement Agreement and the Declaration of the Notice Administrator, the Notice Administrator shall commence sending the Class Notice by Electronic Mail ("E-mail) to each reasonably identifiable Class Member's last known E-mail address, subject to the existence of such information and its current possession, if at all, by New Balance, which addresses shall be provided to the Notice Administrator by New Balance, no later than one (1) business day after the day of entry of the Preliminary Approval Order, subject to the existence of such information, and shall otherwise comply with Fed. R. Civ. P. 23 and any other applicable statute, law, or rule, including, but not limited to, the Due Process Clause of the United States Constitution.

(c)   Within ten (10) days of the filing of the Motion for Preliminary Approval, New Balance shall serve upon the appropriate State and Federal officials a notice of the proposed settlement in accordance with 28 U.S.C. § 1715(b), and shall otherwise comply with Fed. R. Civ. P. 23 and any other applicable statute, law, or rule.

(d)   The Notice Administrator shall have the publication of the Summary Settlement Notice substantially completed no later than sixty-five (65) days after entry of the Preliminary Approval Order. The Notice Administrator shall publish the Summary Settlement Notice as described in the Declaration of Jeanne Finegan and in such additional newspapers, magazines, and/or other media outlets in California as shall be agreed upon by the Parties.

(e)   No later than twenty-five (25) days after entry of the Preliminary Approval Order, the Notice Administrator shall send the Summary Settlement Notice by First Class U.S. Mail, proper postage prepaid, to each Class Member whose E-mail address returned a message as undeliverable, subject to the existence of such information as provided by New Balance pursuant to Section IV.B.1.a of this Agreement. The Notice Administrator shall: (i) re-mail any Summary Settlement Notices returned by the United States Postal Service with a forwarding address that are received by the Notice Administrator no later than forty-five (45) days after entry of the Preliminary Approval Order; (ii) by itself or using one or more address research firms, as soon as practicable following receipt of any returned Summary Settlement Notices that do not include a forwarding address, research any such returned mail for better addresses and promptly mail copies of the Summary Settlement Notices to the better addresses so found.

(f)   Prior to the dissemination of the Class Notice as set forth above in paragraphs 9(a) to 9(d), the Notice Administrator shall establish an Internet website that will inform Class Members of the terms of this Agreement, their rights, dates and deadlines, and related information. The web site shall include, in PDF format, materials agreed upon by the Parties and as further ordered by this Court.

(g)   Prior to the dissemination of the Class Notice as set forth above in paragraphs 9(a) to 9(d), the Notice Administrator shall establish a toll-free telephone number that will provide Settlement-related information to Class Members.

(h)   The Notice Administrator shall timely disseminate any remaining notice, as stated in the Settlement Agreement and/or the Declaration of the Notice Administrator.

(i)   Not later than fifteen (15) days before the date of the Fairness Hearing, the Notice Administrator shall file with the Court: (a) a list of those persons who have

opted out or excluded themselves from the Settlement; and (b) the details outlining the scope, methods, and results of the notice program.

10. **Findings Concerning Notice.** The Court finds that the notices described in Paragraph 9 of this order: (a) constitute the best practicable notice; (b) are reasonably calculated, under the circumstances, to apprise the Class Members of the pendency of the Action, the terms of the proposed settlement, and their rights under the proposed settlement, including, but not limited to, their right to object to or exclude themselves from the proposed settlement and other rights under the terms of the Settlement Agreement; (c) are reasonable and constitute due, adequate, and sufficient notice to all Class Members and other persons entitled to receive notice; and (d) meet all applicable requirements of law, including, but not limited to, 28 U.S.C. § 1715, Fed. R. Civ. P. 23(c) and (e) and the Due Process Clause(s) of the United States Constitution. The Court further finds that all of the notices are written in simple terminology, are readily understandable by Class Members, and comply with the Federal Judicial Center's illustrative class action notices.

11. **Exclusion from Class**. Any Class Member who wishes to be excluded from the Class must mail a written request for exclusion stating such a request for exclusion and containing the information set forth in the Class Notice, postmarked no later than the final day of the Claim Period, or as the Court otherwise may direct, to the Notice Administrator, in care of the address provided in the Class Notice. The Notice Administrator shall forward copies of any written requests for exclusion to Class Counsel and New Balance's Counsel. A list reflecting all requests for exclusion shall be filed with the Court by the Notice Administrator no later than ten (10) days before the Fairness Hearing. If the proposed settlement is finally approved, any Class Member who has not submitted a timely written request for exclusion from the Class shall be bound by all subsequent proceedings, orders, and judgments in the Action, even if the Class Member previously initiated or subsequently initiates against any or

-9-

all of the Released Parties any litigation or other proceeding encompassed by the Release and the claims released in the Settlement Agreement. Persons who properly exclude themselves from the Class shall not be entitled to participate in the benefits of the Settlement Agreement.

12. **Objections and Appearances.** Any Class Member or counsel hired at any Class Member's own expense who complies with the requirements of this paragraph may object to any aspect of the proposed settlement.

(a) Any Class Member who has not submitted a timely written request for exclusion and who wishes to object to the fairness, reasonableness, or adequacy of the Settlement Agreement, the proposed Settlement, the award of Attorneys' Fees and Expenses, or the individual awards to Plaintiffs, may deliver to the Notice Administrator identified in the Class Notice, and file with the Court, a written statement of objections, as well as the specific reason(s), if any, for each objection, including any legal support the Class Member wishes to bring to the Court's attention and any evidence or other information the Class Member wishes to introduce in support of the objections, a statement of whether the Class Member intends to appear and argue at the Fairness Hearing, and list the Class Member's purchase(s) of either "Made in USA" Shoes, or be forever barred from so objecting. The objection must include proof of purchase of the "Made in USA" Shoes. Acceptable proof of purchase includes a cash register receipt, a credit card receipt or a credit card statement that sufficiently indicates the purchase of the "Made in USA" Shoes in California. Class Members are encouraged, but not required, to submit their objections and/or notice of intention to appear at the Final Fairness Hearing, by no later than the last day of the Claim Period.

(b) Any Class Member who files and serves a written objection, as described above, may appear at the Fairness Hearing, either in person or through personal counsel hired at the Class Member's expense, to object to the fairness, reasonableness,

-10-

or adequacy of the Settlement Agreement or the proposed Settlement, or to the award of Attorneys' Fees and Expenses or awards to the individual Plaintiffs. Class Members or their attorneys who intend to make an appearance at the Fairness Hearing may deliver a notice of intention to appear to the Notice Administrator identified in the Class Notice, and file said notice with the Court. Any Class Member who fails to comply with the provisions in this section shall waive and forfeit any and all rights he or she may have to appear separately and/or to object, and shall be bound by all the terms of the Settlement Agreement, this Order, and by all proceedings, orders, and judgments, including, but not limited to, the Release in the Action.

(c) Any interested party may file a reply to any written objection, as described in Section 12(a). herein. A reply to an objection must be served and filed no later than seven (7) days before the Fairness Hearing.

13. **Preliminary Injunction.** All Class Members and/or their representatives who do not timely exclude themselves from the Class are hereby preliminarily barred and enjoined from filing, commencing, prosecuting, maintaining, intervening in, participating in, conducting, or continuing litigation as class members, putative class members, or otherwise against New Balance (or against any of its related parties or affiliates), and/or from receiving any benefits from, any lawsuit, administrative, or regulatory proceeding or order in any jurisdiction, based on or relating to the claims or causes of actions or the facts, and circumstances relating thereto, relating to the "Made in USA" Shoes, the Action, and/or the Release. In addition, all such persons are hereby preliminarily barred and enjoined from filing, commencing, or prosecuting a lawsuit against New Balance (or against any of its related parties or affiliates) as a class action, a separate class, or group for purposes of pursuing a putative class action (including by seeking to amend a pending complaint to include class allegations or by seeking class certification in a pending action in any jurisdiction) on behalf of Class Members who do not timely exclude

themselves from the Class, arising out of, based on or relating to the claims, causes of action, facts, and/or circumstances relating thereto, relating to the "Made in USA" Shoes, the Action and/or the Release. Pursuant to 28 U.S.C. §§ 1651(a) and 2283, the Court finds that issuance of this preliminary injunction is necessary and appropriate in aid of the Court's continuing jurisdiction and authority over this Action.

14. **Disclosure of Objections.** The Notice Administrator, New Balance's Counsel, and Class Counsel shall promptly furnish to each other copies of any and all objections or written requests for exclusion that might come into their possession.

15. **Termination of Settlement.** This Order shall become null and void and shall be without prejudice to the rights of the parties, all of whom shall be restored to their respective positions existing immediately before this Court entered this Order, if: (a) the settlement is not finally approved by the Court, or does not become final, pursuant to the terms of the Settlement Agreement; (b) the settlement is terminated in accordance with the Settlement Agreement; or (c) the settlement does not become effective as required by the terms of the Settlement Agreement for any other reason. In such event, the settlement and Settlement Agreement shall become null and void and be of no further force and effect, and neither the Settlement Agreement nor the Court's orders, including this Order, relating to the settlement shall be used or referred to for any purpose whatsoever.

16. **Use of Order.** This Order shall be of no force or effect if the settlement does not become final and shall not be construed or used as an admission, concession, or declaration by or against New Balance of any fault, wrongdoing, breach, or liability. Nor shall the Order be construed or used as an admission, concession, or declaration by or against Plaintiffs or the other Class Members that their claims lack merit or that the relief requested is inappropriate, improper, or unavailable, or as a waiver by any party of any defenses or claims he, she, or it may have in these Action or in any other lawsuit.

17.    **Access to Documents.** During the pendency of this Court's consideration of the proposed Settlement Agreement, if Class Members and/or their attorneys file a motion for discovery and such motion is granted for good cause shown and under the applicable standards, such persons shall not be given access to these materials unless and until they enter into the Confidentiality Agreement, which is attached as Exhibit 9 to the Settlement Agreement. The terms and conditions of the Confidentiality Agreement are incorporated herein by reference and if breached may be the basis for a finding of contempt of Court.

18.    **Retaining Jurisdiction.** This Court shall maintain continuing jurisdiction over these settlement proceedings to assure the effectuation thereof for the benefit of the Class.

19.    **Continuance of Hearing.** The Court reserves the right to adjourn or continue the Fairness Hearing without further written notice.

_____
Hon. M. James Lorenz
United States District Judge

ORDER PRELIMINARILY CERTIFYING A CLASS FOR
SETTLEMENT PURPOSES AND ISSUING RELATED ORDERS

CASE NO. 17-CV-00159-L-JLB



1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11   SHEILA DASHNAW, WILLIAM
     MEIER, and SHERRYL JONES,          Case No. 3:17-cv-00159-L-JLB
12   individually, and on behalf of all others
13   similarly situated,                **ORDER PRELIMINARILY**
                                        **CERTIFYING A CLASS FOR**
14                                      **SETTLEMENT PURPOSES,**
           Plaintiffs,                  **PRELIMINARILY APPROVING**
15                                      **THE CLASS SETTLEMENT,**
16         v.                           **APPOINTING CLASS COUNSEL,**
                                        **DIRECTING THE ISSUANCE OF**
17   NEW BALANCE ATHLETICS, INC., a     **NOTICE TO THE CLASS,**
18   corporation; and DOES 1 through 50, **SCHEDULING A FAIRNESS**
     inclusive,                         **HEARING, AND ISSUING**
19                                      **RELATED ORDERS**
20         Defendants.
21

22

23

24

25

26

27

28

1    This motion having been brought before the Court jointly by Plaintiffs and New

2    Balance Athletics, Inc. ("New Balance"); and

3    *Sheila Dashnaw et al. v. New Balance Athletics, Inc.*, Case Number 3:17-cv-

4    00159-L-JLB, having been filed on December 27, 2016 in California state court and

5    removed to the United States District Court for the Southern District of California on

6    January 26, 2017 (the "Action"); and

7    The Action alleges, on behalf of a purported class of California consumers, that

8    New Balance violated California's False Advertising Law ("FAL") (Cal. Bus. & Prof.

9    Code § 17500, et seq.), California's Consumer Legal Remedies Act ("CLRA") (Cal.

10   Civ. Code § 1750, et seq.), Cal. Bus. & Prof. Code § 17533.7, California's Unfair

11   Competition law ("UCL") (Cal. Bus. & Prof. Code § 17204), and for breach of

12   express warranty, negligent misrepresentation, and unjust enrichment regarding New

13   Balance's marketing campaign relating to its "Made in USA" Shoes and seeking

14   individual restitution, restitutionary disgorgement,  economic, monetary, actual,

15   consequential, and compensatory damages, declaratory and injunctive relief,

16   reasonable attorneys' fees and costs, statutory pre- and post-judgment interest, and

17   any other relief that the Court deems just and proper; and

18   Class Counsel has conducted a thorough examination, investigation, and

19   evaluation of the relevant law, facts, and allegations to assess the merits of the claims

20   and potential claims to determine the strength of both defenses and liability sought in

21   the Action; and

22   Class Counsel, on behalf of Plaintiffs and the other members of the Class

23   having engaged in extensive class discovery including, but not limited to, receiving

24   and reviewing over 15,000 pages of documents; and

25   The Parties having entered into a Settlement Agreement in which the Parties

26   have agreed to settle the Action, pursuant to the terms of the Settlement Agreement,

27   subject to the approval and determination of the Court as to the fairness,

28

-2-

reasonableness, and adequacy of the settlement which, if approved, will result in a final judgment and final order, pursuant to the terms and conditions of the Settlement Agreement, being issued in the Action, and dismissal of the Action with prejudice; and

This Order Preliminarily Certifying A Class For Settlement Purposes, Preliminarily Approving The Class Settlement, Appointing Class Counsel, Directing The Issuance Of Notice To The Class, Scheduling A Fairness Hearing, And Issuing Related Orders shall hereafter be referred to as the "Preliminary Approval Order"; and

The Court having read and considered the Motion for Preliminary Approval and Memorandum in support thereof, the Settlement Agreement, including the exhibits attached thereto (together, the "Settlement Agreement") and all prior proceedings herein, and good cause appearing based on the record, hereby orders as follows:

IT IS on this _____ day of _____, 2018, ORDERED, ADJUDGED, AND DECREED as follows (all capitalized terms being defined as they are defined in the Settlement Agreement unless otherwise specified or defined herein):

1.   **Stay of the Actions.** All non-settlement-related proceedings in the Action are hereby stayed and suspended until further order of this Court.

2.   **Preliminary Class Certification for Settlement Purposes Only.** The Action is preliminarily certified as a class action for settlement purposes only, pursuant to Fed. R. Civ. P. 23(a) and (b)(3). The Court preliminarily finds for settlement purposes that: (a) the Class certified herein numbers at least in the thousands of persons, and that joinder of all such persons would be impracticable, (b) there are issues of law and fact that are typical and common to the Class, and that those issues predominate over individual questions; (c) a class action on behalf of the certified Class is superior to other available means of adjudicating this dispute; and

-3-

ORDER PRELIMINARILY CERTIFYING A CLASS FOR                    CASE NO. 17-CV-00159-L-JLB
SETTLEMENT PURPOSES AND ISSUING RELATED ORDERS

1  (d) as set forth in paragraph 4, below, Plaintiffs Sheila Dashnaw, William Meier, and

2  Sherryl Jones, and Class Counsel are adequate representatives of the Class. New

3  Balance retains all rights to assert that this action may not be certified as a class action,

4  except for settlement purposes only.

