| | |
|---|---|
| **THE WAND LAW FIRM, P.C.**<br>Aubry Wand (SBN 281207)<br>400 Corporate Pointe, Suite 300<br>Culver City, California 90230<br>Telephone: (310) 590-4503<br>Facsimile: (310) 590-4596<br>E-mail: awand@wandlawfirm.com | **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**<br>Todd M. Schneider (SBN 158253)<br>Jason H. Kim (SBN 220279)<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br>E-mail: tschneider@schneiderwallace.com<br>           jkim@schneiderwallace.com |

*Attorneys for Plaintiffs and The Settlement Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA DASHNAW, WILLIAM MEIER, and SHERRYL JONES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW BALANCE ATHLETICS, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:17-cv-00159-L-JLB<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. M. James Lorenz<br>Courtroom: 5B<br>Date: July 15, 2019<br>Time: 10:30 am |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 15, 2019 at 10:30 a.m., in Courtroom 5B of the United States District Court for the Southern District of California, located at the Edward J. Schwartz Building, United States Courthouse, 221 West Broadway, San Diego, CA, 92101, Sheila Dashnaw, William Meier, and Sherryl Jones ("Plaintiffs"), pursuant to Fed. R. Civ. Proc. 23(e)(2), move this Court for an Order granting final approval of the class action settlement in this matter.

This Motion is based on: (1) the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Final Approval of Settlement; (2) the Amended Settlement Agreement (Exhibit "A") and exhibits thereto; (3) the Declaration of Jason H. Kim; (4) the Declaration of Jeanne C. Finegan; (5) the Declaration of Laura B. Najemy; (6) the records and files of this action; and (7) such other matters as may come before the Court prior to or at the hearing of this matter.

DATED: June 21, 2019                    THE WAND LAW FIRM, P.C.

By: */s/ Aubry Wand*
Aubry Wand

SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP

Todd M. Schneider
Jason H. Kim

*Attorneys for Plaintiffs and the Settlement Class*