UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA DASHNAW *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>NEW BALANCE ATHLETICS, INC.,<br><br>Defendant. | Case No.:  17cv159-L(JLB)<br><br>**CLASS ACTION**<br><br>**ORDER FOR SUPPLEMENTAL DOCUMENTATION** |

    Pending before the Court is Plaintiffs' motion for attorneys' fees and litigation expenses (doc. no. 109).  Upon preliminary review of the supporting declarations, additional support is required for the nearly $230,000 in litigation expenses sought by Class Counsel.

    With regard to Exhibit C to the declaration of Jason Kim (doc. no. 109-2), counsel shall provide invoices for (1) all travel-related expenses sufficient to determine how many attorneys participated; (2) any payments made to experts; (3) any amounts paid to West Payment Center sufficient to establish that the payments were necessary for the prosecution of this action only; (4) any amounts described solely by payee and case name; and (5) any other amounts exceeding $250.  With regard to the list of expenses in the declaration of Aubry Wand (doc. no. 109-6), counsel shall provide invoices for any payments made to experts.

1

Furthermore, the Court is not inclined to award litigation expenses related to travel or attendance at hearings, depositions, mediations, meetings with experts, witnesses or opposing counsel for more than one attorney representing the class. Class Counsel shall prepare a joint list of requested litigation expenses which does not include such duplication.

No later than **July 3, 2019**, Class Counsel shall comply with this order.

**IT IS SO ORDERED.**

Dated: June 26, 2019

_____
Hon. M. James Lorenz
United States District Judge