UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA DASHNAW *et al.*,<br><br>                                    Plaintiff,<br><br>v.<br><br>NEW BALANCE ATHLETICS, INC.,<br><br>                                    Defendant. | Case No.:  17cv159-L(JLB)<br><br>**CLASS ACTION**<br><br>**ORDER FOR ADDITIONAL DOCUMENTATION** |

     Pending before the Court is Plaintiffs' motion for final approval of class action settlement (doc. no. 117).  According to the Claim Administrator, out of possible 984,835 valid claims, only 58,120 claims were made.  (Decl. of Jeanne C. Finegan (doc. no. 117-5) at 15.)  Of those, the Claim Administrator deemed only 48,572 to be valid, and apparently rejected 9,548 claims.  Given the low participation rate and the high percentage of rejected claims, the Claim Administrator shall provide a summary specifying the reasons for rejecting claims, for example, as untimely, failure to provide a mailing address on the claim form, etc., as well as the number and monetary value of the claims rejected for each reason.  Separate categories shall be used for claims based on purchasing one pair, as opposed to multiple pairs, even if the reason for rejecting them was the same.  The categories of reasons for rejection shall be specific enough for the Court to evaluate whether to order payment of some

1  of the rejected claims.  The Claim Administrator shall comply with this Order by
2  filing an affidavit no later than **July 25, 2019.**
3      **IT IS SO ORDERED.**

5  Dated:  July 15, 2019

                                    Hon. M. James Lorenz
                                    United States District Judge