UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA DASHNAW *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NEW BALANCE ATHLETICS, INC.,<br><br>Defendant. | Case No.:  17cv159-L(JLB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court**.  This action was decided on Plaintiffs' unopposed motion for final class action settlement approval (doc. no. 117) and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. For the reasons and on terms stated in the Order Granting (1) Motion for Final Class Action Settlement Approval; and (2) Motion for Attorneys' Fees, Costs, Litigation Expenses, and Plaintiffs' Incentive Awards filed concurrently herewith, and on terms stated in the Amended Settlement Agreement signed December 7, 2018 (doc. no. 106-3), Judgment is entered for the Plaintiffs and the Class comprised of:

All persons who purchased any and all "Made in USA" Shoes from New Balance and/or its Authorized Retailers in California from December 27, 2012 up to and including January 24, 2019 ("Class" and "Class Period" respectively). "'Made in USA' Shoes" means the New Balance's "Made

1

in USA" labeled shoes listed below and purchased as new by Class members in California during the Class Period:

| ELIGIBLE NEW BALANCE SHOE MODELS | |
|---|---|
| 601 | ML996 |
| M1140 | ML997 |
| M1290 | MR1105 |
| M1300 | MR993 |
| M1400 | MW812 |
| M1540 | PM15 |
| M1700 | PM16 |
| M2040 | US574 |
| M3040 | US576 |
| M498 | US990 |
| M574 | US993 |
| M585 | US998 |
| M587 | W1140 |
| M770 | W1290 |
| M990 | W1400 |
| M991 | W1540 |
| M995 | W3040 |
| M996 | W498 |
| M997 | W587 |
| M9975 | W990 |
| M998 | W998 |
| MK706 | WK706 |
| ML1300 | WR993 |
| ML1978 | WW812 |

Excluded from the Class are: (a) New Balance's board members and employees, including its attorneys; (b) any persons who purchased the "Made in USA" Shoes for the purposes of resale; (c) distributors or re-sellers of "Made in USA" Shoes; (d) the judge and magistrate judge and their immediate families presiding over this action; (e) governmental entities; and (f) persons or entities who or which exclude themselves from the Class as provided in the notice.

/ / / / /

2. Individuals listed on Exhibit H to the Declaration of Jeanne C. Finegan dated June 21, 2019 (doc. no. 117-13) requested exclusion and are excluded from the Class.

3. Notice was properly directed to the Class.

4. The Court retains jurisdiction over the implementation, administration, and enforcement of this Judgment, and all matters ancillary thereto.

5. The Court, finding that no reason exists for delay, hereby directs the Clerk to enter this Judgment forthwith.

Dated: July 29, 2019

_____
Hon. M. James Lorenz
United States District Judge