5      3.  **Class Definition.** The Class shall consist of all persons who purchased any

6  and all "Made in USA" Shoes from New Balance and/or its Authorized Retailers in

7  California from December 27, 2012 up to and including the date the Court grants

8  preliminary approval of the class settlement ("Class Period"). Excluded from the

9  Class are: (a) New Balance's board members and employees, including its attorneys;

10  (b) any persons who purchased the "Made in USA" Shoes for the purposes of resale

11  (c) distributors or re-sellers of "Made in USA" Shoes; (d) the judge and magistrate

12  judge and their immediate families presiding over the Action; (e) governmental

13  entities; and (f) persons or entities who or which timely and properly exclude

14  themselves from the Class as provided in this Agreement. "'Made in USA' Shoes"

15  means the New Balance's "Made in USA" labeled shoes purchased as new by Class

16  Members during the Class Period, in California listed below:

| ELIGIBLE NEW BALANCE SHOE MODELS | |
| --- | --- |
| 601 | ML996 |
| M1140 | ML997 |
| M1290 | MR1105 |
| M1300 | MR993 |
| M1400 | MW812 |
| M1540 | PM15 |
| M1700 | PM16 |
| M2040 | US574 |
| M3040 | US576 |
| M498 | US990 |
| M574 | US993 |
| M585 | US998 |
| M587 | W1140 |
| M770 | W1290 |

-4-

| ELIGIBLE NEW BALANCE SHOE MODELS | |
|---|---|
| M990 | W1400 |
| M991 | W1540 |
| M995 | W3040 |
| M996 | W498 |
| M997 | W587 |
| M9975 | W990 |
| M998 | W998 |
| MK706 | WK706 |
| ML1300 | WR993 |
| ML1978 | WW812 |

4.    **Class Representatives and Class Counsel.** Plaintiffs Sheila Dashnaw, William Meier, and Sherryl Jones are designated as representatives of the conditionally certified Class. The Court preliminarily finds that these individuals are similarly situated to absent Class Members and therefore typical of the Class, and will be adequate Class representatives. Jason H. Kim of Schneider Wallace Cottrell Konecky Wotkyns LLP and Aubry Wand of The Wand Law Firm, P.C. are experienced and adequate Class Counsel, whom the Court preliminarily finds are experienced and adequate counsel, are hereby designated as Class Counsel.

5.    **Preliminary Settlement Approval.** Upon preliminary review, the Court finds that the Settlement Agreement and the settlement it incorporates, appear fair, reasonable and adequate. Manual for Complex Litigation (Fourth) § 21.632 (2004). Accordingly, the Settlement Agreement is preliminarily approved and is sufficient to warrant sending notice to the Class.

6.    **Jurisdiction.** The Court has subject-matter jurisdiction over the Action pursuant to 28 U.S.C. §§ 1332 and 1367, and personal jurisdiction over the Parties before it. Additionally, venue is proper in this District pursuant to 28 U.S.C. § 1391.

7.    **Fairness Hearing.** A Fairness Hearing shall be held on _____ at _____ at the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California, 92101, to

determine, among other things: (a) whether the Action should be finally certified as a class action for settlement purposes pursuant to Fed. R. Civ. P. 23(a), and (b)(3); (b) whether the settlement of the Action should be approved as fair, reasonable and adequate, and finally approved pursuant to Fed. R. Civ. P. 23(e); (c) whether a final order and final judgment should be entered in the Action pursuant to the terms of the Settlement Agreement, including a dismissal of the Action with prejudice; (d) whether Class Members should be bound by the release set forth in the Settlement Agreement; (e) whether Class Members and related persons should be subject to a permanent injunction; (f) whether the application of Class Counsel for an award of Attorneys' Fees and Expenses should be approved pursuant to Fed. R. Civ. P. 23(h); and (g) whether the application of the named Plaintiffs for service awards should be approved. The submissions of the Parties in support of the settlement, including Plaintiffs' applications for Attorneys' Fees and Expenses and incentive awards, shall be filed with the Court no later than fourteen (14) days prior to the deadline for the submission of objections and may be supplemented up to seven (7) days prior to the Fairness Hearing.

8.    **Administration**. In consultation with and approval of Class Counsel, New Balance or its designee is hereby authorized to establish the means necessary to administer the proposed settlement and implement the Claim Process, in accordance with the terms of the Agreement.

9.    **Class Notice.** The proposed Class Notice, Summary Settlement Notice and the notice methodology described in the Settlement Agreement and the Declaration of the Notice Administrator are hereby approved. The Court hereby authorizes the Class Action Settlement Administrator and Notice Administrator to provide notice to the Class as set forth in the Settlement Agreement.

(a)    Pursuant to the Settlement Agreement, the Court appoints Heffler Claims Group to be the Class Action Settlement Administrator and to be the Notice Administrator to help implement the terms of the Settlement Agreement.

(b)    Beginning not later than ten (10) business days after entry of the Preliminary Approval Order and to be substantially completed not later than fifteen (15) days after entry of the Preliminary Approval Order and subject to the requirements of the Preliminary Approval Order, the Settlement Agreement and the Declaration of the Notice Administrator, the Notice Administrator shall commence sending the Class Notice by Electronic Mail ("E-mail") to each reasonably identifiable Class Member's last known E-mail address, subject to the existence of such information and its current possession, if at all, by New Balance, which addresses shall be provided to the Notice Administrator by New Balance, no later than one (1) business day after the day of entry of the Preliminary Approval Order, subject to the existence of such information, and shall otherwise comply with Fed. R. Civ. P. 23 and any other applicable statute, law, or rule, including, but not limited to, the Due Process Clause of the United States Constitution.

(c)    Within ten (10) days of the filing of the Motion for Preliminary Approval, New Balance shall serve upon the appropriate State and Federal officials a notice of the proposed settlement in accordance with 28 U.S.C. § 1715(b), and shall otherwise comply with Fed. R. Civ. P. 23 and any other applicable statute, law, or rule.

(d)    The Notice Administrator shall have the publication of the Summary Settlement Notice substantially completed no later than sixty-five (65) days after entry of the Preliminary Approval Order. The Notice Administrator shall publish the Summary Settlement Notice as described in the Declaration of Jeanne Finegan and in such additional newspapers, magazines, and/or other media outlets in California as shall be agreed upon by the Parties.

1    (e)    No later than twenty-five (25) days after entry of the Preliminary

2    Approval Order, the Notice Administrator shall send the Summary Settlement Notice

3    by First Class U.S. Mail, proper postage prepaid, to each Class Member whose E-mail

4    address returned a message as undeliverable, subject to the existence of such

5    information as provided by New Balance pursuant to Section IV.B.1.a of this

6    Agreement. The Notice Administrator shall: (i) re-mail any Summary Settlement

7    Notices returned by the United States Postal Service with a forwarding address that

8    are received by the Notice Administrator no later than forty-five (45) days after entry

9    of the Preliminary Approval Order; (ii) by itself or using one or more address research

10   firms, as soon as practicable following receipt of any returned Summary Settlement

11   Notices that do not include a forwarding address, research any such returned mail for

12   better addresses and promptly mail copies of the Summary Settlement Notices to the

13   better addresses so found.

14   (f)    Prior to the dissemination of the Class Notice as set forth above in

15   paragraphs 9(a) to 9(d), the Notice Administrator shall establish an Internet website

16   that will inform Class Members of the terms of this Agreement, their rights, dates and

17   deadlines, and related information. The web site shall include, in PDF format,

18   materials agreed upon by the Parties and as further ordered by this Court.

19   (g)    Prior to the dissemination of the Class Notice as set forth above in

20   paragraphs 9(a) to 9(d), the Notice Administrator shall establish a toll-free telephone

21   number that will provide Settlement-related information to Class Members.

22   (h)    The Notice Administrator shall timely disseminate any remaining notice,

23   as stated in the Settlement Agreement and/or the Declaration of the Notice

24   Administrator.

25   (i)    Not later than fifteen (15) days before the date of the Fairness Hearing,

26   the Notice Administrator shall file with the Court: (a) a list of those persons who have

27

28
                                            -8-
     ORDER PRELIMINARILY CERTIFYING A CLASS FOR                    CASE NO. 17-CV-00159-L-JLB
     SETTLEMENT PURPOSES AND ISSUING RELATED ORDERS

opted out or excluded themselves from the Settlement; and (b) the details outlining

the scope, methods, and results of the notice program.

10.   **Findings Concerning Notice.** The Court finds that the notices described

in Paragraph 9 of this order: (a) constitute the best practicable notice; (b) are

reasonably calculated, under the circumstances, to apprise the Class Members of the

pendency of the Action, the terms of the proposed settlement, and their rights under

the proposed settlement, including, but not limited to, their right to object to or

exclude themselves from the proposed settlement and other rights under the terms of

the Settlement Agreement; (c) are reasonable and constitute due, adequate, and

sufficient notice to all Class Members and other persons entitled to receive notice;

and (d) meet all applicable requirements of law, including, but not limited to, 28

U.S.C. § 1715, Fed. R. Civ. P. 23(c) and (e) and the Due Process Clause(s) of the

United States Constitution. The Court further finds that all of the notices are written

in simple terminology, are readily understandable by Class Members, and comply

with the Federal Judicial Center's illustrative class action notices.

11.   **Exclusion from Class**. Any Class Member who wishes to be excluded

from the Class must mail a written request for exclusion stating such a request for

exclusion and containing the information set forth in the Class Notice, postmarked no

later than the final day of the Claim Period, or as the Court otherwise may direct, to

the Notice Administrator, in care of the address provided in the Class Notice. The

Notice Administrator shall forward copies of any written requests for exclusion to

Class Counsel and New Balance's Counsel. A list reflecting all requests for exclusion

shall be filed with the Court by the Notice Administrator no later than ten (10) days

before the Fairness Hearing. If the proposed settlement is finally approved, any Class

Member who has not submitted a timely written request for exclusion from the Class

shall be bound by all subsequent proceedings, orders, and judgments in the Action,

even if the Class Member previously initiated or subsequently initiates against any or

1     all of the Released Parties any litigation or other proceeding encompassed by the

2     Release and the claims released in the Settlement Agreement. Persons who properly

3     exclude themselves from the Class shall not be entitled to participate in the benefits

4     of the Settlement Agreement.

5          12.    **Objections and Appearances**. Any Class Member or counsel hired at

6     any Class Member's own expense who complies with the requirements of this

7     paragraph may object to any aspect of the proposed settlement.

8          (a) Any Class Member who has not submitted a timely written request for

9     exclusion and who wishes to object to the fairness, reasonableness, or adequacy of

10    the Settlement Agreement, the proposed Settlement, the award of Attorneys' Fees and

11    Expenses, or the individual awards to Plaintiffs, may deliver to the Notice

12    Administrator identified in the Class Notice, and file with the Court, a written

13    statement of objections, as well as the specific reason(s), if any, for each objection,

14    including any legal support the Class Member wishes to bring to the Court's attention

15    and any evidence or other information the Class Member wishes to introduce in

16    support of the objections, a statement of whether the Class Member intends to appear

17    and argue at the Fairness Hearing, and list the Class Member's purchase(s) of either

18    "Made in USA" Shoes, or be forever barred from so objecting. The objection must

19    include proof of purchase of the "Made in USA" Shoes. Acceptable proof of purchase

20    includes a cash register receipt, a credit card receipt or a credit card statement that

21    sufficiently indicates the purchase of the "Made in USA" Shoes in California. Class

22    Members are encouraged, but not required, to submit their objections and/or notice of

23    intention to appear at the Final Fairness Hearing, by no later than the last day of the

24    Claim Period.

25          (b) Any Class Member who files and serves a written objection, as described

26    above, may appear at the Fairness Hearing, either in person or through personal

27    counsel hired at the Class Member's expense, to object to the fairness, reasonableness,

28

ORDER PRELIMINARILY CERTIFYING A CLASS FOR            CASE NO. 17-CV-00159-L-JLB
SETTLEMENT PURPOSES AND ISSUING RELATED ORDERS

---

**Deleted:** must

**Deleted:** Class Counsel

**Deleted:** and to New Balance's Counsel

**Deleted:** no later than the final day of the Claim Period,

**Deleted:** prior to the date of the Final Approval of the Settlement

**Deleted:** final

1   or adequacy of the Settlement Agreement or the proposed Settlement, or to the award

2   of Attorneys' Fees and Expenses or awards to the individual Plaintiffs. Class Members

3   or their attorneys who intend to make an appearance at the Fairness Hearing may

4   deliver a notice of intention to appear to the Notice Administrator identified in the

5   Class Notice, and file said notice with the Court. Any Class Member who fails to

6   comply with the provisions in this section shall waive and forfeit any and all rights he

7   or she may have to appear separately and/or to object, and shall be bound by all the

8   terms of the Settlement Agreement, this Order, and by all proceedings, orders, and

9   judgments, including, but not limited to, the Release in the Action.

10         (c)   Any interested party may file a reply to any written objection, as

11   described in Section 12(a). herein. A reply to an objection must be served and filed

12   no later than seven (7) days before the Fairness Hearing.

13     13.   **Preliminary Injunction.**   All   Class   Members   and/or   their

14   representatives who do not timely exclude themselves from the Class are hereby

15   preliminarily barred and enjoined from filing, commencing, prosecuting, maintaining,

16   intervening in, participating in, conducting, or continuing litigation as class members,

17   putative class members, or otherwise against New Balance (or against any of its

18   related parties or affiliates), and/or from receiving any benefits from, any lawsuit,

19   administrative, or regulatory proceeding or order in any jurisdiction, based on or

20   relating to the claims or causes of actions or the facts, and circumstances relating

21   thereto, relating to the "Made in USA" Shoes, the Action, and/or the Release. In

22   addition, all such persons are hereby preliminarily barred and enjoined from filing,

23   commencing, or prosecuting a lawsuit against New Balance (or against any of its

24   related parties or affiliates) as a class action, a separate class, or group for purposes

25   of pursuing a putative class action (including by seeking to amend a pending

26   complaint to include class allegations or by seeking class certification in a pending

27   action in any jurisdiction) on behalf of Class Members who do not timely exclude

28   -11-

ORDER PRELIMINARILY CERTIFYING A CLASS FOR                    CASE NO. 17-CV-00159-L-JLB
SETTLEMENT PURPOSES AND ISSUING RELATED ORDERS

**Deleted:** must

**Deleted:** one of the Class Counsel

**Deleted:** and to New Balance's Counsel,

**Deleted:** prior to the scheduled Fairness Hearing, no later than the final day of the Claim Period

themselves from the Class, arising out of, based on or relating to the claims, causes of action, facts, and/or circumstances relating thereto, relating to the "Made in USA" Shoes, the Action and/or the Release. Pursuant to 28 U.S.C. §§ 1651(a) and 2283, the Court finds that issuance of this preliminary injunction is necessary and appropriate in aid of the Court's continuing jurisdiction and authority over this Action.

14. **Disclosure of Objections.** The Notice Administrator, New Balance's Counsel, and Class Counsel shall promptly furnish to each other copies of any and all objections or written requests for exclusion that might come into their possession.

15. **Termination of Settlement.** This Order shall become null and void and shall be without prejudice to the rights of the parties, all of whom shall be restored to their respective positions existing immediately before this Court entered this Order, if: (a) the settlement is not finally approved by the Court, or does not become final, pursuant to the terms of the Settlement Agreement; (b) the settlement is terminated in accordance with the Settlement Agreement; or (c) the settlement does not become effective as required by the terms of the Settlement Agreement for any other reason. In such event, the settlement and Settlement Agreement shall become null and void and be of no further force and effect, and neither the Settlement Agreement nor the Court's orders, including this Order, relating to the settlement shall be used or referred to for any purpose whatsoever.

16. **Use of Order.** This Order shall be of no force or effect if the settlement does not become final and shall not be construed or used as an admission, concession, or declaration by or against New Balance of any fault, wrongdoing, breach, or liability. Nor shall the Order be construed or used as an admission, concession, or declaration by or against Plaintiffs or the other Class Members that their claims lack merit or that the relief requested is inappropriate, improper, or unavailable, or as a waiver by any party of any defenses or claims he, she, or it may have in these Action or in any other lawsuit.

-12-

1    17.    **Access to Documents.** During the pendency of this Court's

2   consideration of the proposed Settlement Agreement, if Class Members and/or their

3   attorneys file a motion for discovery and such motion is granted for good cause

4   shown and under the applicable standards, such persons shall not be given access to

5   these materials unless and until they enter into the Confidentiality Agreement, which

6   is attached as Exhibit 9 to the Settlement Agreement. The terms and conditions of

7   the Confidentiality Agreement are incorporated herein by reference and if breached

8   may be the basis for a finding of contempt of Court.

9    18.    **Retaining Jurisdiction.** This Court shall maintain continuing

10   jurisdiction over these settlement proceedings to assure the effectuation thereof for

11   the benefit of the Class.

12    19.    **Continuance of Hearing.** The Court reserves the right to adjourn or

13   continue the Fairness Hearing without further written notice.

14

15   _____

16   Hon. M. James Lorenz
     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

-13-

# EXHIBIT D

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA DASHNAW, WILLIAM MEIER, and SHERRYL JONES, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>NEW BALANCE ATHLETICS, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 3:17-cv-00159-L-JLB<br><br>**NOTICE OF CLASS ACTION, PROPOSED SETTLEMENT, AND FAIRNESS HEARING** |

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

**YOU ARE <u>NOT</u> BEING SUED.**

**If you purchased any of the New Balance "Made in USA" labeled shoes listed below in California from December 27, 2012 up to and including [Month Day, Year], the proposed settlement of a class action lawsuit may affect your rights.**

- The settlement will provide $750,000 to pay claims from those who purchased New Balance "Made in USA" Shoes, in the State of California, at any time from December 27, 2012 to [DATE], as well as the costs of administering claims.
- To qualify, you must have purchased at least one pair of the New Balance "Made in USA" Shoes, listed on page 7 of this Notice.

Your legal rights may be affected whether you act or not. **Read this Notice carefully because it explains decisions you must make and actions you must take <u>now</u>.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | | |
|---|---|---|
| **DO NOTHING** | You get no payment. You give up your rights. | |
| **SUBMIT A CLAIM FORM** | This is the only way to get a payment. | The Claim Form, which is attached to this Notice, must be completed and submitted electronically or by mail no later than [Month Day, Year]. One Claim Form may be submitted identifying each pair of eligible shoes purchased. |
| **EXCLUDE YOURSELF** | You get no payment under the settlement. This is the only choice that will allow you to sue New Balance on your own about the claims discussed in this Notice. | An exclusion request must be in writing and mailed to the Settlement Administrator **postmarked** on or before [Month Day, Year]. |
| **OBJECT TO THE SETTLEMENT** | You can write to the Court about why you do not agree with any aspect of the settlement. | An objection may be in writing, filed with the Court, and mailed to the Settlement Administrator. You are encouraged to submit your objection on or before [Month Day, Year].  An objection may also be raised orally at the Fairness Hearing. |
| **GO TO A HEARING** | You can ask to speak to the Court about the "fairness" of the settlement, after you submit your objection. | If you wish to appear and speak to the Court, you may file a Notice of Intention to Appear with the Court and mail it to the Settlement Administrator. You are encouraged to submit this Notice on or before [Month Day, Year]. |

- These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

- The Court still has to decide whether to approve the settlement. Payments will be distributed if the Court approves the settlement and after appeals, if any, are resolved in favor of the settlement. Please be patient.

- If you do not exclude yourself from the Class, the proposed settlement (if finally approved) will release certain claims, which are reprinted in full in Appendix A to this Notice, and will affect your right to start or continue any other lawsuit or proceeding involving "Made in USA" Shoes.

2

| | WHAT THIS NOTICE CONTAINS |
|---|---|

PART I.    WHY YOU HAVE RECEIVED THIS NOTICE ........................................................5

    1.    WHY DID I RECEIVE THIS NOTICE? ....................................................................5

    2.    WHAT IS THIS LAWSUIT ABOUT AND WHY DID IT SETTLE? ...........................5

    3.    WHAT DOES THE SETTLEMENT PROVIDE? .........................................................6

PART II.    DESCRIPTION OF THE CLASS ...........................................................................6

    4.    WHY IS THIS A "CLASS ACTION"? .....................................................................6

    5.    AM I A MEMBER OF THE CLASS? .........................................................................6

    6.    ARE THERE EXCEPTIONS TO BEING INCLUDED? .............................................7

    7.    WHAT ARE THE "MADE IN USA" SHOES? ..........................................................7

    8.    I'M STILL NOT SURE IF I'M INCLUDED. ............................................................8

PART III.    DECISIONS YOU MUST MAKE NOW ...............................................................8

    9.    WHAT DO I NEED TO DO NOW? ...........................................................................8

    10.    WHAT DO I GIVE UP IF I CHOOSE TO STAY IN THE CLASS? .........................8

    11.    WHAT IF I DO NOTHING? ..................................................................................9

PART IV.    SETTLEMENT BENEFITS – WHAT YOU CAN GET ...........................................9

    12.    WHAT CAN I GET FROM THE SETTLEMENT? ....................................................9

    13.    HOW CAN I MAKE A CLAIM? ...........................................................................10

    14.    WHAT IS THE CLAIM PROCESS? .....................................................................10

    15.    HOW MUCH IS THE CLAIM PROCESS WORTH TO THE CLASS? ....................11

    16.    WHAT HAPPENS AFTER ALL CLAIMS ARE PROCESSED AND THERE ARE FUNDS REMAINING? ......................................................................................11

    17.    WHEN WILL I GET MY PAYMENT, IF ANY? .....................................................11

PART V.    CAN I FILE A LATER LAWSUIT MAKING SIMILAR CLAIMS? ........................12

PART VI.    THE LAWYERS REPRESENTING THE CLASS ................................................13

    18.    DO I HAVE A LAWYER IN THIS CASE? ............................................................13

19.     WILL THE LAWYERS AND CLASS REPRESENTATIVES IN THE ACTION BE PAID?.................................................................................14

PART VII.  EXCLUDING YOURSELF FROM THE SETTLEMENT .........................................14

20.     HOW DO I GET OUT OF OR EXCLUDE MYSELF FROM THE SETTLEMENT? .................................................................14

21.     WHAT HAPPENS IF I EXCLUDE MYSELF FROM THE CLASS? .......................15

22.     IF I DON'T EXCLUDE MYSELF, CAN I SUE NEW BALANCE LATER? ...........15

PART VIII. OBJECTING TO THE SETTLEMENT .................................................................15

23.     HOW CAN I OBJECT TO THE PROPOSED SETTLEMENT?...............................15

24.     WHAT IS THE DIFFERENCE BETWEEN "OBJECTING" AND "EXCLUDING"? .................................................................17

PART IX.   THE COURT'S FAIRNESS HEARING .................................................................17

25.     WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? .................................................................17

26.     DO I HAVE TO COME TO THE HEARING?.........................................................18

27.     MAY I SPEAK AT THE FAIRNESS HEARING?...................................................18

28.     WHAT DO I HAVE TO DO TO SPEAK AT THE FAIRNESS HEARING?...........18

PART X.    GETTING ADDITIONAL INFORMATION ............................................................18

## PART I.   WHY YOU HAVE RECEIVED THIS NOTICE

### 1.      WHY DID I RECEIVE THIS NOTICE?

You received this notice because you may be a Class Member able to receive payment from a proposed settlement of a class action. This lawsuit was brought on behalf of persons who purchased "Made in USA" Shoes (more fully described below) in California from New Balance Athletics, Inc. f/k/a New Balance Athletic Shoe, Inc. ("New Balance"), and/or its Authorized Retailers.

The Court approved this notice because you have a right to know about the proposed settlement, and about your rights and options, before the Court decides whether to approve the settlement. You will be informed of the progress of this settlement and may receive payment if you are a Class Member and submit a completed and timely Claim Form.

This package explains: (1) this lawsuit, (2) the proposed settlement, (3) your legal rights, (4) what payments are available, (5) who is eligible for what payments under the settlement, (6) how to get a payment, and (7) other important information.  Information about the settlement is summarized below. The Settlement Agreement, available on the settlement website, gives greater detail on the rights and duties of the parties. If there is any conflict between this notice and the Settlement Agreement, the Settlement Agreement controls.

### 2.      WHAT IS THIS LAWSUIT ABOUT AND WHY DID IT SETTLE?

The lawsuit, *Sheila Dashnaw, et al. v. New Balance Athletics, Inc.*, Case Number 3:17-cv-00159-L-JLB (S.D. Cal) (the "Action"), concerns claims that New Balance violated certain California state laws and consumer protection statutes in connection with the marketing and sale of "Made in USA" Shoes since December 27, 2012. Plaintiffs claim that New Balance labelled certain shoes as "Made in the U.S.A." when the domestic content did not meet the amounts required under California statutes for such a claim. New Balance denies any and all claims of wrongdoing and does not admit any fault, wrongdoing or liability.

The plaintiffs in the Action, through their attorneys, thoroughly investigated the facts and law relating to the issues in the Action. The parties believe that the settlement is fair, reasonable, and adequate and will provide substantial benefit to the Class. The Court has not decided whether

the plaintiffs' claims or New Balance's defenses have any merit, and it will not do so if the proposed settlement is approved. The proposed settlement does not suggest that New Balance has or has not done anything wrong, or that the plaintiffs and the Class would or would not win their case if it were to go to trial.

### 3.   WHAT DOES THE SETTLEMENT PROVIDE?

The settlement provides that New Balance will create a fund of $750,000. This will be used to resolve all approved Claims submitted through the Claim Process. The fund is subject to certain terms, requirements, and deductions, as further described below in Question 16. New Balance is also agreeing to make certain disclosures and follow certain procedures in its marketing. Each of the three (3) named Class Representatives will be paid an amount not to exceed $5,000, as awarded by the Court, to be paid from the $750,000 fund. The notice and administration costs for this settlement, in an estimated amount of $200,000, will also be paid from the $750,000 fund. In addition to the $750,000 fund, New Balance has agreed to pay attorneys' fees and costs, separately, in a total amount not to exceed $650,000, as awarded by the Court.

## PART II.   DESCRIPTION OF THE CLASS

### 4.   WHY IS THIS A "CLASS ACTION"?

In a class action, one or more people, called Class Representatives (in this case, Sheila Dashnaw, William Meier, and Sherryl Jones), sue on behalf of themselves and other people who have similar claims. All these people are Plaintiffs and Class Members. The company they sue, in this case New Balance, is called the Defendant. One Court resolves the issues for all Class Members in a Class Action, except for those who exclude themselves from the Class. The Court in charge of this case is the United States District Court for the Southern District of California, located at the following address: 221 West Broadway, San Diego, California, 92101.

### 5.   AM I A MEMBER OF THE CLASS?

Except as noted below, the Class includes all persons who bought any and all "Made in USA" Shoes from New Balance and/or its Authorized Retailers in California from December 27, 2012 through [Month Day, Year].

**6.      ARE THERE EXCEPTIONS TO BEING INCLUDED?**

The Class does <u>not</u> include the following persons, entities, or claims:

- New Balance's board members or employees, including its attorneys;

- Persons who purchased the "Made in USA" Shoes primarily for purposes of resale;

- Distributors or re-sellers of "Made in USA" Shoes;

- The judge and magistrate judge and their immediate families presiding over the Action;

- Governmental entities; and

- Persons or entities who or which timely and properly exclude themselves from the Class as provided in the Settlement Agreement.

**7.      WHAT ARE THE "MADE IN USA" SHOES?**

"Made in USA" Shoes means the New Balance "Made in USA" shoes listed below:

| ELIGIBLE NEW BALANCE SHOE MODELS ||
| --- | --- |
| 601 | ML996 |
| M1140 | ML997 |
| M1290 | MR1105 |
| M1300 | MR993 |
| M1400 | MW812 |
| M1540 | PM15 |
| M1700 | PM16 |
| M2040 | US574 |
| M3040 | US576 |
| M498 | US990 |
| M574 | US993 |
| M585 | US998 |
| M587 | W1140 |
| M770 | W1290 |
| M990 | W1400 |
| M991 | W1540 |
| M995 | W3040 |
| M996 | W498 |
| M997 | W587 |
| M9975 | W990 |
| M998 | W998 |
| MK706 | WK706 |
| ML1300 | WR993 |

| **ELIGIBLE NEW BALANCE SHOE MODELS** | |
|---|---|
| ML1978 | WW812 |

**8.     I'M STILL NOT SURE IF I'M INCLUDED.**

If you do not understand whether or not you are a Class Member, you can visit our web site, www.shoesettlement.com, call (844) 271-4789 or you can contact Class Counsel.

**PART III.  DECISIONS YOU MUST MAKE NOW**

**9.     WHAT DO I NEED TO DO NOW?**

**FIRST**, you must decide whether you wish to remain in the Class or exclude yourself from the Class. If you want to be excluded from the Class, you must write to the Class Action Settlement Administrator as described below in Question 21 no later than [Month Day, Year].

**SECOND**, if you remain in the Class, you may object to any part of the proposed settlement by filing a written objection with the Court. You must also provide a copy of such objection to the Class Action Settlement Administrator, as described in Question 23. In order to facilitate consideration by the Court, you are encouraged to file and submit any objection by no later than **[Month Day, Year]**.

You may also request to appear and speak at the Court's Fairness Hearing and may raise an objection orally at that hearing.  If you wish to appear and speak at the Fairness Hearing, you are encouraged to file a Notice of Intention to Appear at the Fairness Hearing by no later than **[Month Day, Year]**. See Question 28 for more information.

**THIRD**, if you remain a Class Member, you can submit a Claim Form, as described below. Claim Forms may be submitted online or by mail no later than [Month Day, Year]. You may submit one Claim Form identifying each pair of eligible "Made in USA" Shoes purchased. You can submit a Claim Form even if you object to the Settlement.

**10.     WHAT DO I GIVE UP IF I CHOOSE TO STAY IN THE CLASS?**

If you choose to remain in the Class, you may submit a Claim Form and may receive payment under the settlement. You will be deemed to give New Balance and the Released Parties the Release and Waiver of Claims set forth in Appendix A. You will also be bound by all Court

8

actions and judgments entered. You will not be able to sue or otherwise proceed against New Balance on any claims related to this lawsuit.

### 11.    WHAT IF I DO NOTHING?

**If you are a Class Member and do nothing, you will <u>not</u> get any payment from the settlement, but will be bound by the settlement's release and waiver of claims.** You must complete and submit a Claim Form on or before the deadline, which is [Month Day, Year], in order to be considered for payment under the settlement.

Unless you exclude yourself from the Class, if the settlement is approved all of the Court's orders will apply to you and you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against New Balance about the claims in this lawsuit, ever again, regardless of whether you submit a Claim Form.

## PART IV.  SETTLEMENT BENEFITS – WHAT YOU CAN GET

### 12.    WHAT CAN I GET FROM THE SETTLEMENT?

Your payment in this settlement depends upon the approval of your claim and the total sum of all approved Claims submitted by all other Class Members and other factors specified in the Settlement Agreement and in this Class Notice. As a result, the amount of relief available to eligible Class Members may vary.

If the total value of all approved Claims submitted by Class Members exceeds the amount of money available to pay claims (*i.e.*, $750,000 less any fees, costs, and payments specified in the Settlement Agreement), each eligible Class Member's award shall be reduced on a pro rata basis. For example, while you may be eligible to receive up to $10 per purchase of "Made in USA" Shoes, with a cap of five purchases per person, it could be that your award will be reduced by several dollars, depending on the number of claims submitted. In the event a Class Member purchased more than one pair of the "Made in USA" Shoes, that Class Member may submit one Claim for each eligible pair of "Made in USA" Shoes purchased, up to a maximum of five (5) pairs.

In addition, New Balance has agreed to make certain changes in their marketing and sale of "Made in USA" shoes to make the disclosures regarding the domestic content of its shoes more

9

prominent. In particular, among other steps: (1) Going forward the hangtag that affixed to the "Made in USA" Shoes will no longer include the phrase "Made in the USA" on the front of the tag.  On the back, in clear readable font, the hangtag will include the following sentence, or words to similar effect, "New Balance 'made' is a premium collection that contains domestic value of 70% or greater" unless and until a change in either federal or California law obviates the need for such clarification.  (2) Going forward shoe boxes for the "Made in USA" Shoes will not include the phrase "Made in the USA" on the outside top panel of the box.  New Balance may indicate that the shoes are made in the United States on the side(s) of the shoe box if, on the end and/or side of the shoe box, in clear readable font, it states the following sentence, or words to similar effect, "New Balance 'made' is a premium collection that contains domestic value of 70% or greater" unless and until a change in either federal or California law obviates the need for such clarification.  Please see the Settlement Agreement for further information.

**13.     HOW CAN I MAKE A CLAIM?**

To receive a payment under the settlement, you must send in a Claim Form. A Claim Form and directions are attached as Appendix B to this Class Notice. You may also obtain and print a Claim Form and other relevant documents by visiting www.shoesettlement.com. Please read the instructions and certification carefully, and fill out the form completely and accurately. Claim forms must be submitted electronically at www.shoesettlement.com or by mail to *Dashnaw, et al. v. New Balance Athletics, Inc.*, PO Box 42220, Philadelphia, PA 19101-2220 no later than [Month Day, Year]. One Claim Form can be used for more than one pair of eligible shoes purchased.

**14.     WHAT IS THE CLAIM PROCESS?**

The Class Action Settlement Administrator will review each Claim Form. You may be requested to verify your purchase of "Made in USA" Shoes, by providing receipt(s) or other documentation. If you do not respond to these requests, it may result in the denial of your Claim. You will have thirty-five (35) days from the date of the Settlement Administrator's request to respond.

If a Claim is not contested, you will receive payment for that Claim in accordance with the terms of the Settlement Agreement. The Claim Amount will be paid in the form of a check. The

Administrator may require proof of purchase to verify any claims, though proof of purchase will not be required in the first instance for claims limited to a single purchase. If the total Claims submitted by one person exceed $10.00, proof of purchase to validate the claims will be required. Finally, all usual and customary steps to prevent fraud and abuse in the Claim Process will be taken. This includes denying claims in whole or in part to prevent fraud or abuse. Class Counsel and New Balance will be provided a report on the denial of any claim due to insufficient documentation and may recommend additional action including payment.

The payment of approved Claims shall begin ten (10) days after the close of the Claim Period so long as this period is after the date the settlement is final and approved, including any appeals that must be resolved in favor of the settlement (the "Final Settlement Date"). Please see the Settlement Agreement and Question 17 for further information on how the Final Settlement Date is determined. The payment process shall be completed with approved Claims within one hundred twenty (120) days from its beginning.

**15.    HOW MUCH IS THE CLAIM PROCESS WORTH TO THE CLASS?**

The settlement will provide a fund of $750,000 that will be used to pay (i) the costs and expenses associated with the notice and claims administration; (ii) incentive payments of up to $5,000 to each named plaintiff, as ordered by the Court; and (iii) valid and approved Claims submitted by Class Members pursuant to the Claim Process. The fund will <u>not</u> be used to pay New Balance's attorneys' fees and costs or Class Counsels' attorneys' fees and costs.

**16.    WHAT HAPPENS AFTER ALL CLAIMS ARE PROCESSED AND THERE ARE FUNDS REMAINING?**

If there are any funds remaining after all claims are processed, those funds shall be awarded *cy pres* and distributed to the following non-profit organizations: Public Justice Foundation, which is a non-profit organization that seeks to protect the rights of consumers. No remaining funds will be returned to New Balance.

**17.    WHEN WILL I GET MY PAYMENT, IF ANY?**

The Court will hold a Fairness Hearing on [Month Day, Year] at [TIME] to decide whether or not to approve the proposed settlement. The Court must finally approve the proposed settlement

before any payments can be made. The Court will grant its approval only if it finds that the proposed settlement is fair, reasonable, and adequate. In addition, the Court's order may be subject to appeals, and resolving them takes time, sometimes more than a year. Finally, there remains a possibility that this settlement may be terminated for other reasons. Everyone who sends in a Claim Form will be informed of the progress of the settlement. Please be patient. **The payment of approved Claims will begin ten (10) days after the close of the Claim Period so long as this is after the Final Settlement Date. It may begin sooner if agreed to by Plaintiffs' Counsel and New Balance. In the event the Final Settlement Date falls after the close of the Claim Period, then payments of approved Claims will begin ten (10) days after the Final Settlement Date.**

**The Class Action Settlement Administrator shall have completed the payment to Class Members who have submitted timely, valid, and approved Claims, no later than one hundred and twenty (120) days after the Final Settlement Date or the close of the Claim Period, whichever is later.**

## PART V.   CAN I FILE A LATER LAWSUIT MAKING SIMILAR CLAIMS?

**No.  If you remain a member of the Class and the settlement is finally approved, you will be automatically prohibited from starting or continuing any lawsuit or other proceeding against New Balance if those claims have been (or could have been) asserted in this lawsuit.**

As part of this settlement, the Court has preliminary stopped all Class Members and/or their representatives (who do not timely exclude themselves from the Class) from filing, participating in, or continuing litigation as Class Members or otherwise against New Balance (or against any of its related parties or affiliates), and/or from receiving any benefits from any lawsuit, administrative, or regulatory proceeding or order in any jurisdiction, based on or relating to the claims or causes of actions or the facts, and circumstances relating thereto, in the class action.

The Court has also preliminary stopped all persons from filing, beginning, or prosecuting a lawsuit against New Balance (or against any of its related parties or affiliates) as a class action, a separate class, or group for purposes of pursuing a putative class action (including by seeking to amend a pending complaint to include class allegations or by seeking class certification in a pending action in any jurisdiction) on behalf of Class Members who do not timely exclude

themselves from the Class, based on or relating to the claims, facts, and/or circumstances of the class action.

Upon final approval of the settlement, Plaintiffs and New Balance will ask the Court to enter a permanent ruling forbidding all Class Members and/or their representatives and/or personnel from engaging in the activities described above. All Class Members will be bound by this order.

## PART VI.  THE LAWYERS REPRESENTING THE CLASS

### 18.    DO I HAVE A LAWYER IN THIS CASE?

The Court has designated attorneys Jason H. Kim of Schneider Wallace Cottrell Konecky Wotkyns LLP and Aubry Wand of The Wand Law Firm, P.C. to represent you and the other Class Members in this lawsuit. The lawyers representing you and the Class Members are called "Class Counsel." You will not be charged for the services of the Class Counsel. No later than fourteen (14) days prior to the objection deadline (see Part VIII), Class Counsel shall submit a request to the Court for payment of attorneys' fees and costs not to exceed $650,000. Any fees and costs awarded by the Court will be paid by New Balance and will not reduce the settlement relief available to Class Members.

You may contact Class Counsel about this lawsuit at the following address:

The Wand Law Firm, P.C.                Schneider Wallace Cottrell Konecky & Wotkyns LLP
Aubry Wand                             Jason H. Kim
400 Corporate Pointe, Suite 300        2000 Powell Street, Suite 1400
Culver City, CA 90230                  Emeryville, CA 94608
Telephone: (310) 590-4503              Telephone: (415) 421-7100

Email: newbalancesettlement@gmail.com

You have the right to retain your own lawyer to represent you in this case, but you are not obligated to do so. If you do hire your own lawyer, you will have to pay his or her fees and expenses. You also have the right to represent yourself before the Court without a lawyer.

13

**19.     WILL THE LAWYERS AND CLASS REPRESENTATIVES IN THE ACTION BE PAID?**

Class Counsel have prosecuted this case on a completely contingent fee and have not been paid anything to date for their services. Class Counsel will request attorneys' fees and expenses not to exceed $650,000 to be paid directly by New Balance and outside of the Settlement Fund.

Class Counsel will petition the Court for service awards of up to $5,000 for each of the named plaintiffs, Sheila Dashnaw, William Meier, and Sherryl Jones. The purpose of such awards is to compensate for efforts and risks taken by them on behalf of the Class. Any such amount awarded by the Court as a service award for the named plaintiffs will be paid out of the $750,000 fund.

<div style="background:#555;color:white"><strong>PART VII. EXCLUDING YOURSELF FROM THE SETTLEMENT</strong></div>

If you don't want a payment from this settlement, but you want to keep the right to sue or continue to sue New Balance on your own about the legal issues in this case, then you must take steps to get out of the Class. This is called excluding yourself or "opting out" of the Class.

**20.     HOW DO I GET OUT OF OR EXCLUDE MYSELF FROM THE SETTLEMENT?**

If you want to be excluded from the Class, you must write to the Class Action Settlement Administrator. To exclude yourself from the settlement, you must send a letter by mail. Your exclusion request letter must be postmarked no later than [Month Day, Year]. Send your letter to:

*Dashnaw, et al. v. New Balance Athletics, Inc.*

PO Box 42220

Philadelphia, PA 19101-2220

Your letter requesting exclusion does not need to be in any particular form, but it shall include the following information in order to be effective:

(1) your name;

(2) your address;

(3) your telephone number;

(4) the "Made in USA" Shoes for which you are requesting exclusion;

(5) a statement that you wish to be excluded from the Class;

(6) your signature; and

(7) the case name and case numbers: *Sheila Dashnaw, et al. v. New Balance Athletics, Inc.,* Case Number 3:17-cv-00159-L-JLB (S.D. Cal.)

Please write "EXCLUSION REQUEST" on the lower left-hand corner of the front of the envelope.

### 21.   WHAT HAPPENS IF I EXCLUDE MYSELF FROM THE CLASS?

If you request exclusion from the Class, then for each of the excluded "Made in USA" Shoes:

- You will **not** be eligible for payment under the proposed settlement;
- You will **not** be allowed to object to the terms of the proposed settlement; and
- You will **not** be bound by any subsequent rulings entered in this case if the proposed settlement is finally approved.

**However, if your request for exclusion is <u>late or deficient</u>, you will still be a part of the Class, you will be bound by the settlement and all other orders and judgments in this lawsuit, and you will not be able to participate in any other lawsuits based on the claims in this case.**

### 22.   IF I DON'T EXCLUDE MYSELF, CAN I SUE NEW BALANCE LATER?

**No.** If the Court approves the proposed settlement and you do not exclude yourself form the Class, you release (give up) all claims that have been or could have been asserted in this lawsuit relating to your "Made in USA" Shoes.

## PART VIII. OBJECTING TO THE SETTLEMENT

You have the right to tell the Court that you do not agree with the settlement or any or all of its terms.

### 23.   HOW CAN I OBJECT TO THE PROPOSED SETTLEMENT?

If you choose to remain a Class Member, you have a right to object to any part of the proposed settlement. The Court will consider your views.

15

To object, you must send a letter to the Class Action Settlement Administrator saying you object to *Sheila Dashnaw, et al. v. New Balance Athletics, Inc.*, Case Number 3:17-cv-00159-L-JLB (S.D. Cal.). Your written objection must include:

(1) your name;

(2) your address;

(3) your telephone number;

(4) proof of purchase of "Made in USA" Shoes, such as a cash register receipt, a credit card receipt, or a credit card statement that sufficiently indicates the purchase of the "Made in USA" Shoes;

(5) a written statement of your objection(s), including any legal support and/or supporting evidence you wish to introduce;

(6) a statement of whether you intend to appear at the Fairness Hearing;

(7) your signature; and

(8) the case name and case numbers: *Sheila Dashnaw, et al. v. New Balance Athletics, Inc.*, Case Number 3:17-cv-00159-L-JLB (S.D. Cal.)

If you choose to object, in order to be considered by the Court, your written objection must be **filed with the Court, and copies must be sent to all of the following recipients:**

| COURT | CLAIMS ADMINISTRATOR |
|---|---|
| Clerk of the Court<br>United States District Court<br>Southern District of California<br>Edward J. Schwartz U.S. Courthouse<br>221 West Broadway<br>San Diego, California 92101 | Heffler Claims Group<br>1515 Market Street<br>Suite 1700<br>Philadelphia, PA 19102 |

In order to facilitate consideration by the Court, you are encouraged to submit your objection by no later than **[Month Day, Year].**

If you file an objection, but the Court approves the settlement as proposed, you can still complete a Claim Form to be eligible for payment under the settlement, subject to the terms and

16

conditions discussed in this Notice and in the Settlement Agreement. In other words, you can simultaneously object to the settlement and submit a Claim Form.

**24.   WHAT IS THE DIFFERENCE BETWEEN "OBJECTING" AND "EXCLUDING"?**

Objecting is simply a way of telling the Court that you don't like something about the settlement. You can only object if you stay in the Class.

If you object to the settlement, you still remain a member of the Class and you will still be eligible to submit a Claim Form. You will also be bound by any subsequent rulings in this case and you will not be able to file or participate in any other lawsuit or proceeding based upon or relating to the claims, causes of action, facts, or circumstances of this case. Excluding yourself is telling the Court that you don't want to be a part of the Class. If you exclude yourself, you have no basis to object to the settlement and appear at the Fairness Hearing because it no longer affects you.

<div style="background-color:#3d3d3d;color:white;text-align:center;">

**PART IX.  THE COURT'S FAIRNESS HEARING**

</div>

The Court will hold a final hearing (called a Fairness Hearing) to decide whether to finally approve the settlement. You may attend and ask to speak, but you don't have to.

**25.   WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?**

On [Month Day, Year], at [TIME], the Court will hold a Fairness Hearing at the United States District Court for the Southern District of California, before the Honorable M. James Lorenz, in Courtroom 5B, Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California 92101.

At the hearing, the Court will consider whether to grant final certification to the Class for settlement purposes, whether to approve the proposed settlement as fair, reasonable, and adequate, and will make a final ruling on all related settlement issues. The Court will also decide whether to award attorneys' fees and costs, as well as Class Representative awards.

**26.     DO I HAVE TO COME TO THE HEARING?**

No. Class Counsel will answer questions the Court may have at the Fairness Hearing. But you are welcome to come at your own expense. Please note that the Court has the right to change the date and/or time of the Fairness Hearing without further notice. If you are planning to attend the hearing, you should confirm the date and time before going to the Court.

**27.     MAY I SPEAK AT THE FAIRNESS HEARING?**

Yes, if you have filed an objection, you may ask the Court for permission to speak at the hearing. To do so, you must submit an objection and also file a document called a "Notice of Intention to Appear."

**28.     WHAT DO I HAVE TO DO TO SPEAK AT THE FAIRNESS HEARING?**

If you are a member of the Class, and you (or your attorney) want to appear and speak at the Fairness Hearing, you (or your attorney) are encouraged to file a Notice of Intention to Appear at the Fairness Hearing with the Clerk of the Court, and deliver that Notice to Heffler Claims Group at the address listed above, by no later than **[Month Day, Year].**

If you file an objection and/or orally object at the Fairness Hearing, but the Court approves the settlement as proposed, you can still complete a Claim Form to be eligible for payment under the settlement, subject to the terms and conditions discussed in this Notice and in the Settlement Agreement.

## PART X.   GETTING ADDITIONAL INFORMATION

This Notice and the accompanying documents summarize the proposed settlement. More details are contained in the Settlement Agreement. The full Settlement Agreement is on file with the Clerk of the Court. For a more detailed statement of the matters involved in this case, you may review the complaint and the other papers and Court orders on file in the Clerk's office at any time during normal business hours, Monday through Friday, 7:00 a.m. to 6:00 p.m. PST.

If you have questions after reading this notice, you can visit www.shoesettlement.com to obtain additional information about the proposed settlement and the Claim Form or you can call, (844) 271-4789 to obtain additional information about the settlement. You may also direct your

questions about the settlement to Class Counsel, whose names and addresses are listed in Question 20 of this Notice.

**PLEASE DO NOT CALL THE COURT OR THE CLERK OF THE COURT**

Dated:  [DATE]                                        Clerk of the Court for the United States

District Court for the Southern District of

California

# APPENDIX A

## Release And Waiver of Claims

1. The Parties agree to the following release and waiver, which shall take effect upon entry of the Final Order and Final Judgment.

2. "Released Parties" means New Balance, its past, present, and future parents (including but not limited to New Balance, Inc., and any intermediary and/or ultimate parents), officers, directors, employees, stockholders, agents, attorneys, administrators, successors, suppliers, distributors, reorganized successors, spin-offs, assigns, holding companies, related companies, subsidiaries, affiliates, joint-ventures, partners, members, divisions, predecessors, and Authorized Retailers of "Made in USA" Shoes for resale.

3. In consideration for the Settlement benefits described in this Agreement, Plaintiffs and the other members of the Class, on behalf of themselves, their heirs, guardians, assigns, executors, administrators, predecessors, and/or successors, will fully, finally and forever release, relinquish, acquit, and discharge the Released Parties from – and shall not now or hereafter institute, maintain, or assert on their own behalf, on behalf of the Class or on behalf of any other person or entity – any and all manner of claims, actions, causes of action, suits, rights, debts, sums of money, payments, obligations, reckonings, contracts, agreements, executions, promises, damages, liens, judgments and demands of whatever kind, type or nature and whatsoever, both at law and in equity, whether based on federal, state or local law, statute, ordinance, regulation, code, contract, common law, or any other source, or any claim that Plaintiffs or Class Members ever had, now have, may have, or hereafter can, shall or may ever have against the Released Parties in any other court, tribunal, arbitration panel, commission, agency, or before any governmental and/or administrative body, or any other adjudicatory body, on the basis of, connected with, arising from or relating to the claims alleged in the complaint in the Action during the Class Period, including, but not limited to, communications, disclosures, nondisclosures, representations, statements, claims, omissions, messaging, design, testing, marketing, advertising, promotion,

20

packaging, displays, brochures, studies, manufacture, distribution, operation, performance, functionality, notification, providing, offering, dissemination, replacement, sale and/or resale by the Released Parties of the "Made in USA" Shoes; any claims for rescission, restitution or unjust enrichment for all damages of any kind; violations of any state's deceptive, unlawful and/or unfair business and/or trade practices, false, misleading or fraudulent advertising, consumer fraud and/or consumer protection statutes; any violation of the Uniform Commercial Code, any breaches of express, implied and/or any other warranties, any similar federal, state or local statutes, codes, damages, costs, expenses, extra-contractual damages, compensatory damages, exemplary damages, special damages, penalties, punitive damages and/or damage multipliers, disgorgement, declaratory relief, expenses, interest, and/or attorneys' fees and costs against the Released Parties pertaining to or relating to the claims alleged in the complaint in the Action, notwithstanding that Plaintiffs and the Class acknowledge that they may hereafter discover facts in addition to or different from those that they now know or believe to be true concerning the subject matter of the Action and/or the Release herein. Released Claims do not include any claims that cannot be released as a matter of law.

4.   Plaintiffs represent and warrant that they are the sole and exclusive owner of all claims that they personally are releasing under this Agreement. Plaintiffs further acknowledge that they have not assigned, pledged, or in any manner whatsoever, sold, transferred, assigned or encumbered any right, title, interest or claim arising out of or in any way whatsoever pertaining to the Action, including without limitation, any claim for benefits, proceeds or value under the Action, and that Plaintiffs are not aware of anyone other than themselves claiming any interest, in whole or in part, in the Action or in any benefits, proceeds or values under the Action. Class Members submitting a Claim Form shall represent and warrant therein that they are the sole and exclusive owner of all claims that they personally are releasing under the Settlement and that they have not assigned, pledged, or in any manner whatsoever, sold, transferred, assigned or encumbered any right, title, interest or

claim arising out of or in any way whatsoever pertaining to the Action, including without limitation, any claim for benefits, proceeds or value under the Action, and that such Class Member(s) are not aware of anyone other than themselves claiming any interest, in whole or in part, in the Action or in any benefits, proceeds or values under the Action.

5. Without in any way limiting its scope, and, except to the extent otherwise specified in the Agreement, this Release covers by example and without limitation, any and all claims for attorneys' fees, costs, expert fees, or consultant fees, interest, or litigation fees, costs or any other fees, costs, and/or disbursements incurred by Plaintiffs' Counsel, or by Plaintiffs or the Class Members.

6. In addition to the Released Claims, the Named Plaintiffs only agree to a general release, which includes a release of any unknown claims that they did not know or suspect to exist in their favor at the time of the general release, which, if known, might have affected their Settlement with, and general release of, the Released Parties. With respect to the general release, the Named Plaintiffs only stipulate and agree that, upon the execution of this Agreement, and by operation of the Final Judgment, they shall be deemed to have expressly waived and relinquished, to the fullest extent permitted by law, the provisions, rights and benefits of Section 1542 of the Civil Code of the State of California, which provides that:

> "a general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

Named Plaintiffs only hereby agree that the provisions of all such principles of law or similar federal or state laws, rights, rules, or legal principles are hereby knowingly and voluntarily waived, relinquished and released.

7. Nothing in this Release shall preclude any action to enforce the terms of the Agreement, including participation in any of the processes detailed therein.

8. Plaintiffs and Defendant hereby agree and acknowledge that the provisions of this Release together constitute an essential and material term of the Agreement and shall be included in any Final Order and Final Judgment entered by the Court.

APPENDIX B

*New Balance Shoe Class Action Settlement*
*Claim Form*

Use this claim form only if you bought eligible New Balance "Made in USA" shoes in California from ***December 27, 2012 to [Month Day, Year]***. The eligible New Balance shoes are listed below.  Please refer to this list before filling out this form.

**All claim forms must be submitted electronically at www.shoesettlement.com or by mail to *Dashnaw, et al. v. New Balance Athletics, Inc.*, P.O. Box 42220, Philadelphia, PA 19101-2220 no later than [Month Day, Year] to:**

| CLAIM INFORMATION |
| --- |
| **CLASS MEMBER INFORMATION** |
|  |
| Name: |
| Mailing Address: |
| Number and Street |
| City:                          State:                          Zip Code: |
| Best Telephone Number:                          E-Mail Address: |

Payment amounts to eligible Class Members may vary depending upon the number and amounts claimed by all Class Members and other adjustments and deductions as specified in the Settlement Agreement. The maximum award amount per pair of "Made in USA" shows purchased—up to five (5) purchases per person—is $10. However, depending on the volume of claims submitted this per pair purchased amount may be reduced.  If your claim is approved, the Claim Amount will be paid by check.

If you only purchased one pair of "Made in USA" shoes from December 27, 2012 to [Month Day, Year], select Option A. If you select Option A, you are not initially required to submit proof of purchase.

If you purchased more than one pair of "Made in USA" shoes from December 27, 2012 to [Month Day, Year], you may submit a claim for **up to five (5) pairs**. If you want to submit a claim for more than one pair, select Option B.  If you select Option B, you are required to submit proofs of purchase.

Case No. 3:17-cv-00159-L-JLB

*You must select either Option A or Option B for your claim to be valid:*

[  ]  Option A: Submit your claim without proof of purchase and receive up to $10.

| Option A: PURCHASE INFORMATION – NEW BALANCE SHOES | | |
|---|---|---|
| *Eligible New Balance Shoe Model* | *Location Purchased (store/website), City, State* | *Date of Purchase mm/dd/yyyy* |
|  |  | _ _ / _ _ / _ _ _ _ |

[  ]  Option B: Submit your claim by completing the purchase information on the next page and include a valid proof of purchase for each eligible New Balance Shoe model, up to a total of 5 pairs. Please include one of the following for each:

☐  a receipt,
☐  photograph of the eligible New Balance Shoes,
☐  a photocopy of the purchase order on your credit statement.

Option B: If you do not include proof of purchase your claim may be deemed invalid at the discretion of the Settlement Administrator.

| Option B: PURCHASE INFORMATION – NEW BALANCE SHOES | | | |
|---|---|---|---|
| *Eligible New Balance Shoe Models* | *Quantity Purchased* | *Location Purchased (store/website), City, State* | *Date of Purchase mm/dd/yyyy* |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |

**Please note: The Class Action Settlement Administrator may, at its discretion, request proof of purchase to validate your claim even if you choose Option A. The Class Action Settlement Administrator may also request additional proof of purchase if you choose Option B. If requested, you must provide proof of purchase within 35 days of such a request or your claim will be reduced or denied and you may not appeal the reduction or denial.**

| **AFFIRMATION** |
| --- |

I declare or affirm, under penalty of perjury, that the information in this claim form is true and correct to the best of my knowledge and that I purchased the applicable product(s) claimed above between December 27, 2012 and **[Month Day, Year].** I understand that the decision of the Class Action Settlement Administrator is final and binding. I understand that my claim form may be subject to audit, verification, and Court review.

Signature**:** _____     Date: _____

---

**Claim Forms must be submitted electronically or by mail no later than [Month Day, Year].**

**Questions? Visit www.shoesettlement.com or call (844) 271-4789.**

---

| ELIGIBLE NEW BALANCE SHOE MODELS | |
| --- | --- |
| 601 | ML996 |
| M1140 | ML997 |
| M1290 | MR1105 |
| M1300 | MR993 |
| M1400 | MW812 |
| M1540 | PM15 |
| M1700 | PM16 |
| M2040 | US574 |
| M3040 | US576 |
| M498 | US990 |
| M574 | US993 |
| M585 | US998 |
| M587 | W1140 |
| M770 | W1290 |
| M990 | W1400 |
| M991 | W1540 |
| M995 | W3040 |
| M996 | W498 |
| M997 | W587 |
| M9975 | W990 |
| M998 | W998 |
| MK706 | WK706 |
| ML1300 | WR993 |
| ML1978 | WW812 |

25

1              UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF CALIFORNIA

3  SHEILA DASHNAW, WILLIAM MEIER, and

4  SHERRYL JONES, individually, and on behalf
of all others similarly situated,

5

6       Plaintiffs,

7       v.              Case No. 3:17-cv-00159-L-JLB

8  NEW BALANCE ATHLETICS, INC., a
corporation; and DOES 1 through 50, inclusive,  **NOTICE OF CLASS ACTION,**

9                     **PROPOSED SETTLEMENT, AND**
                         **FAIRNESS HEARING**

10       Defendants.

11

12      *A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

13

14                **YOU ARE <u>NOT</u> BEING SUED.**

15  **If you purchased any of the New Balance "Made in USA" labeled shoes listed below in**

16  **California from December 27, 2012 up to and including [Month Day, Year], the proposed**

17       **settlement of a class action lawsuit may affect your rights.**

18

19  •  The settlement will provide $750,000 to pay claims from those who purchased New

20     Balance "Made in USA" Shoes, in the State of California, at any time from December 27,

21     2012 to [DATE], as well as the costs of administering claims.

22  •  To qualify, you must have purchased at least one pair of the New Balance "Made in USA"

23     Shoes, listed on page 7 of this Notice.

24  Your legal rights may be affected whether you act or not. **Read this Notice carefully because it**

25  **explains decisions you must make and actions you must take <u>now</u>.**

26

27

28

          **QUESTIONS? VISIT [<u>WEBSITE</u>] OR CALL, TOLL-FREE, [PHONE NUMBER].**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | | |
|---|---|---|
| **DO NOTHING** | You get no payment. You give up your rights. | |
| **SUBMIT A CLAIM FORM** | This is the only way to get a payment. | The Claim Form, which is attached to this Notice, must be completed and submitted electronically or by mail no later than [Month Day, Year]. One Claim Form may be submitted identifying each pair of eligible shoes purchased. |
| **EXCLUDE YOURSELF** | You get no payment under the settlement. This is the only choice that will allow you to sue New Balance on your own about the claims discussed in this Notice. | An exclusion request must be in writing and mailed to the Settlement Administrator **postmarked** on or before [Month Day, Year]. |
| **OBJECT TO THE SETTLEMENT** | You can write to the Court about why you do not agree with any aspect of the settlement. | An objection may be in writing, filed with the Court, and mailed to the Settlement Administrator. You are encouraged to submit your objection on or before [Month Day, Year]. An objection may also be raised orally at the Fairness Hearing. |
| **GO TO A HEARING** | You can ask to speak to the Court about the "fairness" of the settlement, after you submit your objection. | If you wish to appear and speak to the Court, you may file a Notice of Intention to Appear with the Court and mail it to the Settlement Administrator. You are encouraged to submit this Notice on or before [Month Day, Year]. |

Deleted: must
Deleted: postmarked
Deleted: must
Deleted: submit
Deleted: form , in writing, and file it
Deleted: postmarked
Deleted: in addition to submitting a timely objection

- These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

- The Court still has to decide whether to approve the settlement. Payments will be distributed if the Court approves the settlement and after appeals, if any, are resolved in favor of the settlement. Please be patient.

- If you do not exclude yourself from the Class, the proposed settlement (if finally approved) will release certain claims, which are reprinted in full in Appendix A to this Notice, and will affect your right to start or continue any other lawsuit or proceeding involving "Made in USA" Shoes.

2

Case No. 3:17-cv-00159-L-JLB

1

| | WHAT THIS NOTICE CONTAINS |
|---|---|

2

3    PART I.     WHY YOU HAVE RECEIVED THIS NOTICE ........................................ 5

4        1.    WHY DID I RECEIVE THIS NOTICE?........................................................ 5

5        2.    WHAT IS THIS LAWSUIT ABOUT AND WHY DID IT SETTLE? ........................... 5

6        3.    WHAT DOES THE SETTLEMENT PROVIDE? .................................................. 6

7    PART II.    DESCRIPTION OF THE CLASS ............................................................ 6

8        4.    WHY IS THIS A "CLASS ACTION"? ............................................................ 6

9        5.    AM I A MEMBER OF THE CLASS?.............................................................. 6

10       6.    ARE THERE EXCEPTIONS TO BEING INCLUDED? ..................................... 7

11       7.    WHAT ARE THE "MADE IN USA" SHOES? ................................................ 7

12       8.    I'M STILL NOT SURE IF I'M INCLUDED. .................................................. 8

13   PART III.   DECISIONS YOU MUST MAKE NOW ..................................................... 8

14       9.    WHAT DO I NEED TO DO NOW?.............................................................. 8

15       10.   WHAT DO I GIVE UP IF I CHOOSE TO STAY IN THE CLASS? .......................... 8

16       11.   WHAT IF I DO NOTHING? ..................................................................... 9

17   PART IV.   SETTLEMENT BENEFITS – WHAT YOU CAN GET ............................... 9

18       12.   WHAT CAN I GET FROM THE SETTLEMENT? ........................................... 9

19       13.   HOW CAN I MAKE A CLAIM? ............................................................... 10

20       14.   WHAT IS THE CLAIM PROCESS? .......................................................... 10

21       15.   HOW MUCH IS THE CLAIM PROCESS WORTH TO THE CLASS?.................. 11

22       16.   WHAT HAPPENS AFTER ALL CLAIMS ARE PROCESSED AND THERE ARE

23             FUNDS REMAINING?........................................................................... 11

24       17.   WHEN WILL I GET MY PAYMENT, IF ANY? .......................................... 11

25   PART V.    CAN I FILE A LATER LAWSUIT MAKING SIMILAR CLAIMS?...................... 12

26   PART VI.   THE LAWYERS REPRESENTING THE CLASS ........................................ 13

27       18.   DO I HAVE A LAWYER IN THIS CASE?.................................................... 13

28

Deleted: 1112

3

Case No. 3:17-cv-00159-L-JLB

19.    WILL THE LAWYERS AND CLASS REPRESENTATIVES IN THE ACTION BE
PAID?...................................................................................................... 14

PART VII.  EXCLUDING YOURSELF FROM THE SETTLEMENT........................................ 14

20.    HOW DO I GET OUT OF OR EXCLUDE MYSELF FROM THE
SETTLEMENT?.......................................................................................... 14

21.    WHAT HAPPENS IF I EXCLUDE MYSELF FROM THE CLASS? ...................... 15

22.    IF I DON'T EXCLUDE MYSELF, CAN I SUE NEW BALANCE LATER? ........... 15

PART VIII. OBJECTING TO THE SETTLEMENT ...................................................... 15

23.    HOW CAN I OBJECT TO THE PROPOSED SETTLEMENT?............................. 15

24.    WHAT IS THE DIFFERENCE BETWEEN "OBJECTING" AND
"EXCLUDING"?........................................................................................ 17

PART IX.  THE COURT'S FAIRNESS HEARING ............................................................ 17

25.    WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE
THE SETTLEMENT? ................................................................................... 17

26.    DO I HAVE TO COME TO THE HEARING? ................................................ 18

27.    MAY I SPEAK AT THE FAIRNESS HEARING? ................................................ 18

28.    WHAT DO I HAVE TO DO TO SPEAK AT THE FAIRNESS HEARING?........... 18

PART X.   GETTING ADDITIONAL INFORMATION ........................................................ 18

**Deleted:** 1516

**Deleted:** 1516

4

1 | **PART I.   WHY YOU HAVE RECEIVED THIS NOTICE**

2 | **1.     WHY DID I RECEIVE THIS NOTICE?**

3 | You received this notice because you may be a Class Member able to receive payment

4 | from a proposed settlement of a class action. This lawsuit was brought on behalf of persons who

5 | purchased "Made in USA" Shoes (more fully described below) in California from New Balance

6 | Athletics, Inc. f/k/a New Balance Athletic Shoe, Inc. ("New Balance"), and/or its Authorized

7 | Retailers.

8 | The Court approved this notice because you have a right to know about the proposed

9 | settlement, and about your rights and options, before the Court decides whether to approve the

10 | settlement. You will be informed of the progress of this settlement and may receive payment if

11 | you are a Class Member and submit a completed and timely Claim Form.

12 | This package explains: (1) this lawsuit, (2) the proposed settlement, (3) your legal rights,

13 | (4) what payments are available, (5) who is eligible for what payments under the settlement, (6)

14 | how to get a payment, and (7) other important information.  Information about the settlement is

15 | summarized below. The Settlement Agreement, available on the settlement website, gives greater

16 | detail on the rights and duties of the parties. If there is any conflict between this notice and the

17 | Settlement Agreement, the Settlement Agreement controls.

18 | **2.     WHAT IS THIS LAWSUIT ABOUT AND WHY DID IT SETTLE?**

19 | The lawsuit, *Sheila Dashnaw, et al. v. New Balance Athletics, Inc.*, Case Number 3:17-cv-

20 | 00159-L-JLB (S.D. Cal) (the "Action"), concerns claims that New Balance violated certain

21 | California state laws and consumer protection statutes in connection with the marketing and sale

22 | of "Made in USA" Shoes since December 27, 2012. Plaintiffs claim that New Balance labelled

23 | certain shoes as "Made in the U.S.A." when the domestic content did not meet the amounts

24 | required under California statutes for such a claim. New Balance denies any and all claims of

25 | wrongdoing and does not admit any fault, wrongdoing or liability.

26 | The plaintiffs in the Action, through their attorneys, thoroughly investigated the facts and

27 | law relating to the issues in the Action. The parties believe that the settlement is fair, reasonable,

28 | and adequate and will provide substantial benefit to the Class. The Court has not decided whether

1   the plaintiffs' claims or New Balance's defenses have any merit, and it will not do so if the

2   proposed settlement is approved. The proposed settlement does not suggest that New Balance has

3   or has not done anything wrong, or that the plaintiffs and the Class would or would not win

4   their case if it were to go to trial.

5         **3.**    **WHAT DOES THE SETTLEMENT PROVIDE?**

6        The settlement provides that New Balance will create a fund of $750,000. This will be

7   used to resolve all approved Claims submitted through the Claim Process. The fund is subject to

8   certain terms, requirements, and deductions, as further described below in Question 16. New

9   Balance is also agreeing to make certain disclosures and follow certain procedures in its

10   marketing. Each of the three (3) named Class Representatives will be paid an amount not to

11   exceed $5,000, as awarded by the Court, to be paid from the $750,000 fund. The notice and

12   administration costs for this settlement, in an estimated amount of $200,000, will also be paid

13   from the $750,000 fund. In addition to the $750,000 fund, New Balance has agreed to pay

14   attorneys' fees and costs, separately, in a total amount not to exceed $650,000, as awarded by the

15   Court.

16   **PART II.**  DESCRIPTION OF THE CLASS

17         **4.**    **WHY IS THIS A "CLASS ACTION"?**

18        In a class action, one or more people, called Class Representatives (in this case, Sheila

19   Dashnaw, William Meier, and Sherryl Jones), sue on behalf of themselves and other people who

20   have similar claims. All these people are Plaintiffs and Class Members. The company they sue, in

21   this case New Balance, is called the Defendant. One Court resolves the issues for all Class

22   Members in a Class Action, except for those who exclude themselves from the Class. The Court in

23   charge of this case is the United States District Court for the Southern District of California,

24   located at the following address: 221 West Broadway, San Diego, California, 92101.

25         **5.**    **AM I A MEMBER OF THE CLASS?**

26        Except as noted below, the Class includes all persons who bought any and all "Made in

27   USA" Shoes from New Balance and/or its Authorized Retailers in California from December 27,

28   2012 through [Month Day, Year].

**6.      ARE THERE EXCEPTIONS TO BEING INCLUDED?**

The Class does <u>not</u> include the following persons, entities, or claims:

- New Balance's board members or employees, including its attorneys;
- Persons who purchased the "Made in USA" Shoes primarily for purposes of resale;
- Distributors or re-sellers of "Made in USA" Shoes;
- The judge and magistrate judge and their immediate families presiding over the Action;
- Governmental entities; and
- Persons or entities who or which timely and properly exclude themselves from the Class as provided in the Settlement Agreement.

**7.      WHAT ARE THE "MADE IN USA" SHOES?**

"Made in USA" Shoes means the New Balance "Made in USA" shoes listed below:

| ELIGIBLE NEW BALANCE SHOE MODELS ||
| --- | --- |
| 601 | ML996 |
| M1140 | ML997 |
| M1290 | MR1105 |
| M1300 | MR993 |
| M1400 | MW812 |
| M1540 | PM15 |
| M1700 | PM16 |
| M2040 | US574 |
| M3040 | US576 |
| M498 | US990 |
| M574 | US993 |
| M585 | US998 |
| M587 | W1140 |
| M770 | W1290 |
| M990 | W1400 |
| M991 | W1540 |
| M995 | W3040 |
| M996 | W498 |
| M997 | W587 |
| M9975 | W990 |
| M998 | W998 |
| MK706 | WK706 |
| ML1300 | WR993 |

| ELIGIBLE NEW BALANCE SHOE MODELS | |
|---|---|
| ML1978 | WW812 |

**8.     I'M STILL NOT SURE IF I'M INCLUDED.**

If you do not understand whether or not you are a Class Member, you can visit our web site, www.shoesettlement.com, call (844) 271-4789 or you can contact Class Counsel.

**PART III.  DECISIONS YOU MUST MAKE NOW**

**9.     WHAT DO I NEED TO DO NOW?**

**FIRST**, you must decide whether you wish to remain in the Class or exclude yourself from the Class. If you want to be excluded from the Class, you must write to the Class Action Settlement Administrator as described below in Question 21 no later than [Month Day, Year].

**SECOND**, if you remain in the Class, you may object to any part of the proposed settlement by filing a written objection with the Court. You must also provide a copy of such objection to the Class Action Settlement Administrator, as described in Question 23. In order to facilitate consideration by the Court, you are encouraged to file and submit any objection by no later than [Month Day, Year].

You may also request to appear and speak at the Court's Fairness Hearing and may raise an objection orally at that hearing. If you wish to appear and speak at the Fairness Hearing, you are encouraged to file a Notice of Intention to Appear at the Fairness Hearing by no later than [Month Day, Year]. See Question 28 for more information.

**THIRD**, if you remain a Class Member, you can submit a Claim Form, as described below. Claim Forms may be submitted online or by mail no later than [Month Day, Year]. You may submit one Claim Form identifying each pair of eligible "Made in USA" Shoes purchased. You can submit a Claim Form even if you object to the Settlement.

**10.     WHAT DO I GIVE UP IF I CHOOSE TO STAY IN THE CLASS?**

If you choose to remain in the Class, you may submit a Claim Form and may receive payment under the settlement. You will be deemed to give New Balance and the Released Parties the Release and Waiver of Claims set forth in Appendix A. You will also be bound by all Court

8

Case No. 3:17-cv-00159-L-JLB

---

Deleted: That written objection must be received by the Court prior to the date of the Final Approval of the Settlement.  Because there is no current set date for the Final Approval of the Settlement

Moved down [1]: In order to facilitate consideration of your objection by the Court, you are encouraged to file with the Court any objection by no later than [Month Day, Year].

Deleted: 24

Moved (insertion) [1]

Deleted: Class Counsel and New Balance's Counsel

Deleted: of your objection

Deleted: with the Court

Formatted: Font: Bold

Deleted: The Court and the parties must receive your written You are encouraged to submit your objection no later than [Month Day, Year].

Deleted: ¶
Additionally, if you file an objection, you may also request to appear and speak at the Court's Fairness Hearing.

Deleted: you

Deleted: must submit an objection and, also, file and serve a Notice of Intention to Appear at the Fairness Hearing prior to the hearing date and are

Deleted: this notice

Formatted: Font: Bold

Deleted: , by [Month Day, Year]

Deleted: 29

actions and judgments entered. You will not be able to sue or otherwise proceed against New

Balance on any claims related to this lawsuit.

**11.    WHAT IF I DO NOTHING?**

**If you are a Class Member and do nothing, you will <u>not</u> get any payment from the**

**settlement, but will be bound by the settlement's release and waiver of claims.** You must

complete and submit a Claim Form on or before the deadline, which is [Month Day, Year], in

order to be considered for payment under the settlement.

Unless you exclude yourself from the Class, if the settlement is approved all of the Court's

orders will apply to you and you won't be able to start a lawsuit, continue with a lawsuit, or be

part of any other lawsuit against New Balance about the claims in this lawsuit, ever again,

regardless of whether you submit a Claim Form.

**PART IV.  SETTLEMENT BENEFITS – WHAT YOU CAN GET**

**12.    WHAT CAN I GET FROM THE SETTLEMENT?**

Your payment in this settlement depends upon the approval of your claim and the total sum

of all approved Claims submitted by all other Class Members and other factors specified in the

Settlement Agreement and in this Class Notice. As a result, the amount of relief available to

eligible Class Members may vary.

If the total value of all approved Claims submitted by Class Members exceeds the amount

of money available to pay claims (*i.e.*, $750,000 less any fees, costs, and payments specified in the

Settlement Agreement), each eligible Class Member's award shall be reduced on a pro rata basis.

For example, while you may be eligible to receive up to $10 per purchase of "Made in USA"

Shoes, with a cap of five purchases per person, it could be that your award will be reduced by

several dollars, depending on the number of claims submitted. In the event a Class Member

purchased more than one pair of the "Made in USA" Shoes, that Class Member may submit one

Claim for each eligible pair of "Made in USA" Shoes purchased, up to a maximum of five (5)

pairs.

In addition, New Balance has agreed to make certain changes in their marketing and sale of

"Made in USA" shoes to make the disclosures regarding the domestic content of its shoes more

**Deleted:** if this were to happen

9

Case No. 3:17-cv-00159-L-JLB

1  prominent. In particular, among other steps: (1) Going forward the hangtag that affixed to the

2  "Made in USA" Shoes will no longer include the phrase "Made in the USA" on the front of the

3  tag.  On the back, in clear readable font, the hangtag will include the following sentence, or words

4  to similar effect, "New Balance 'made' is a premium collection that contains domestic value of

5  70% or greater" unless and until a change in either federal or California law obviates the need for

6  such clarification.  (2) Going forward shoe boxes for the "Made in USA" Shoes will not include

7  the phrase "Made in the USA" on the outside top panel of the box.  New Balance may indicate that

8  the shoes are made in the United States on the side(s) of the shoe box if, on the end and/or side of

9  the shoe box, in clear readable font, it states the following sentence, or words to similar effect,

10  "New Balance 'made' is a premium collection that contains domestic value of 70% or greater"

11  unless and until a change in either federal or California law obviates the need for such

12  clarification.  Please see the Settlement Agreement for further information.

13        **13.**    **HOW CAN I MAKE A CLAIM?**

14        To receive a payment under the settlement, you must send in a Claim Form. A Claim Form

15  and directions are attached as Appendix B to this Class Notice. You may also obtain and print a

16  Claim Form and other relevant documents by visiting www.shoesettlement.com. Please read the

17  instructions and certification carefully, and fill out the form completely and accurately. Claim

18  forms must be submitted electronically at www.shoesettlement.com or by mail to *Dashnaw, et al.*

19  *v. New Balance Athletics, Inc.*, PO Box 42220, Philadelphia, PA 19101-2220 no later than [Month

20  Day, Year]. One Claim Form can be used for more than one pair of eligible shoes purchased.

21        **14.**    **WHAT IS THE CLAIM PROCESS?**

22        The Class Action Settlement Administrator will review each Claim Form. You may be

23  requested to verify your purchase of "Made in USA" Shoes, by providing receipt(s) or other

24  documentation. If you do not respond to these requests, it may result in the denial of your Claim.

25  You will have thirty-five (35) days from the date of the Settlement Administrator's request to

26  respond.

27        If a Claim is not contested, you will receive payment for that Claim in accordance with the

28  terms of the Settlement Agreement. The Claim Amount will be paid in the form of a check. The

1  Administrator may require proof of purchase to verify any claims, though proof of purchase will

2  not be required in the first instance for claims limited to a single purchase.  If the total Claims

3  submitted by one person exceed $10.00, proof of purchase to validate the claims will be required.

4  Finally, all usual and customary steps to prevent fraud and abuse in the Claim Process will be

5  taken. This includes denying claims in whole or in part to prevent fraud or abuse. Class Counsel

6  and New Balance will be provided a report on the denial of any claim due to insufficient

7  documentation and may recommend additional action including payment.

8        The payment of approved Claims shall begin ten (10) days after the close of the Claim

9  Period so long as this period is after the date the settlement is final and approved, including any

10  appeals that must be resolved in favor of the settlement (the "Final Settlement Date"). Please see

11  the Settlement Agreement and Question 17 for further information on how the Final Settlement

12  Date is determined. The payment process shall be completed with approved Claims within one

13  hundred twenty (120) days from its beginning.

14        **15.    HOW MUCH IS THE CLAIM PROCESS WORTH TO THE CLASS?**

15        The settlement will provide a fund of $750,000 that will be used to pay (i) the costs and

16  expenses associated with the notice and claims administration; (ii) incentive payments of up to

17  $5,000 to each named plaintiff, as ordered by the Court; and (iii) valid and approved Claims

18  submitted by Class Members pursuant to the Claim Process. The fund will not be used to pay New

19  Balance's attorneys' fees and costs or Class Counsels' attorneys' fees and costs.

20        **16.    WHAT HAPPENS AFTER ALL CLAIMS ARE PROCESSED AND THERE**

21  **ARE FUNDS REMAINING?**

22        If there are any funds remaining after all claims are processed, those funds shall be

23  awarded *cy pres* and distributed to the following non-profit organizations: Public Justice

24  Foundation, which is a non-profit organization that seeks to protect the rights of consumers. No

25  remaining funds will be returned to New Balance.

26        **17.    WHEN WILL I GET MY PAYMENT, IF ANY?**

27        The Court will hold a Fairness Hearing on [Month Day, Year] at [TIME] to decide whether

28  or not to approve the proposed settlement. The Court must finally approve the proposed settlement

Case No. 3:17-cv-00159-L-JLB

**Deleted:** court

**Deleted:** United Service Organization

**Deleted:** provides the Heroes Make America Program, which is a career skills training program that arms transitioning service members with the unique qualifications and industry-specific certifications necessary to secure rewarding jobs in the manufacturing industry

1  before any payments can be made. The Court will grant its approval only if it finds that the

2  proposed settlement is fair, reasonable, and adequate. In addition, the Court's order may be subject

3  to appeals, and resolving them takes time, sometimes more than a year. Finally, there remains a

4  possibility that this settlement may be terminated for other reasons. Everyone who sends in a

5  Claim Form will be informed of the progress of the settlement. Please be patient. **The payment of**

6  **approved Claims will begin ten (10) days after the close of the Claim Period so long as this is**

7  **after the Final Settlement Date. It may begin sooner if agreed to by Plaintiffs' Counsel and**

8  **New Balance. In the event the Final Settlement Date falls after the close of the Claim Period,**

9  **then payments of approved Claims will begin ten (10) days after the Final Settlement Date.**

10      **The Class Action Settlement Administrator shall have completed the payment to**

11  **Class Members who have submitted timely, valid, and approved Claims, no later than one**

12  **hundred and twenty (120) days after the Final Settlement Date or the close of the Claim**

13  **Period, whichever is later.**

14  **PART V.   CAN I FILE A LATER LAWSUIT MAKING SIMILAR CLAIMS?**

15      **No.  If you remain a member of the Class and the settlement is finally approved, you will**

16  **be automatically prohibited from starting or continuing any lawsuit or other proceeding**

17  **against New Balance if those claims have been (or could have been) asserted in this lawsuit.**

18      As part of this settlement, the Court has preliminary stopped all Class Members and/or their

19  representatives (who do not timely exclude themselves from the Class) from filing, participating

20  in, or continuing litigation as Class Members or otherwise against New Balance (or against any of

21  its related parties or affiliates), and/or from receiving any benefits from any lawsuit,

22  administrative, or regulatory proceeding or order in any jurisdiction, based on or relating to the

23  claims or causes of actions or the facts, and circumstances relating thereto, in the class action.

24      The Court has also preliminary stopped all persons from filing, beginning, or prosecuting a

25  lawsuit against New Balance (or against any of its related parties or affiliates) as a class action, a

26  separate class, or group for purposes of pursuing a putative class action (including by seeking to

27  amend a pending complaint to include class allegations or by seeking class certification in a

28  pending action in any jurisdiction) on behalf of Class Members who do not timely exclude

Case No. 3:17-cv-00159-L-JLB

**Deleted:** . It is always uncertain whether these appeals can be resolved

1   themselves from the Class, based on or relating to the claims, facts, and/or circumstances of the

2   class action.

3       Upon final approval of the settlement, Plaintiffs and New Balance will ask the Court to enter a

4   permanent ruling forbidding all Class Members and/or their representatives and/or personnel from

5   engaging in the activities described above. All Class Members will be bound by this order.

6   **PART VI.  THE LAWYERS REPRESENTING THE CLASS**

7       **18.    DO I HAVE A LAWYER IN THIS CASE?**

8       The Court has designated attorneys Jason H. Kim of Schneider Wallace Cottrell Konecky

9   Wotkyns LLP and Aubry Wand of The Wand Law Firm, P.C. to represent you and the other Class

10  Members in this lawsuit. The lawyers representing you and the Class Members are called "Class

11  Counsel." You will not be charged for the services of the Class Counsel. No later than fourteen

12  (14) days prior to the objection deadline (see Part VIII), Class Counsel shall submit a request to

13  the Court for payment of attorneys' fees and costs not to exceed $650,000. Any fees and costs

14  awarded by the Court will be paid by New Balance and will not reduce the settlement relief

15  available to Class Members.

16      You may contact Class Counsel about this lawsuit at the following address:

17

18  The Wand Law Firm, P.C.                    Schneider Wallace Cottrell Konecky & Wotkyns LLP
    Aubry Wand                                 Jason H. Kim
19  400 Corporate Pointe, Suite 300            2000 Powell Street, Suite 1400
    Culver City, CA 90230                      Emeryville, CA 94608
20  Telephone: (310) 590-4503                  Telephone: (415) 421-7100

21      Email: newbalancesettlement@gmail.com

22      You have the right to retain your own lawyer to represent you in this case, but you are not

23  obligated to do so. If you do hire your own lawyer, you will have to pay his or her fees and

24  expenses. You also have the right to represent yourself before the Court without a lawyer.

25

26

27

28

Case No. 3:17-cv-00159-L-JLB

**19.   WILL THE LAWYERS AND CLASS REPRESENTATIVES IN THE ACTION BE PAID?**

Class Counsel have prosecuted this case on a completely contingent fee and have not been paid anything to date for their services. Class Counsel will request attorneys' fees and expenses not to exceed $650,000 to be paid directly by New Balance and outside of the Settlement Fund.

Class Counsel will petition the Court for service awards of up to $5,000 for each of the named plaintiffs, Sheila Dashnaw, William Meier, and Sherryl Jones. The purpose of such awards is to compensate for efforts and risks taken by them on behalf of the Class. Any such amount awarded by the Court as a service award for the named plaintiffs will be paid out of the $750,000 fund.

**PART VII. EXCLUDING YOURSELF FROM THE SETTLEMENT**

If you don't want a payment from this settlement, but you want to keep the right to sue or continue to sue New Balance on your own about the legal issues in this case, then you must take steps to get out of the Class. This is called excluding yourself or "opting out" of the Class.

**20.   HOW DO I GET OUT OF OR EXCLUDE MYSELF FROM THE SETTLEMENT?**

If you want to be excluded from the Class, you must write to the Class Action Settlement Administrator. To exclude yourself from the settlement, you must send a letter by mail. Your exclusion request letter must be postmarked no later than [Month Day, Year]. Send your letter to:

*Dashnaw, et al. v. New Balance Athletics, Inc.*

PO Box 42220

Philadelphia, PA 19101-2220

Your letter requesting exclusion does not need to be in any particular form, but it shall include the following information in order to be effective:

(1) your name;

(2) your address;

(3) your telephone number;

(4) the "Made in USA" Shoes for which you are requesting exclusion;

14

1    (5) a statement that you wish to be excluded from the Class;

2    (6) your signature; and

3    (7) the case name and case numbers: *Sheila Dashnaw, et al. v. New Balance Athletics, Inc.,*

4    Case Number 3:17-cv-00159-JLB (S.D. Cal.)

5  Please write "EXCLUSION REQUEST" on the lower left-hand corner of the front of the

6  envelope.

7    **21.      WHAT HAPPENS IF I EXCLUDE MYSELF FROM THE CLASS?**

8    If you request exclusion from the Class, then for each of the excluded "Made in USA"

9  Shoes:

10   - You will **<u>not</u>** be eligible for payment under the proposed settlement;

11   - You will **<u>not</u>** be allowed to object to the terms of the proposed settlement; and

12   - You will **<u>not</u>** be bound by any subsequent rulings entered in this case if the

13     proposed settlement is finally approved.

14   **However, if your request for exclusion is <u>late or deficient</u>, you will still be a part of the**

15   **Class, you will be bound by the settlement and all other orders and judgments in this**

16   **lawsuit, and you will not be able to participate in any other lawsuits based on the claims in**

17   **this case.**

18   **22.      IF I DON'T EXCLUDE MYSELF, CAN I SUE NEW BALANCE LATER?**

19   **No.**  If the Court approves the proposed settlement and you do not exclude yourself form

20   the Class, you release (give up) all claims that have been or could have been asserted in this

21   lawsuit relating to your "Made in USA" Shoes.

22   <span style="background:#3f3f3f;color:white">**PART VIII.OBJECTING TO THE SETTLEMENT**</span>

23   You have the right to tell the Court that you do not agree with the settlement or any or all

24   of its terms.

25   **23.      HOW CAN I OBJECT TO THE PROPOSED SETTLEMENT?**

26   If you choose to remain a Class Member, you have a right to object to any part of the

27   proposed settlement. The Court will consider your views.

28

Case No. 3:17-cv-00159-L-JLB

1    To object, you must send a letter to the Class Action Settlement Administrator saying you

2    object to *Sheila Dashnaw, et al. v. New Balance Athletics, Inc.*, Case Number 3:17-cv-00159-L-

3    JLB (S.D. Cal.). Your written objection must include:

4         (1) your name;

5         (2) your address;

6         (3) your telephone number;

7         (4) proof of purchase of "Made in USA" Shoes, such as a cash register receipt, a

8         credit card receipt, or a credit card statement that sufficiently indicates the purchase

9         of the "Made in USA" Shoes;

10        (5) a written statement of your objection(s), including any legal support and/or

11        supporting evidence you wish to introduce;

12        (6) a statement of whether you intend to appear at the Fairness Hearing;

13        (7) your signature; and

14        (8) the case name and case numbers: *Sheila Dashnaw, et al. v. New Balance*

15        *Athletics, Inc.*, Case Number 3:17-cv-00159-L-JLB (S.D. Cal.).

16        If you choose to object, in order to be considered by the Court, your written objection must

17   be **filed with the Court, and copies must be sent to** all of the following recipients:

| COURT | CLAIMS ADMINISTRATOR |
|---|---|
| Clerk of the Court | Heffler Claims Group |
| United States District Court | 1515 Market Street |
| Southern District of California | Suite 1700 |
| Edward J. Schwartz U.S. | Philadelphia, PA 19102 |
| Courthouse | |
| 221 West Broadway | |
| San Diego, California 92101 | |

23        In order to facilitate consideration by the Court, you are encouraged to submit your

24   objection by no later than **[Month Day, Year].**

25        If you file an objection, but the Court approves the settlement as proposed, you can still

26   complete a Claim Form to be eligible for payment under the settlement, subject to the terms and

16

Case No. 3:17-cv-00159-L-JLB

**Deleted:** received by

**Deleted:** no later than [Month Day, Year]

**Deleted:** Y

**Deleted:** strongly

**Deleted:** , but not required,

**Formatted:** Font: Not Bold

**Deleted:** All objections must be received by the Court prior to the date of the Final Approval of the Settlement.

**Deleted:**

**Deleted:** s

conditions discussed in this Notice and in the Settlement Agreement. In other words, you can simultaneously object to the settlement and submit a Claim Form.

**24.     WHAT IS THE DIFFERENCE BETWEEN "OBJECTING" AND "EXCLUDING"?**

Objecting is simply a way of telling the Court that you don't like something about the settlement. You can only object if you stay in the Class.

If you object to the settlement, you still remain a member of the Class and you will still be eligible to submit a Claim Form. You will also be bound by any subsequent rulings in this case and you will not be able to file or participate in any other lawsuit or proceeding based upon or relating to the claims, causes of action, facts, or circumstances of this case. Excluding yourself is telling the Court that you don't want to be a part of the Class. If you exclude yourself, you have no basis to object to the settlement and appear at the Fairness Hearing because it no longer affects you.

## PART IX.  THE COURT'S FAIRNESS HEARING

The Court will hold a final hearing (called a Fairness Hearing) to decide whether to finally approve the settlement. You may attend and ask to speak, but you don't have to.

**25.     WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?**

On [Month Day, Year], at [TIME], the Court will hold a Fairness Hearing at the United States District Court for the Southern District of California, before the Honorable M. James Lorenz, in Courtroom 5B, Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California 92101.

At the hearing, the Court will consider whether to grant final certification to the Class for settlement purposes, whether to approve the proposed settlement as fair, reasonable, and adequate, and will make a final ruling on all related settlement issues. The Court will also decide whether to award attorneys' fees and costs, as well as Class Representative awards.

**Deleted:** s

17

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**26.     DO I HAVE TO COME TO THE HEARING?**

No. Class Counsel will answer questions the Court may have at the Fairness Hearing. But you are welcome to come at your own expense. Please note that the Court has the right to change the date and/or time of the Fairness Hearing without further notice. If you are planning to attend the hearing, you should confirm the date and time before going to the Court.

**27.     MAY I SPEAK AT THE FAIRNESS HEARING?**

Yes, if you have filed an objection, you may ask the Court for permission to speak at the hearing. To do so, you must submit an objection and also file a document called a "Notice of Intention to Appear."

**28.     WHAT DO I HAVE TO DO TO SPEAK AT THE FAIRNESS HEARING?**

If you are a member of the Class, and you (or your attorney) want to appear and speak at the Fairness Hearing, you (or your attorney) are encouraged to file a Notice of Intention to Appear at the Fairness Hearing with the Clerk of the Court, and deliver that Notice to Heffler Claims Group at the address listed above, by no later than **[Month Day, Year].**

If you file an objection and/or orally object at the Fairness Hearing, but the Court approves the settlement as proposed, you can still complete a Claim Form to be eligible for payment under the settlement, subject to the terms and conditions discussed in this Notice and in the Settlement Agreement.

**PART X.   GETTING ADDITIONAL INFORMATION**

This Notice and the accompanying documents summarize the proposed settlement. More details are contained in the Settlement Agreement. The full Settlement Agreement is on file with the Clerk of the Court. For a more detailed statement of the matters involved in this case, you may review the complaint and the other papers and Court orders on file in the Clerk's office at any time during normal business hours, Monday through Friday, 7:00 a.m. to 6:00 p.m. PST.

If you have questions after reading this notice, you can visit www.shoesettlement.com to obtain additional information about the proposed settlement and the Claim Form or you can call, (844) 271-4789 to obtain additional information about the settlement. You may also direct your

18

**Deleted:** must

**Deleted:** have submitted an objection and must

**Formatted:** Font: Not Bold

**Deleted:** the attorneys for both sides,

**Deleted:** es

**Formatted:** Font: Not Bold

**Deleted:**   Your Notice of Intention to Appear at the Fairness Hearing must be filed and *received* by the Court, New Balance's Counsel, and Class Counsel, at the addresses specified in Question 24 no later than [Month Day, Year].

**Deleted:** s

**Deleted:** appear

questions about the settlement to Class Counsel, whose names and addresses are listed in Question 20 of this Notice.

**PLEASE DO NOT CALL THE COURT OR THE CLERK OF THE COURT**

Dated:  [DATE]                                    Clerk of the Court for the United States

District Court for the Southern District of

California

APPENDIX A

<u>Release And Waiver of Claims</u>

1.  The Parties agree to the following release and waiver, which shall take effect upon entry of the Final Order and Final Judgment.

2.  "Released Parties" means New Balance, its past, present, and future parents (including but not limited to New Balance, Inc., and any intermediary and/or ultimate parents), officers, directors, employees, stockholders, agents, attorneys, administrators, successors, suppliers, distributors, reorganized successors, spin-offs, assigns, holding companies, related companies, subsidiaries, affiliates, joint-ventures, partners, members, divisions, predecessors, and Authorized Retailers of "Made in USA" Shoes for resale.

3.  In consideration for the Settlement benefits described in this Agreement, Plaintiffs and the other members of the Class, on behalf of themselves, their heirs, guardians, assigns, executors, administrators, predecessors, and/or successors, will fully, finally and forever release, relinquish, acquit, and discharge the Released Parties from – and shall not now or hereafter institute, maintain, or assert on their own behalf, on behalf of the Class or on behalf of any other person or entity – any and all manner of claims, actions, causes of action, suits, rights, debts, sums of money, payments, obligations, reckonings, contracts, agreements, executions, promises, damages, liens, judgments and demands of whatever kind, type or nature and whatsoever, both at law and in equity, whether based on federal, state or local law, statute, ordinance, regulation, code, contract, common law, or any other source, or any claim that Plaintiffs or Class Members ever had, now have, may have, or hereafter can, shall or may ever have against the Released Parties in any other court, tribunal, arbitration panel, commission, agency, or before any governmental and/or administrative body, or any other adjudicatory body, on the basis of, connected with, arising from or relating to the claims alleged in the complaint in the Action during the Class Period, including, but not limited to, communications, disclosures, nondisclosures, representations, statements, claims, omissions, messaging, design, testing, marketing, advertising, promotion,

Case No. 3:17-cv-00159-L-JLB

packaging, displays, brochures, studies, manufacture, distribution, operation, performance, functionality, notification, providing, offering, dissemination, replacement, sale and/or resale by the Released Parties of the "Made in USA" Shoes; any claims for rescission, restitution or unjust enrichment for all damages of any kind; violations of any state's deceptive, unlawful and/or unfair business and/or trade practices, false, misleading or fraudulent advertising, consumer fraud and/or consumer protection statutes; any violation of the Uniform Commercial Code, any breaches of express, implied and/or any other warranties, any similar federal, state or local statutes, codes, damages, costs, expenses, extra-contractual damages, compensatory damages, exemplary damages, special damages, penalties, punitive damages and/or damage multipliers, disgorgement, declaratory relief, expenses, interest, and/or attorneys' fees and costs against the Released Parties pertaining to or relating to the claims alleged in the complaint in the Action, notwithstanding that Plaintiffs and the Class acknowledge that they may hereafter discover facts in addition to or different from those that they now know or believe to be true concerning the subject matter of the Action and/or the Release herein. Released Claims do not include any claims that cannot be released as a matter of law.

4. Plaintiffs represent and warrant that they are the sole and exclusive owner of all claims that they personally are releasing under this Agreement. Plaintiffs further acknowledge that they have not assigned, pledged, or in any manner whatsoever, sold, transferred, assigned or encumbered any right, title, interest or claim arising out of or in any way whatsoever pertaining to the Action, including without limitation, any claim for benefits, proceeds or value under the Action, and that Plaintiffs are not aware of anyone other than themselves claiming any interest, in whole or in part, in the Action or in any benefits, proceeds or values under the Action. Class Members submitting a Claim Form shall represent and warrant therein that they are the sole and exclusive owner of all claims that they personally are releasing under the Settlement and that they have not assigned, pledged, or in any manner whatsoever, sold, transferred, assigned or encumbered any right, title, interest or

claim arising out of or in any way whatsoever pertaining to the Action, including without limitation, any claim for benefits, proceeds or value under the Action, and that such Class Member(s) are not aware of anyone other than themselves claiming any interest, in whole or in part, in the Action or in any benefits, proceeds or values under the Action.

5. Without in any way limiting its scope, and, except to the extent otherwise specified in the Agreement, this Release covers by example and without limitation, any and all claims for attorneys' fees, costs, expert fees, or consultant fees, interest, or litigation fees, costs or any other fees, costs, and/or disbursements incurred by Plaintiffs' Counsel, or by Plaintiffs or the Class Members.

6. In addition to the Released Claims, the Named Plaintiffs only agree to a general release, which includes a release of any unknown claims that they did not know or suspect to exist in their favor at the time of the general release, which, if known, might have affected their Settlement with, and general release of, the Released Parties. With respect to the general release, the Named Plaintiffs only stipulate and agree that, upon the execution of this Agreement, and by operation of the Final Judgment, they shall be deemed to have expressly waived and relinquished, to the fullest extent permitted by law, the provisions, rights and benefits of Section 1542 of the Civil Code of the State of California, which provides that:

> "a general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

Named Plaintiffs only hereby agree that the provisions of all such principles of law or similar federal or state laws, rights, rules, or legal principles are hereby knowingly and voluntarily waived, relinquished and released.

7. Nothing in this Release shall preclude any action to enforce the terms of the Agreement, including participation in any of the processes detailed therein.

8. Plaintiffs and Defendant hereby agree and acknowledge that the provisions of this Release together constitute an essential and material term of the Agreement and shall be included in any Final Order and Final Judgment entered by the Court.

1

APPENDIX B

2

*New Balance Shoe Class Action Settlement*
*Claim Form*

3

4

Use this claim form only if you bought eligible New Balance "Made in USA" shoes in California from ***December 27, 2012 to [Month Day, Year]***. The eligible New Balance shoes are listed below.  Please refer to this list before filling out this form.

5

6

**All claim forms must be submitted electronically at <u>www.shoesettlement.com</u> or by mail to *Dashnaw, et al. v. New Balance Athletics, Inc.*, P.O. Box 42220, Philadelphia, PA 19101-2220 no later than [Month Day, Year] to:**

7

8

| CLAIM INFORMATION |
|---|
| **CLASS MEMBER INFORMATION** |

9

10

| Name: |
|---|

11

Mailing
Address:

12

Number and Street

13

| City: | State: | Zip Code: |
|---|---|---|

14

| Best Telephone Number: | E-Mail Address: |
|---|---|

15

16

Payment amounts to eligible Class Members may vary depending upon the number and amounts claimed by all Class Members and other adjustments and deductions as specified in the Settlement Agreement. The maximum award amount per pair of "Made in USA" shows purchased—up to five (5) purchases per person—is $10. However, depending on the volume of claims submitted this per pair purchased amount may be reduced.  If your claim is approved, the Claim Amount will be paid by check.

17

18

**Deleted:** amount could be up to $10 for each pair of "Made in USA" shoes purchased

19

If you only purchased one pair of "Made in USA" shoes from December 27, 2012 to [Month Day, Year], select Option A. If you select Option A, you are <u>not</u> initially required to submit proof of purchase.

20

21

If you purchased more than one pair of "Made in USA" shoes from December 27, 2012 to [Month Day, Year], you may submit a claim for **up to five (5) pairs**. If you want to submit a claim for more than one pair, select Option B.  If you select Option B, you are required to submit proofs of purchase.

22

23

24

25

26

27

28

23

*You must select either Option A or Option B for your claim to be valid:*

[  ] Option A: Submit your claim without proof of purchase and receive up to $10.

| *Option A:* | | |
|---|---|---|
| *PURCHASE INFORMATION – NEW BALANCE SHOES* | | |
| *Eligible New Balance Shoe Model* | *Location Purchased (store/website), City, State* | *Date of Purchase mm/dd/yyyy* |
|  |  | _ _ / _ _ / _ _ _ _ |

[  ] Option B: Submit your claim by completing the purchase information on the next page and include a valid proof of purchase for each eligible New Balance Shoe model, up to a total of 5 pairs. Please include one of the following for each:

    ☐  a receipt,
    ☐  photograph of the eligible New Balance Shoes,
    ☐  a photocopy of the purchase order on your credit statement.

    Option B: If you do not include proof of purchase your claim may be deemed invalid at the discretion of the Settlement Administrator.

| *Option B:* | | | |
|---|---|---|---|
| *PURCHASE INFORMATION – NEW BALANCE SHOES* | | | |
| *Eligible New Balance Shoe Models* | *Quantity Purchased* | *Location Purchased (store/website), City, State* | *Date of Purchase mm/dd/yyyy* |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |
|  |  |  | _ _ / _ _ / _ _ _ _ |

**Please note: The Class Action Settlement Administrator may, at its discretion, request proof of purchase to validate your claim even if you choose Option A. The Class Action Settlement Administrator may also request additional proof of purchase if you choose Option B. If requested, you must provide proof of purchase within 35 days of such a request or your claim will be reduced or denied and you may not appeal the reduction or denial.**

24

Case No. 3:17-cv-00159-L-JLB

| **AFFIRMATION** |
|---|

I declare or affirm, under penalty of perjury, that the information in this claim form is true and correct to the best of my knowledge and that I purchased the applicable product(s) claimed above between December 27, 2012 and **[Month Day, Year].** I understand that the decision of the Class Action Settlement Administrator is final and binding. I understand that my claim form may be subject to audit, verification, and Court review.

Signature**:** _____     Date: _____

**Claim Forms must be submitted electronically or by mail no later than [Month Day, Year].**

**Questions? Visit www.shoesettlement.com or call (844) 271-4789.**

| ELIGIBLE NEW BALANCE SHOE MODELS | |
|---|---|
| 601 | ML996 |
| M1140 | ML997 |
| M1290 | MR1105 |
| M1300 | MR993 |
| M1400 | MW812 |
| M1540 | PM15 |
| M1700 | PM16 |
| M2040 | US574 |
| M3040 | US576 |
| M498 | US990 |
| M574 | US993 |
| M585 | US998 |
| M587 | W1140 |
| M770 | W1290 |
| M990 | W1400 |
| M991 | W1540 |
| M995 | W3040 |
| M996 | W498 |
| M997 | W587 |
| M9975 | W990 |
| M998 | W998 |
| MK706 | WK706 |
| ML1300 | WR993 |
| ML1978 | WW812 |

25

# EXHIBIT E

# If you purchased New Balance "Made in USA" Shoes your rights may be affected by a proposed class action settlement.

A proposed class action settlement has been reached involving New Balance "Made in USA" Shoes.

## ARE YOU AFFECTED?

You may be a Class Member if you purchased certain "Made in USA" Shoes from New Balance and/or its authorized retailers from December 27, 2012 until [MONTH DAY, YEAR].

## WHAT IS THIS CASE ABOUT?

The lawsuit claims that New Balance violated certain state laws regarding the marketing and sale of its "Made in USA" Shoes. New Balance denies it did anything wrong. The Court did not decide which side was right. Instead, the parties have decided to settle.

## WHAT DOES THIS SETTLEMENT PROVIDE?

A settlement fund of $750,000 has been set up to pay (i) claims to eligible Class Members, (ii) the costs of settlement notice and administration, and (iii) incentive payments to the named plaintiffs. New Balance is also agreeing to engage in certain notice practices and separately pay attorneys' fees and costs. Full details about the Settlement are on the website below.

## HOW DO YOU ASK FOR A PAYMENT?

To get money, eligible Class Members **must submit** a Claim Form online or by mail no later than [MONTH DAY, YEAR]. Payments could be up to $10 for each pair of "Made in USA" Shoes purchased, but the amount may decrease depending upon the number of claims submitted by all Class Members and the amount of payments specified in the Settlement Agreement. A list of eligible shoe model numbers can be found on the Settlement website below.

## WHAT ARE YOUR OPTIONS?

If you are a Class Member, you may (1) do nothing; (2) exclude yourself; (3) send in a Claim Form; and/or (4) object to the settlement. If you don't want to be bound by the settlement, you must exclude yourself by letter postmarked by [MONTH DAY, YEAR]. If you exclude yourself, you can't get a payment, but you preserve the right to sue New Balance for these claims. If you stay in the Class, you may submit a Claim Form and/or object to the settlement. Objections may be mailed to the Claims Administrator and filed with the Court.  Objections may also be raised orally at the Fairness Hearing.  In order to facilitate consideration by the Court, you are encouraged to file and submit any objection or notice of intent to appear at the Fairness Hearing by no later than **[MONTH DAY, YEAR]**. Please see the Detailed Notice at www.shoesettlement.com or call (844) 271-4789 for complete instructions.

**THE COURT WILL HOLD A HEARING** in this case on [MONTH DAY, YEAR] at [TIME] in the Edward J. Schwartz Federal Courthouse, Courtroom 5B, located at 221 West Broadway, San Diego, California 92101, to consider final approval of the settlement, payment of attorneys' fees and expenses of up to $650,000 to lawyers for the Class, and payments of up to $5,000 for each of the three named plaintiffs, and related issues. The motion(s) by Class Counsel for those fees, costs and service awards will be available on the Settlement website after they are filed. The Court has appointed Jason H. Kim of Schneider Wallace Cottrell Konecky Wotkyns LLP

and Aubry Wand of The Wand Law Firm, P.C. to represent the class. You may appear at the hearing, but you don't have to.

**HOW CAN YOU GET MORE INFORMATION?**

Visit www.shoesettlement.com, or call (844) 271-4789, or write to *Dashnaw, et al. v. New Balance Athletics, Inc.,* PO Box 42220, Philadelphia, PA 19101-2220, or contact Class Counsel at the information listed at www.shoesettlement.com.

# If you purchased New Balance "Made in USA" Shoes your rights may be affected by a proposed class action settlement.

A proposed class action settlement has been reached involving New Balance "Made in USA" Shoes.

**ARE YOU AFFECTED?**

You may be a Class Member if you purchased certain "Made in USA" Shoes from New Balance and/or its authorized retailers from December 27, 2012 until [MONTH DAY, YEAR].

**WHAT IS THIS CASE ABOUT?**

The lawsuit claims that New Balance violated certain state laws regarding the marketing and sale of its "Made in USA" Shoes. New Balance denies it did anything wrong. The Court did not decide which side was right. Instead, the parties have decided to settle.

**WHAT DOES THIS SETTLEMENT PROVIDE?**

A settlement fund of $750,000 has been set up to pay (i) claims to eligible Class Members, (ii) the costs of settlement notice and administration, and (iii) incentive payments to the named plaintiffs. New Balance is also agreeing to engage in certain notice practices and separately pay attorneys' fees and costs. Full details about the Settlement are on the website below.

**HOW DO YOU ASK FOR A PAYMENT?**

To get money, eligible Class Members **must submit** a Claim Form online or by mail no later than [MONTH DAY, YEAR]. Payments could be up to $10 for each pair of "Made in USA" Shoes purchased, but the amount may decrease depending upon the number of claims submitted by all Class Members and the amount of payments specified in the Settlement Agreement. A list of eligible shoe model numbers can be found on the Settlement website below.

**WHAT ARE YOUR OPTIONS?**

If you are a Class Member, you may (1) do nothing; (2) exclude yourself; (3) send in a Claim Form; and/or (4) object to the settlement. If you don't want to be bound by the settlement, you must exclude yourself by letter postmarked by [MONTH DAY, YEAR]. If you exclude yourself, you can't get a payment, but you preserve the right to sue New Balance for these claims. If you stay in the Class, you may submit a Claim Form and/or object to the settlement. Objections may be mailed to the Claims Administrator and filed with the Court. Objections may also be raised orally at the Fairness Hearing.  In order to facilitate consideration by the Court, you are encouraged to file and submit any objection or notice of intent to appear at the Fairness Hearing by no later than **[MONTH DAY, YEAR].** Please see the Detailed Notice at www.shoesettlement.com or call (844) 271-4789 for complete instructions.

**THE COURT WILL HOLD A HEARING** in this case on [MONTH DAY, YEAR] at [TIME] in the Edward J. Schwartz Federal Courthouse, Courtroom 5B, located at 221 West Broadway, San Diego, California 92101, to consider final approval of the settlement, payment of attorneys' fees and expenses of up to $650,000 to lawyers for the Class, and payments of up to $5,000 for each of the three named plaintiffs, and related issues. The motion(s) by Class Counsel for those fees, costs and service awards will be available on the Settlement website after they are filed. The Court has appointed Jason H. Kim of Schneider Wallace Cottrell Konecky Wotkyns LLP

---

**Deleted:** *Para ver este aviso en español, visita www.shoesettlement.com*¶

**Deleted:** precise

**Deleted:** change

**Deleted:** the fees, costs, and

**Deleted:** must

**Deleted:** .

**Deleted:** postmarked by [MONTH DAY, YEAR]

**Deleted:**  prior to the Fairness Hearing by [MONTH DAY, YEAR]

**Formatted:** Font: Bold

**Deleted:** All objections must be raised prior to the date of the Final Approval of the Settlement.

and Aubry Wand of The Wand Law Firm, P.C. to represent the class. You may appear at the hearing, but you don't have to.

**HOW CAN YOU GET MORE INFORMATION?**

Visit www.shoesettlement.com, or call (844) 271-4789, or write to *Dashnaw, et al. v. New Balance Athletics, Inc.,* PO Box 42220, Philadelphia, PA 19101-2220, or contact Class Counsel at the information listed at www.shoesettlement.com.

**Deleted:**

**Deleted:**

# EXHIBIT F

### SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP – FIRM PROFILE

Schneider Wallace Cottrell Konecky Wotkyns ("SWCKW") is one of the nation's premier plaintiffs' law firms. A sixteen-lawyer firm, SWCKW is also one of the largest plaintiffs' law firms in the western United States.

With offices in California, Texas and Arizona, SWCKW and its attorneys have litigated in nearly every state in the country. In most of these cases, the firm has served as Lead or Co-Lead Counsel.

SWCKW's clients have enjoyed the firm's record of success. The firm has for a long time and successfully represented clients against the largest corporations in the country. The firm has won verdicts and procured settlements collectively worth hundreds of millions of dollars.

SWCKW has a thriving class action practice representing workers, consumers and investors. At the same time, the firm represents institutional clients such as private investment funds, community and regional banks, Fortune 100 insurance companies, cities, public financing districts, hospitals, and educational institutions as plaintiffs.

In carrying out its mission to help its clients combat large-scale injustice, unfairness, and other wrongful conduct, SWCKW provides a level of sophistication and service traditionally available only to large corporate defendants. The firm has particular expertise in cases involving financial services fraud, antitrust violations, and other complex litigation, among other practice areas. SWCKW and its attorneys have litigated hundreds of such cases, including the following:

- *In re Cox Enterprises Inc., Set-Top Cable Television Box Antitrust Litigation,* (pending): Obtained class certification and appointed class counsel in this consolidated antitrust putative class action alleging that one of the nation's largest cable providers impermissibly tied sales of set-top boxes to sales of premium cable services.

- *McCananey v. GlaxoSmithKline, LLC* (pending): Appointed steering committee member for interim class counsel in this ongoing antitrust putative class action alleging that the defendants engaged in an illegal conspiracy to delay the entry of generic versions of pharmaceuticals resulting in higher prices for consumers and health care payors.

- *Rosa v. Morrison Homes*: Statewide construction-defect case, alleging that Morrison Homes failed to build homes in compliance with applicable laws, resulting in a $6 million settlement.

- *Lopez v. SFUSD*: Disability access class action, resulting in a judgment that required defendant to implement remedies valued at more than $300 million.

ATTACHMENT A

- *Satchell v. FedEx Express, Inc.*: Class action on behalf of approximately 20,000 current and former employees of FedEx, resulting in a $54.9 million settlement.

- *Holliman v. Kaiser Foundation Health Plan*: Claims on behalf of Kaiser employees, resulting in a $9 million settlement.

- *National Federation of the Blind v. Target Corporation*: Nationwide lawsuit against Target, resulting in broad injunctive relief and $6 million in damages, which is the largest damages fund in any lawsuit brought on behalf of blind plaintiffs.

- *Labrador v. Seattle Mortgage Co*: Statewide consumer fraud case alleging that the defendant systematically violated the federal reverse mortgage program consumer protection regulations by charging improper loan-related fees, resulting in a $4 million settlement.

### SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP
### ATTORNEY PROFILES

SWCKW's attorneys are passionately devoted to seeking justice for their clients. The firm's attorneys are nationally recognized experts—winning groundbreaking cases, obtaining record judgments, and, in the process, garnering praise from their peers, courts and clients. The attorneys below, among others, will work on this matter:

**Todd M. Schneider** – Mr. Schneider founded the firm in 1993. Having received his J.D. degree in 1990, Mr. Schneider has spent his entire career representing plaintiffs in complex litigation. He has litigated cases successfully around the country, in both trial and appellate courts. He recently argued a case in the United States Supreme Court, and he has tried numerous consumer class actions to verdict.

Mr. Schneider is a national leader in the plaintiff's bar. Named by his peers as a Trial Lawyer of the Year in California and a two-time finalist for Consumer Attorney of the Year, he is past President and serves on the Board of Directors of the San Francisco Trial Lawyers Association, and has served on the Board of Governors and was the Vice President of the Consumer Attorneys of California.

Mr. Schneider is a frequent lecturer and regularly appears as a panelist at continuing legal education seminars. For each year that the list has been published, Mr. Schneider was been named a Super Lawyer in the area of "class actions and mass torts" by Northern California *Super Lawyers* magazine.

**Jason H. Kim** – Mr. Kim graduated *magna cum laude* from Harvard Law School and Phi Beta Kappa from Harvard College. Prior to joining SWCKW, he was an associate and counsel at O'Melveny & Myers LLP in Los Angeles and Alston Hunt Floyd & Ing in Honolulu, Hawai`i. He also served as a Deputy Prosecuting Attorney for the City and County of Honolulu.

Mr. Kim represents plaintiffs in complex civil litigation, including class actions and actions against financial institutions. He has substantial trial experience in securities fraud, health care, and civil rights matters and has argued several appeals before the Ninth Circuit.  He has served as class counsel in several class actions against the State of Hawai`i to vindicate the rights of disabled individuals, public benefit recipients, and public housing tenants that led to substantial settlements. He is also the co-author of the Hawai'i section of the American Bar Association's Practitioner's Guide to Class Actions.